ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

FILED

FEB 1 7 2009

CLERK, U.S. DISTRICT COURT
By _____
Deputy

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No.: |
| | § | |
| STANFORD INTERNATIONAL BANK, LTD., | § | **3-09CV0298-L** |
| STANFORD GROUP COMPANY, | § | |
| STANFORD CAPITAL MANAGEMENT, LLC, | § | |
| R. ALLEN STANFORD, JAMES M. DAVIS, and | § | |
| LAURA PENDERGEST-HOLT | § | |
| | § | |
| Defendants. | § | |

## APPENDIX IN SUPPORT OF APPLICATION
## FOR EX PARTE TEMPORARY RESTRAINING ORDER, PRELIMINARY
## INJUNCTION AND OTHER EMERGENCY RELIEF

The Securities and Exchange Commission submits the attached appendix in support of its Application for Preliminary Injunction and other equitable relief. The appendix contains:

| | | |
|---|---|---|
| 1. | Testimony Transcript of Michael J. Zarich | App. 0001-0069 |
| 2. | Testimony Transcript of Laura Pendergest-Holt | App. 0070-0107 |
| 3. | Testimony Transcript of Steve Riordan | App. 0108-0156 |
| 4. | Testimony Exhibits | App. 0157-0584 |
| 5. | Declaration of Linda M. Yoder | App. 0585-0593 |
| 6. | Declaration of Charles W. Rawl | App. 0594-0666 |
| 7. | Declaration of D. Mark Tidwell | App. 0667-0673 |
| 8. | Affidavit of John Ward | App. 0674-0677 |
| 9. | Declaration of Craig Ellis | App. 0678-0842 |
| 10. | Declaration of Rebecca R. Fairchild | App. 0843-1126 |

Respectfully submitted,

STEPHEN J. KOROTASH
Oklahoma Bar No. 5102
J. KEVIN EDMUNDSON
Texas Bar No. 24044020
DAVID B. REECE



Texas Bar No. 242002810
MICHAEL D. KING
Texas Bar No. 24032634
D. THOMAS KELTNER
Texas Bar No. 24007474


U.S. Securities and Exchange Commission
Burnett Plaza, Suite 1900
801 Cherry Street, Unit #18
Fort Worth, TX  76102-6882
(817) 978-6476 (dbr)
(817) 978-4927 (fax)