IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION**, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. **3:09-CV-298-L** |
| **STANFORD INTERNATIONAL BANK, LTD., STANFORD GROUP COMPANY, STANFORD CAPITAL MANAGEMENT, LLC, R. ALLEN STANFORD, JAMES M. DAVIS, and LAURA PENDERGEST-HOLT,** | § § § § § § § | |
| Defendants. | § | |

## ORDER OF RECUSAL

This case was assigned to the court when it was filed on February 17, 2009. The court learned today that a person within the third degree of relationship to it has substantial holdings managed by Stanford Group Company, one of the parties to this litigation. The relative's holdings and conduct are directly affected by and subject to an existing order of the court. As litigation progresses, the relative's conduct and holdings are likely to be affected by and subject to further orders of the court. The court therefore **determines** that an objective person might reasonably question its impartiality in this proceeding, **recuses** itself pursuant to 28 U.S.C. § 455(a) from any further participation or involvement in this action, and **directs** the clerk of the court to reassign this action to another judge in accordance with the usual procedure.

**It is so ordered** this 20th day of February, 2009.

_____
Sam A. Lindsay
United States District Judge

**Order of Recusal - Page 2**