IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § | |
| Plaintiff, | § § | |
| v. | § § | Case No.: |
| STANFORD INTERNATIONAL BANK, LTD., STANFORD GROUP COMPANY, STANFORD CAPITAL MANAGEMENT, LLC, R. ALLEN STANFORD, JAMES M. DAVIS, and LAURA PENDERGEST-HOLT, | § § § § § § | |
| Defendants. | § § § | |

## ORDER

On the motion of Ralph Janvey, Receiver, the Court orders that Stanford Financial Group ("SFG") and The Stanford Financial Group Bldg Inc. ("SFGBI") are added as Relief Defendants herein and made subject to the provisions of the Court's Temporary Restraining Order, Order Freezing Assets, Order Requiring an Accounting, Order Requiring Preservation of Documents, and Order Authorizing Expedited Discovery and the Court's Order Appointing Receiver, both signed February 16, 2009.

Signed this 16th day of February 2009.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**