IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § | |
| Plaintiff, | § § | |
| v. | § § | Case No.: 3:09-cv-0298-L |
| STANFORD INTERNATIONAL BANK, LTD., STANFORD GROUP COMPANY, STANFORD CAPITAL MANAGEMENT, LLC, R. ALLEN STANFORD, JAMES M. DAVIS, and LAURA PENDERGEST-HOLT | § § § § § § | |
| Defendants, and | § § § | |
| STANFORD FINANCIAL GROUP, and THE STANFORD FINANCIAL GROUP BLDG INC. | § § § | |
| Relief Defendants. | § § | |

**DECLARATION OF ROBERT ALLEN STANFORD ASSERTING FIFTH AMENDMENT RIGHT AGAINST SELF-INCRIMINATION**

I, Robert Allen Stanford, hereby declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the following is true and correct, that I am at least twenty-one years of age, and that I am competent to testify as to the matters stated herein:

1. The United States Securities and Exchange Commission has served upon me a summons and First Amended Complaint ("Complaint") in this matter, and a notice of deposition. Further, I have received copies of: (a) the temporary restraining order, order freezing assets, order requiring an accounting, order requiring preservation of documents, and order authorizing expedited discovery; and (b) the order appointing receiver which require me,

among other things, to provide an accounting of: (1) all monies and other benefits that I received, directly and indirectly, as a result of the activities alleged in the Complaint; (2) all my current assets wherever they may be located and by whomever they are being held; and (3) all accounts with any financial or brokerage institution maintained by or for me. I am also aware of the Court's March 2, 2009 order extending the temporary restraining order, order freezing assets, order requiring an accounting, order requiring preservation of documents, and order authorizing expedited discovery and setting a preliminary injunction hearing for March 12, 2009.

2. I hereby assert my privilege against self-incrimination under the Fifth Amendment to the United States Constitution and decline to testify or provide an accounting, and will continue to decline to testify, provide an accounting, or produce any documents related to the matters set forth in the Commission's Complaint, including without limitation, testimony or documents regarding the following:

    A.    My personal background including, but not limited to, questions concerning family members, education, training, professional licenses, employment history, disciplinary history, criminal record and any civil actions in which I was or am a witness, a defendant, or a respondent;

    B.    My personal assets, including, but not limited to, questions concerning any bank, brokerage, trust or any other financial accounts, as well as any entities, domestic or foreign, in which I hold a beneficial interest or over which I exercise discretionary control;

    C.    Any and all conduct related to Stanford International Bank, Ltd. ("SIB"), Stanford Group Company ("SGC"), Stanford Capital Management, LLC

("SCM"), or any other entities owned or controlled, directly or indirectly, by me, and any of their control persons, officers, directors, managers, employees, and agents, including, but not limited to: (1) the solicitation of investors and the offering and sale of SIB certificates of deposit ("SIB CDs"); (2) the use of SIB CD investor funds; (3) the location of SIB CD investor funds; (4) assets of SIB or any of the entities identified in the caption above; (5) the solicitation of investors and the offering and sale of the Stanford Allocation Strategy mutual fund wrap program; and (6) the destruction of documents or other evidence related to the matters set forth in the Commission's Complaint;

D. Any and all communications with persons or entities identified as a "Defendant" or "Relief Defendant" in the caption, above;

E. Any and all receipt of funds, directly or indirectly by me from SIB CD investor funds, or any entity, or persons affiliated with any entity, named in the caption, above; and

F. Any and all transfers of SIB CD investor funds to any entity or individual located outside of the Continental United States.

I, Robert Allen Stanford, do hereby declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on the 9th day of March 2009.

ROBERT ALLEN STANFORD

Witness

SEC v. Stanford International Bank, Ltd., et al. 3
Robert Allen Stanford – 5th Amendment Declaration

SUPP. APP. 0003