IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS,
DALLAS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No.: 3-09-CV-0298-N |
| § | |
| STANFORD INTERNATIONAL BANK, LTD., ET § | |
| AL., § | |
| § | |
| Defendants. § | |

### ORDER GRANTING RECEIVER'S UNOPPOSED MOTION
### TO APPROVE PROCEDURES TO APPLY FOR REVIEW
### AND POTENTIAL RELEASE OF ACCOUNTS

Upon consideration of the Receiver's Unopposed Motion for Order Authorizing Procedures for Applying for Review and Potential Release of Accounts (the "Motion"), the Court is of the opinion that the Motion should be GRANTED in all respects.

IT IS THEREFORE ORDERED THAT the Receiver's Motion is GRANTED in all respects.

IT IS FURTHER ORDERED THAT the Receiver is authorized to adopt and follow the procedures described in the Release Application Procedures[1] in substantially the form contained in <u>Exhibit A</u> to the Motion, provided however that option (4) on page 4 is amended to add "subject to Court approval";

IT IS FURTHER ORDERED THAT the Receiver is authorized to adopt and collect the Application for Review and Potential Release of Accounts in substantially the form

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

contained in <u>Exhibit B</u> to the Motion, subject to necessary modifications for use as a web-based form;

IT IS FURTHER ORDERED THAT the Receiver is authorized, upon review of applications submitted pursuant to the Release Application Procedures, to release accounts from the Freeze Order that the Receiver in his discretion deems eligible for release;

IT IS FURTHER ORDERED THAT the Receiver is authorized, upon review of applications submitted pursuant to the Release Application Procedures and such additional information as the Receiver may require, engage in negotiations with applicants and seek to compromise and settle with applicants on such terms as the Receiver in his sole discretion deems are in the best interest of the Receivership Estate, subject to Court approval; and

IT IS FURTHER ORDERED THAT this Order is not a final adjudication of the Receiver's rights with respect to the released accounts.

Signed March 27, 2009.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE