# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § | |
| Plaintiff, | § § | |
| v. | § § § | Case 3:09-cv-00298-N |
| STANFORD INTERNATIONAL BANK, LTD., STANFORD GROUP COMPANY, STANFORD CAPITAL MANAGEMENT, LLC, R. ALLEN STANFORD, JAMES M. DAVIS, and LAURA PENDERGEST-HOLT, | § § § § § § § | |
| Defendants, and | § § § | |
| STANFORD FINANCIAL GROUP, and THE STANFORD FINANCIAL GROUP BLDG INC., | § § § § | |
| Relief Defendants. | § | |

## DEFENDANT R. ALLEN STANFORD'S PRO SE OPPOSITION TO RECEIVER'S MOTION FOR ENTRY OF SECOND AMENDED ORDER APPOINTING RECEIVER

TO THE HONORABLE JUDGE OF SAID COURT:

R. ALLEN STANFORD, appearing Pro Se, objects to the continued appointment of Receiver Ralph S. Janvey and the entry of a Second Amended Order Appointing Receiver because R. Allen Stanford believes the Receiver is wasting the assets of the Stanford entities and of R. Allen Stanford, rather than preserving them. R. Allen Stanford does not object to the Court revoking the Receiver's authority to file bankruptcy petitions on behalf of any of the individual defendants.

1

Respectfully Submitted,

*[signature]*

R. Allen Stanford
Pro Se

) )

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **DEFENDANT R. ALLEN STANFORD'S PRO SE OPPOSITION TO RECEIVER'S MOTION FOR ENTRY OF SECOND AMENDED ORDER APPOINTING RECEIVER** has been served on the following via ECF system:

        Stephen J. Korotash
        Oklahoma Bar No. 5102
        J. Kevin Edmundson
        Texas Bar No. 24044020
        David B. Reece
        Texas Bar No. 24002810
        Michael D. King
        Texas Bar No. 24032634
        D. Thomas Keltner
        Texas Bar No. 24007474
        Jason Rose
        Texas Bar No. 24007946

        U.S. Securities and Exchange Commission
        Burnett Plaza, Suite 1900
        801 Cherry Street, Unit #18
        Fort Worth, TX 76102-6882.

And    Timothy S. Durst
        Texas Bar No. 00786924
        Kevin Sadler
        Texas Bar No. 17512450
        Robert I, Howell
        Texas Bar No. 10107300
        David T. Arlington
        Texas Bar No. 00790238
        Baker Botts, Attorneys for Receiver Ralph S. Janvey

                                                      /s/ R. Allen Stanford
                                                      R. Allen Stanford

Dated: April 2, 2009