# EXHIBIT A



BrokerCheck Report

# STANFORD GROUP COMPANY

CRD# 39285

Report #70250-54407, data current as of Thursday, April 16, 2009.

| Section Title | Page(s) |
|---|---|
| Report Summary | 1 |
| Firm Profile | 2 - 6 |
| Firm History | 7 |
| Firm Operations | 8 - 17 |
| Disclosure of Arbitration Awards, Disciplinary, Financial, and Regulatory Events | 18 - 39 |
| About this BrokerCheck Report | 40 |



**Dear Investor:**

FINRA has generated the following BrokerCheck report for **STANFORD GROUP COMPANY**. The information contained within this report has been provided by a FINRA brokerage firm(s) and securities regulators as part of the securities industry's registration and licensing process and represents the most current information reported to the Central Registration Depository (CRD®).

FINRA regulates the securities markets for the ultimate benefit and protection of the investor. FINRA believes the general public should have access to information that will help them determine whether to conduct, or continue to conduct, business with a FINRA member. To that end, FINRA has adopted a public disclosure policy to make certain types of information available to you. Examples of information FINRA provides include: regulatory actions, investment-related civil suits, customer disputes that contain allegations of sales practice violations against brokers, all felony charges and convictions, misdemeanor charges and convictions relating to securities violations, and financial events such as bankruptcies, compromises with creditors, judgments, and liens.

When evaluating this report, please keep in mind that it may include items that involve pending actions or allegations that may be contested and have not been resolved or proven. Such items may, in the end, be withdrawn or dismissed, or resolved in favor of the individual broker, or concluded through a negotiated settlement with no admission or finding of wrongdoing.

The information in this report is not the only resource you should consult. FINRA recommends that you learn as much as possible about the individual broker or firm from other sources, such as professional references, local consumer and investment groups, or friends and family members who already have

established investment business relationships.

FINRA BrokerCheck is governed by federal law, Securities and Exchange Commission (SEC) regulations and FINRA rules approved by the SEC. State disclosure programs are governed by state law, and may provide additional information on brokers licensed by the state. Therefore, you should also consider requesting information from your state securities regulator. Refer to www.nasaa.org for a complete list of state securities regulators.

**Thank you for using FINRA BrokerCheck.**



Using this site/information means that you accept the FINRA BrokerCheck Terms and Conditions. A complete list of Terms and Conditions can be found at brokercheck.finra.org



For additional information about the contents of this report, please refer to the User Guidance or www.finra.org/brokercheck. It provides a glossary of terms and a list of frequently asked questions, as well as additional resources. For more information about FINRA, visit www.finra.org.

www.finra.org/brokercheck

User Guidance

**FINRA**

## STANFORD GROUP COMPANY

CRD# 39285

SEC# 8-48611

### Main Office Location

5051 WESTHEIMER
14TH FLOOR
HOUSTON, TX 77056
Regulated by FINRA Dallas Office

### Mailing Address

5051 WESTHEIMER
14TH FLOOR
HOUSTON, TX 77056

### Business Telephone Number

713/964-8300

This firm is a brokerage firm and an investment adviser firm. For more information about investment adviser firms, visit the SEC's Investment Adviser Public Disclosure website at:

http://www.adviserinfo.sec.gov

## Report Summary for this Firm

The report summary provides an overview of the firm's background. The firm and a securities regulator(s) have provided the information contained in this report as part of the securities industry registration and licensing process. More detailed information for this firm can be found in the firm's PDF report. Select "View Full PDF Report" to view the detailed information about this firm. The information contained in this report was last updated by the firm via Uniform Application for Broker-Dealer Registration (Form BD), the Uniform Request for Broker-Dealer Withdrawal (Form BDW), or a securities regulator via a Uniform Disciplinary Action Reporting Form (Form U6) on 04/15/2009.

### Firm Profile

This firm is classified as a corporation.

This firm was formed in Texas on 07/21/1995.

Its fiscal year ends in December.

### Firm History

Information relating to the firm's history such as Other Business Names, Other Business, and Successions (e.g., mergers or acquisitions) can be found in the firm's full PDF report.

### Firm Operations

This firm is registered with:

- the SEC
- 3 Self-Regulatory Organizations
- 53 U.S. states and territories

Is this brokerage firm currently suspended with any regulator?   **Yes**

This firm conducts 20 types of businesses.

This firm is affiliated with financial or investment institutions.

This firm has referral or financial arrangements with other brokers or dealers.

### Disclosure of Arbitration Awards, Disciplinary, Financial, and Regulatory Events

This section includes details regarding disclosure events reported by or about this firm to CRD as part of the securities industry registration and licensing process. Examples of such disclosure events range from disciplinary actions initiated by regulators to certain criminal charges and/or convictions, to financial disclosures such as bankruptcies, and summary information regarding arbitration awards involving securities and commodities disputes between public customers and FINRA-registered firms.

Are there events disclosed about this firm?   **Yes**

The following types of disclosures were reported:

Regulatory Event

Civil Event

Arbitration

©2009 FINRA. All rights reserved.   Report# 70250-54407 about STANFORD GROUP COMPANY. Data current as of Thursday, April 16, 2009.

1



www.finra.org/brokercheck
User Guidance

# Firm Profile

This firm is classified as a corporation.

This firm was formed in Texas on 07/21/1995.

Its fiscal year ends in December.

## Firm Names and Locations

This section includes details, as reported by the firm on Form BD, regarding the firm's full legal name, business and mailing addresses, the firm's "doing business as" name (i.e., "DBA" name) if different from the full legal name, and any other name by which the firm conducts business and where such name is used.

**STANFORD GROUP COMPANY**

**Doing business as STANFORD GROUP COMPANY**

CRD#   39285

SEC#   8-48611

**Main Office Location**

5051 WESTHEIMER
14TH FLOOR
HOUSTON, TX  77056

**Regulated by FINRA Dallas Office**

**Mailing Address**

5051 WESTHEIMER
14TH FLOOR
HOUSTON, TX  77056

**Business Telephone Number**

713/964-8300

## Other Names of this Firm

| Name | Where is it used |
|---|---|
| SGC | PA |
| STANFORD GROUP COMPANY (TEXAS) | GA |
| STANFORD GROUP COMPANY INC. | AL |
| STANFORD GROUP COMPANY OF FLORIDA | DE |
| STANFORD GROUP COMPANY OF TEXAS | NY |
| STANFORD GROUP COMPANY OF TEXAS, INC. | NJ |
| STANFORD GROUP COMPANY, A TEXAS CORPORATION | OR |

©2009 FINRA. All rights reserved.   Report# 70250-54407 about STANFORD GROUP COMPANY. Data current as of Thursday, April 16, 2009.

User Guidance

www.finra.org/brokercheck
TEXAS STANFORD GROUP COMPANY
TEXAS STANFORD GROUP COMPANY (FN)

CA
AZ

©2009 FINRA. All rights reserved.   Report# 70250-54407 about STANFORD GROUP COMPANY. Data current as of Thursday, April 16, 2009.

www.finra.org/brokercheck

**User Guidance**

FINNa

# Firm Profile

This section provides information relating to Direct Owners and Executive Officers as reported by the firm on Form BD.

## Direct Owners and Executive Officers

| | |
|---|---|
| **Legal Name & CRD# (if any):** | STANFORD GROUP HOLDINGS INC. |
| **Is this a domestic or foreign entity or an individual?** | Domestic Entity |
| **Position** | OWNER |
| **Position Start Date** | 11/1999 |
| **Percentage of Ownership** | 75% or more |
| **Does this owner direct the management or policies of the firm?** | Yes |
| **Is this a public reporting company?** | No |

| | |
|---|---|
| **Legal Name & CRD# (if any):** | FRAM, FREDERICK GORDON |
| | 1701062 |
| **Is this a domestic or foreign entity or an individual?** | Individual |
| **Position** | SENIOR DIRECTOR OF OPERATIONS |
| **Position Start Date** | 06/2006 |
| **Percentage of Ownership** | Less than 5% |
| **Does this owner direct the management or policies of the firm?** | Yes |
| **Is this a public reporting company?** | No |

| | |
|---|---|
| **Legal Name & CRD# (if any):** | POPPELL, RALPH EDWARD |
| | 1683087 |
| **Is this a domestic or foreign entity or an individual?** | Individual |
| **Position** | SENIOR VICE PRESIDENT |
| **Position Start Date** | 01/2008 |

©2009 FINRA, All rights reserved. Report# 70250-54407 about STANFORD GROUP COMPANY. Data current as of Thursday, April 16, 2009.

4

User Guidance

FINRA

www.finra.org/brokercheck
## Firm Profile

### Direct Owners and Executive Officers (continued)

| | |
|---|---|
| Percentage of Ownership | Less than 5% |
| Does this owner direct the management or policies of the firm? | Yes |
| Is this a public reporting company? | No |

©2009 FINRA. All rights reserved.   Report# 70250-54407 about STANFORD GROUP COMPANY. Data current as of Thursday, April 16, 2009.

5

www.finra.org/brokercheck

FINra

# Firm Profile

This section provides information relating to Indirect Owners, if any, as reported by the firm on Form BD.

## Indirect Owners

| | |
|---|---|
| **Legal Name & CRD# (if any):** | STANFORD, ROBERT ALLEN |
| | 2659919 |
| **Is this a domestic or foreign entity or an individual?** | Individual |
| **Company through which indirect ownership is established** | STANFORD GROUP HOLDINGS INC. |
| **Relationship to Direct Owner** | DIRECTOR/SHAREHOLDER |
| **Relationship Established** | 11/1999 |
| **Percentage of Ownership** | 75% or more |
| **Does this owner direct the management or policies of the firm?** | Yes |
| **Is this a public reporting company?** | No |

©2009 FINRA. All rights reserved.   Report# 70250-54407 about STANFORD GROUP COMPANY. Data current as of Thursday, April 16, 2009.

**FINra**

www.finra.org/brokercheck

# Firm History

This section provides information relating to successions (e.g., mergers or acquisitions), if any, as reported by the firm on Form BD.

No information reported.

©2009 FINRA. All rights reserved.   Report# 70250-54407 about STANFORD GROUP COMPANY. Data current as of Thursday, April 16, 2009.

FINRA

# Firm Operations

## Registrations

This section provides information about the regulators (e.g., U.S. Securities and Exchange Commission (SEC), self-regulatory organizations, states and U.S. territories) the firm is currently registered and licensed with, the category of each registration, and the date on which the registration status became effective, as well as certain information about the firm's SEC registration.

**This firm is currently registered with the SEC, 3 SROs and 53 U.S. states and territories.**

| Federal Regulator | Status | Date Effective |
|---|---|---|
| SEC | Approved | 10/25/1995 |

## SEC Registration Questions

This firm is registered with the SEC as:

A broker-dealer:    Yes

A broker-dealer and government securities broker or dealer:    Yes

A government securities broker or dealer only:    No

This firm has ceased activity as a government securities broker or dealer:    No

| Self-Regulatory Organization | Status | Date Effective |
|---|---|---|
| FINRA | Approved | 10/25/1995 |
| NASDAQ Stock Market | Approved | 07/12/2006 |
| NYSE Arca, Inc. | Suspended | 07/20/2005 |

©2009 FINRA. All rights reserved.    Report# 70250-54407 about STANFORD GROUP COMPANY. Data current as of Thursday, April 16, 2009.

www.finra.org/brokercheck
User Guidance



# Firm Operations

## Registrations (continued)

| U.S. States & Territories | Status | Date Effective | U.S. States & Territories | Status | Date Effective |
|---|---|---|---|---|---|
| Alabama | Approved | 10/27/1995 | North Carolina | Approved | 06/23/1997 |
| Alaska | Approved | 08/08/1997 | North Dakota | Approved | 07/11/1997 |
| Arizona | Approved | 07/02/1997 | Ohio | Approved | 10/26/1995 |
| Arkansas | Approved | 07/02/1997 | Oklahoma | Approved | 01/24/1997 |
| California | Approved | 10/30/1995 | Oregon | Approved | 07/03/1997 |
| Colorado | Approved | 02/07/1997 | Pennsylvania | Approved | 10/13/1995 |
| Connecticut | Approved | 07/01/1997 | Puerto Rico | Approved | 10/22/1997 |
| Delaware | Approved | 06/30/1997 | Rhode Island | Approved | 07/23/1997 |
| District of Columbia | Approved | 07/02/1997 | South Carolina | Approved | 11/08/1995 |
| Florida | Approved | 10/26/1995 | South Dakota | Approved | 06/24/1997 |
| Georgia | Approved | 10/26/1995 | Tennessee | Approved | 09/21/1995 |
| Hawaii | Approved | 04/06/1998 | Texas | Approved | 06/05/1997 |
| Idaho | Approved | 06/25/1997 | Utah | Approved | 07/29/1997 |
| Illinois | Approved | 01/21/1997 | Vermont | Approved | 05/29/2007 |
| Indiana | Approved | 06/23/1997 | Virgin Islands | Approved | 06/19/1997 |
| Iowa | Approved | 11/01/1995 | Virginia | Approved | 01/17/1997 |
| Kansas | Approved | 07/14/1997 | Washington | Approved | 06/23/1997 |
| Kentucky | Approved | 07/03/1997 | West Virginia | Approved | 01/21/1997 |
| Louisiana | Approved | 10/30/1995 | Wisconsin | Approved | 06/10/1997 |
| Maine | Approved | 01/02/1996 | Wyoming | Approved | |
| Maryland | Approved | 06/30/1997 | | | |
| Massachusetts | Approved | 06/24/1997 | | | |
| Michigan | Approved | 11/16/1995 | | | |
| Minnesota | Approved | 08/12/1997 | | | |
| Mississippi | Approved | 10/25/1995 | | | |
| Missouri | Approved | 04/11/1997 | | | |
| Montana | Approved | 06/03/1997 | | | |
| Nebraska | Approved | 07/08/1997 | | | |
| Nevada | Approved | 01/10/1997 | | | |
| New Hampshire | Approved | 10/25/1995 | | | |
| New Jersey | Approved | 10/26/1995 | | | |
| New Mexico | Approved | 01/22/1997 | | | |
| New York | Approved | 11/02/1995 | | | |

©2009 FINRA. All rights reserved.   Report# 70250-54407 about STANFORD GROUP COMPANY. Data current as of Thursday, April 16, 2009.



www.finra.org/brokercheck

User Guidance

# Firm Operations

## Types of Business

This section provides the types of business and any other business or other non-securities business the firm is engaged in or is expected to be engaged in as reported by the firm on Form BD.

**This firm currently conducts 20 types of businesses.**

## Types of Business

Broker or dealer making inter-dealer markets in corporation securities over-the-counter

Broker or dealer retailing corporate equity securities over-the-counter

Broker or dealer selling corporate debt securities

Underwriter or selling group participant (corporate securities other than mutual funds)

Mutual fund retailer

U.S. government securities dealer

U.S. government securities broker

Municipal securities dealer

Municipal securities broker

Broker or dealer selling variable life insurance or annuities

Solicitor of time deposits in a financial institution

Put and call broker or dealer or option writer

Investment advisory services

Broker or dealer selling tax shelters or limited partnerships in primary distributions

Broker or dealer selling tax shelters or limited partnerships in the secondary market

Non-exchange member arranging for transactions in listed securities by exchange member

Trading securities for own account

Private placements of securities

Broker or dealer involved in a networking, kiosk or similar arrangment with a: bank, savings bank or association, or credit union

Broker or dealer involved in a networking, kiosk or similar arrangment with a: insurance company or agency

## Other Types of Business

This firm does affect transactions in commodities, commodity futures, or commodity options.

This firm does not engage in other non-securities business.

Non-Securities Business Description:

©2009 FINRA. All rights reserved.   Report# 70250-54407 about STANFORD GROUP COMPANY. Data current as of Thursday, April 16, 2009.

www.finra.org/brokercheck
User Guidance

**FINra**

# Firm Operations

## Clearing Arrangements

**This firm does not hold or maintain funds or securities or provide clearing services for other broker-dealer(s).**

## Introducing Arrangements

**This firm does refer or introduce customers to other brokers and dealers.**

**Name:** ADM INVESTOR SERVICES, INC.

**Business Address:** 141 WEST JACKSON BOULEVARD
SUITE 1600A
CHICAGO, IL 60604

**Effective Date:** 09/23/2008

**Description:** WE INTRODUCE CUSTOMERS AND CLEAR OUR TRADES THROUGH
ADM ON A DISCLOSED BASIS.

**Name:** PERSHING LLC

**Business Address:** ONE PERSHING PLAZA
JERSEY CITY, NJ 07399

**Effective Date:** 12/27/2005

**Description:** APPLICANT CLEARS ON A FULLY DISCLOSED BASIS THROUGH
PERSHING LLC

**Name:** BEAR STEARNS SECURITIES CORP.

**Business Address:** 245 PARK AVENUE
NEW YORK, NY 10167

**Effective Date:** 09/29/1995

**Description:** APPLICANT CLEARS ON A FULLY DISCLOSED BASIS THROUGH BEAR
STEARNS

©2009 FINRA. All rights reserved.   Report# 70250-54407 about STANFORD GROUP COMPANY. Data current as of Thursday April 16, 2009.

www.finra.org/brokercheck

User Guidance

# Firm Operations

## Industry Arrangements

**This firm does have books or records maintained by a third party.**

**Name:** ADM INVESTOR SERVICES, INC.

**Business Address:** 141 WEST JACKSON BOULEVARD
SUITE 1600A
CHICAGO, IL 60604

**Effective Date:** 09/23/2008

**Description:** WE INTRODUCE CUSTOMERS AND CLEAR OUR TRADES THROUGH
ADM ON A DISCLOSED BASIS.

**Name:** PERSHING LLC

**Business Address:** ONE PERSHING PLAZA
JERSEY CITY, NJ 07399

**Effective Date:** 12/27/2005

**Description:** APPLICANT CLEARS ON A FULLY DISCLOSED BASIS THROUGH
PERSHING LLC

**Name:** BEAR STEARNS SECURITIES CORP.

**Business Address:** 245 PARK AVENUE
NEW YORK, NY 10167

**Effective Date:** 09/29/1995

**Description:** APPLICANT CLEARS ON A FULLY DISCLOSED BASIS THROUGH BEAR
STEARNS

**This firm does not have accounts, funds, or securities maintained by a third party.**

**This firm does not have customer accounts, funds, or securities maintained by a third party.**

## Control Persons/Financing

**This firm does not have individuals who control its management or policies through agreement.**

**This firm does not have individuals who wholly or partly finance the firm's business.**

©2009 FINRA. All rights reserved.    Report# 70250-54407 about STANFORD GROUP COMPANY. Data current as of Thursday, April 16, 2009.

# Firm Operations

## Organization Affiliates

This section provides information relating to control relationships with entities engaged in the securities, investment advisory, or banking business as reported by the firm on Form BD.

This firm is, directly or indirectly:
- in control of
- controlled by
- or under common control with

the following partnerships, corporations, or other organizations engaged in the securities or investment advisory business.

**STANFORD GLOBAL ADVISORY, LLC is under common control with the firm.**

| | |
|---|---|
| CRD #: | 147042 |
| Business Address: | 2104 HILL STREET<br>CHRISTIANSTED, VI  00820-4828 |
| Effective Date: | 06/04/2008 |
| Foreign Entity: | No |
| Country: | |
| Securities Activities: | No |
| Investment Advisory Activities: | Yes |
| Description: | THIS COMPANY IS UNDER COMMON CONTROL WITH STANFORD GROUP COMPANY IN THAT THE ULTIMATE BENEFICIAL OWNER OF EACH ENTITY IS R. ALLEN STANFORD. |

**STANFORD FAMILY OFFICE, LLC is under common control with the firm.**

| | |
|---|---|
| CRD #: | 146315 |
| Business Address: | 5051 WESTHEIMER<br>11TH FLOOR<br>HOUSTON, TX  77056 |
| Effective Date: | 05/01/2008 |
| Foreign Entity: | No |
| Country: | |
| Securities Activities: | No |
| Investment Advisory Activities: | Yes |

©2009 FINRA. All rights reserved.   Report# 70250-54407 about STANFORD GROUP COMPANY. Data current as of Thursday, April 16, 2009.

www.finra.org/brokercheck

# Firm Operations

## Organization Affiliates (continued)

**Description:** THIS COMPANY IS UNDER COMMON CONTROL WITH STANFORD GROUP COMPANY IN THAT THE ULTIMATE BENEFICIAL OWNER OF EACH ENTITY IS R. ALLEN STANFORD.

### STANFORD CASA DE VALORES, S.A. is under common control with the firm.

**Business Address:** SAMUEAL LEWIS AVENUE AND 54TH STREET URBANIZACION OBARRIO TORRE BUILDING GENERALI, 19TH FLOOR PANAMA, REPUBLIC OF PANAMA

**Effective Date:** 01/30/2007

**Foreign Entity:** Yes

**Country:** REPUBLIC OF PANAMA

**Securities Activities:** Yes

**Investment Advisory Activities:** No

**Description:** THIS COMPANY IS UNDER COMMON CONTROL WITH STANFORD GROUP COMPANY IN THAT THE ULTIMATE BENEFICIAL OWNER OF EACH ENTITY IS R. ALLEN STANFORD.

### STANFORD BOLSA Y BANCA S.A. is under common control with the firm.

**Business Address:** CARRERA 7 NO. 73-55 PISO 9 BOGOTA D.C., REPULIC OF COLUMBIA

**Effective Date:** 02/02/2007

**Foreign Entity:** Yes

**Country:** REPUBLIC OF COLUMBIA

**Securities Activities:** Yes

**Investment Advisory Activities:** No

**Description:** THIS COMPANY IS UNDER COMMON CONTROL WITH STANFORD GROUP COMPANY IN THAT THE ULTIMATE BENEFICIAL OWNER OF EACH ENTITY IS R. ALLEN STANFORD.

### STANFORD CAPITAL MANAGEMENT, LLC is under common control with the firm.

**CRD #:** 141553

**Business Address:** 5051 WESTHEIMER HOUSTON, TX 77056

©2009 FINRA. All rights reserved.   Report# 70250-54407 about STANFORD GROUP COMPANY. Data current as of Thursday, April 16, 2009.

User Guidance

**FINRA**

15

## Firm Operations

### Organization Affiliates (continued)

| | |
|---|---|
| **Effective Date:** | 09/11/2006 |
| **Foreign Entity:** | No |
| **Country:** | |
| **Securities Activities:** | No |
| **Investment Advisory Activities:** | Yes |
| **Description:** | THIS COMPANY IS UNDER COMMON CONTROL WITH STANFORD GROUP COMPANY IN THAT THE ULTIMATE BENEFICIAL OWNER OF EACH ENTITY IS R. ALLEN STANFORD. |

**STANFORD GROUP PERU S.I.V. is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | AVENIDA VICTOR ANDRES BELAUNDE NO 147 VIA PRINCIPAL 140 EDIFICIO REAL SEIS, PISO 7 LIMA, REPUBLIC OF PERU |
| **Effective Date:** | 12/28/2005 |
| **Foreign Entity:** | Yes |
| **Country:** | PERU |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | Yes |
| **Description:** | THIS COMPANY IS UNDER COMMON CONTROL WITH STANFORD GROUP COMPANY IN THAT THE ULTIMATE BENEFICIAL OWNER OF EACH ENTITY IS R. ALLEN STANFORD. |

**STANFORD GROUP (SUISSE) AG is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | ALDERSTRASSE 49 ZURICH, SWITZERLAND  8008 |
| **Effective Date:** | 03/07/2004 |
| **Foreign Entity:** | Yes |
| **Country:** | SWITZERLAND |
| **Securities Activities:** | No |
| **Investment Advisory Activities:** | Yes |
| **Description:** | THIS COMPANY IS UNDER COMMON CONTROL WITH STANFORD GROUP |

©2009 FINRA. All rights reserved.   Report# 70250-54407 about STANFORD GROUP COMPANY. Data current as of Thursday, April 16, 2009.



www.finra.org/brokercheck
# Firm Operations

## Organization Affiliates (continued)

COMPANY IN THAT THE ULTIMATE BENEFICIAL OWNER OF EACH ENTITY
IS R. ALLEN STANFORD.

### STANFORD GROUP (ANTIGUA) LTD. is under common control with the firm.

| | |
|---|---|
| **Business Address:** | NO. 11 PAVILLION DRIVE<br>ST. JOHNS, ANTIGUA, WEST INDIES |
| **Effective Date:** | 12/17/2003 |
| **Foreign Entity:** | Yes |
| **Country:** | ANTIGUA, WEST INDIES |
| **Securities Activities:** | No |
| **Investment Advisory Activities:** | Yes |
| **Description:** | THIS COMPANY IS UNDER COMMON CONTROL WITH STANFORD GROUP<br>COMPANY IN THAT THE ULTIMATE BENEFICIAL OWNER OF EACH ENTITY<br>IS R. ALLEN STANFORD. |

### STANFORD GROUP ARUBA N.V. is under common control with the firm.

| | |
|---|---|
| **Business Address:** | MARISOL BUILDING, 2ND FLOOR<br>L.G. SMITH BOULEVARD 60<br>ORAJESTAD, ARUBA, DUTCH WEST INDIES  N/A |
| **Effective Date:** | 01/19/1989 |
| **Foreign Entity:** | Yes |
| **Country:** | ARUBA, DUTCH WEST INDIES |
| **Securities Activities:** | No |
| **Investment Advisory Activities:** | Yes |
| **Description:** | THIS COMPANY IS UNDER COMMON CONTROL WITH STANFORD GROUP<br>COMPANY IN THAT THE ULTIMATE BENEFICIAL OWNER OF EACH ENTITY<br>IS R. ALLEN STANFORD. |

### STANFORD GROUP CASA DE VALORES, S.A. is under common control with the firm.

| | |
|---|---|
| **Business Address:** | EDIFICIO WORLD TRADE CENTER<br>AVENIDA 12 DE OCTUBRE 1942 Y CORDERO, PISO10<br>QUITO, ECUADOR  N/A |
| **Effective Date:** | 05/05/1994 |

©2009 FINRA. All rights reserved.   Report# 70250-54407 about STANFORD GROUP COMPANY. Data current as of Thursday, April 16, 2009.

User Guidance

# FINra

## Firm Operations

### Organization Affiliates (continued)

| | |
|---|---|
| **Foreign Entity:** | Yes |
| **Country:** | ECUADOR |
| **Securities Activities:** | Yes |
| **Investment Advisory Activities:** | No |
| **Description:** | THIS COMPANY IS UNDER COMMON CONTROL WITH STANFORD GROUP COMPANY IN THAT THE ULTIMATE BENEFICIAL OWNER OF EACH ENTITY IS R. ALLEN STANFORD. |

**STANFORD GROUP VENEZUELA ASESORES DE INVERSION, C.A. is under common control with the firm.**

| | |
|---|---|
| **Business Address:** | URBANIZACION EL ROSAL, AVENIDA TAMANACO TORRE NORD, PISO 2 CARACAS, VENEZUELA  N/A |
| **Effective Date:** | 12/16/1996 |
| **Foreign Entity:** | Yes |
| **Country:** | VENEZUELA |
| **Securities Activities:** | No |
| **Investment Advisory Activities:** | Yes |
| **Description:** | THIS COMPANY IS UNDER COMMON CONTROL WITH STANFORD GROUP COMPANY IN THAT THE ULTIMATE BENEFICIAL OWNER OF EACH ENTITY IS R. ALLEN STANFORD. |

This firm is not directly or indirectly, controlled by the following:

- **bank holding company**
- **national bank**
- **state member bank of the Federal Reserve System**
- **state non-member bank**
- **savings bank or association**
- **credit union**
- **or foreign bank**

©2009 FINRA. All rights reserved.   Report# 70250-54407 about STANFORD GROUP COMPANY. Data current as of Thursday, April 16, 2009.

www.finra.org/brokercheck



# Disclosure of Arbitration Awards, Disciplinary, Financial, and Regulatory Events

Firms are required to answer a series of disclosure questions on Form BD and provide the corresponding details to any reported events as part of the securities industry registration and licensing process. The disclosure questions concern criminal and regulatory events, civil actions, and certain financial disclosures such as bankruptcy or liquidation proceedings filed within the past ten years, bond actions and unpaid judgments and liens. The firm must answer either "yes" or "no" to each question as it applies to the firm itself or to any of its control affiliates (i.e., an individual, partnership, corporation, trust, or other organization that directly or indirectly controls, is under common control with, or is controlled by the firm). This section lists the various disclosure questions and their corresponding answers as reported by the firm on Form BD.



Possible multiple reporting sources -- please note:

Disclosure event details may be reported by more than one source (i.e., regulator or firm). When this occurs, all versions of the reported event will appear in the firm's BrokerCheck report. The different versions of the same reported disclosure event are separated by a solid line with the reporting source clearly labeled.

|  | Pending | Final | On Appeal |
|---|---|---|---|
| Regulatory Event | 0 | 4 | 0 |
| Civil Event | 1 | 0 | 0 |
| Arbitration | N/A | 9 | N/A |

©2009 FINRA. All rights reserved.   Report# 70250-54407 about STANFORD GROUP COMPANY. Data current as of Thursday, April 16, 2009.

18

www.finra.org/brokercheck

FINſa

19

## Disclosure Event Details

This section provides the specific details for each disclosure event, as reported by the firm on Form BD, that correspond with any "yes" answers to the various Form BD disclosure questions. It also includes summary information regarding arbitration awards in cases where the firm was named as a respondent in the arbitration proceeding, if any.

Nothing will be displayed in this section of the firm's BrokerCheck Report when the firm has no reported disclosure information.

If the firm does have reported disclosure events, please keep the following in mind when evaluating the disclosure event details. Items may involve pending actions or allegations that may be contested and have not been resolved or proven. The items may, in the end, be withdrawn or dismissed, or resolved in favor of the firm, or concluded through a negotiated settlement with no admission or finding of wrongdoing.

This report provides the information exactly as it was reported to CRD by the firm and/or by securities industry regulators. Some of the specific data fields contained in this section of the report may be blank if the information was not provided to CRD.

Disclosure event details may be reported by more than one source (i.e., regulator and firm). When this occurs, all versions of the reported event will appear in the firm's BrokerCheck report. A solid line separates the different versions of the same reported disclosure event with the reporting source clearly labeled (e.g., Source: Firm or Source: Regulator).

## Regulatory - Final

This section provides information regarding any final, regulatory action as reported by the firm and/or a securities regulator to CRD as part of the securities industry registration and licensing process. Such event may include a final, formal proceeding initiated by a regulatory authority (e.g., a state securities agency, a self-regulatory organization, a federal regulator such as the U.S. Securities and Exchange Commission (SEC) or the Commodity Futures Trading Commission (CFTC), or a foreign financial regulatory body) for a violation of investment-related rules or regulations. In addition, a revocation or suspension of the authority of a firm's control affiliate to act as an attorney, accountant or federal contractor, if any, will appear here.

**Disclosure 1 of 4**

**Reporting Source:**     Regulator

**Current Status:**     Final

**Allegations:**     NASD RULES 2110, 2711(H)(2)(A)(II)(B), 2711(H)(6), 2711(H)(7), 2711(H)(8), 2711(H)(10), 2711(I); STANFORD GROUP FAILED TO DISCLOSE IN RESEARCH REPORTS THAT IT HAD RECEIVED COMPENSATION FOR INVESTMENT SERVICES FROM A SUBJECT COMPANY DURING THE TWELVE-MONTH PERIOD THAT PRECEDED THE PUBLICATION OF THE RESEARCH REPORT. THE FIRM FAILED TO INCLUDE REQUIRED PRICE CHARTS IN RESEARCH REPORTS. THE FIRM FAILED TO DISCLOSE IN RESEARCH REPORTS THE VALUATION METHODS USED TO DETERMINE

©2009 FINRA. All rights reserved.    Report# 70250-54407 about STANFORD GROUP COMPANY. Data current as of Thursday, April 16, 2009.

www.finra.org/brokercheck

User Guidance

FINCA

20

**Initiated By:** FINRA

**Date Initiated:** 11/20/2008

**Docket/Case Number:** 2007007168001

**Principal Product Type:** No Product

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:**

**Other Sanction(s)/Relief Sought:**

**Resolution:** Acceptance, Waiver & Consent(AWC)

**Resolution Date:** 11/20/2008

**Does the order constitute a final order based on violations of any laws or regulations that prohibit fraudulent, manipulative, or deceptive conduct?** No

**Sanctions Ordered:** Censure
Monetary/Fine $30,000.00

**Other Sanctions Ordered:**

**Sanction Details:** WITHOUT ADMITTING OR DENYING THE FINDINGS THE FIRM CONSENTED TO THE DESCRIBED SANCTIONS AND TO THE ENTRY OF FINDINGS: THEREFORE, THE FIRM IS CENSURED AND FINED $30,000.

THE STATED PRICE TARGET AND/OR THE RISKS THAT MAY IMPEDE ACHIEVEMENT OF THE PRICE TARGET. THE FIRM FAILED TO DISCLOSE IN RESEARCH REPORTS THAT IT WAS MAKING A MARKET IN THE SUBJECT'S SECURITIES AT THE TIME THE RESEARCH REPORTS WERE PUBLISHED. THE FIRM FAILED TO PROVIDE CLEAR AND COMPREHENSIVE DISCLOSURES IN PUBLISHED RESEARCH REPORTS. SPECIFICALLY, THE FIRM'S RESEARCH REPORTS DID NOT INCLUDE CLEAR, COMPREHENSIVE, AND PROMINENT DISCLOSURES REGARDING WHETHER STANFORD OR ANY OF ITS AFFILIATES, OFFICERS OR EMPLOYEES HELD INTEREST IN THE SECURITIES OF THE SUBJECT COMPANIES OR WHETHER STANFORD HAD MANAGED OR CO-MANAGED A PUBLIC OFFERING OF THE SUBJECT COMPANIES' SECURITIES. THE FIRM FAILED TO ADOPT AND IMPLEMENT WRITTEN SUPERVISORY PROCEDURES REASONABLY DESIGNED TO ENSURE THAT THE FIRM AND ITS EMPLOYEES COMPLIED WITH VARIOUS PROVISIONS REGARDING THE REVIEW AND APPROVAL OF RESEARCH REPORTS PRIOR TO DISSEMINATION TO THE PUBLIC.

©2009 FINRA. All rights reserved.   Report# 70250-54407 about STANFORD GROUP COMPANY. Data current as of Thursday, April 16, 2009.

www.finra.org/brokercheck

User Guidance

FINRA

21

**Reporting Source:** Firm

**Current Status:** Final

**Allegations:** NASD RULES 2110, 2711(H)(2)(A)(II)(B), 2711(H)(6), 2711(H)(7), 2711(H)(8), 2711(H)(10), 2711(I): STANFORD GROUP FAILED TO DISCLOSE IN RESEARCH REPORTS THAT IT HAD RECEIVED COMPENSATION FOR INVESTMENT SERVICES FROM A SUBJECT COMPANY DURING THE TWELVE-MONTH PERIOD THAT PRECEDED THE PUBLICATION OF THE RESEARCH REPORT. THE FIRM FAILED TO INCLUDE REQUIRED PRICE CHARTS IN RESEARCH REPORTS. THE FIRM FAILED TO DISCLOSE IN RESEARCH REPORTS THE VALUATION METHODS USED TO DETERMINE THE STATED PRICE TARGET AND/OR THE RISKS THAT MAY IMPEDE ACHIEVEMENT OF THE PRICE TARGET. THE FIRM FAILED TO DISCLOSE IN RESEARCH REPORTS THAT IT WAS MAKING A MARKET IN THE SUBJECT'S SECURITIES AT THE TIME THE RESEARCH REPORTS WERE PUBLISHED. THE FIRM FAILED TO PROVIDE CLEAR AND COMPREHENSIVE DISCLOSURES IN PUBLISHED RESEARCH REPORTS. SPECIFICALLY, THE FIRM'S RESEARCH REPORTS DID NOT INCLUDE CLEAR, COMPREHENSIVE, AND PROMINENT DISCLOSURES REGARDING WHETHER STANFORD OR ANY OF ITS AFFILIATES, OFFICERS OR EMPLOYEES HELD INTEREST IN THE SECURITIES OF THE SUBJECT COMPANIES OR WHETHER STANFORD HAD MANAGED OR CO-MANAGED A PUBLIC OFFERING OF THE SUBJECT COMPANIES' SECURITIES. THE FIRM FAILED TO ADOPT AND IMPLEMENT WRITTEN SUPERVISORY PROCEDURES REASONABLY DESIGNED TO ENSURE THAT THE FIRM AND ITS EMPLOYEES COMPLIED WITH VARIOUS PROVISIONS REGARDING THE REVIEW AND APPROVAL OF RESEARCH REPORTS PRIOR TO DISSEMINATION TO THE PUBLIC.

**Initiated By:** FINRA

**Date Initiated:** 11/24/2008

**Docket/Case Number:** 2007007168001

**Principal Product Type:** No Product

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:**

**Other Sanction(s)/Relief Sought:**

**Resolution:** Acceptance, Waiver & Consent(AWC)

**Resolution Date:** 11/24/2008

©2009 FINRA. All rights reserved.    Report# 70250-54407 about STANFORD GROUP COMPANY. Data current as of Thursday, April 16, 2009.

www.finra.org/brokercheck

User Guidance

**FINra**

22

| | |
|---|---|
| **Sanctions Ordered:** | Censure<br>Monetary/Fine $30,000.00 |
| **Other Sanctions Ordered:** | |
| **Sanction Details:** | WITHOUT ADMITTING OR DENYING THE FINDINGS THE FIRM CONSENTED TO THE DESCRIBED SANCTIONS AND TO THE ENTRY OF FINDINGS: THERE, THE FIRM IS CENSURED AND FINED $30,000.00 |

**Disclosure 2 of 4**

| | |
|---|---|
| **Reporting Source:** | Regulator |
| **Current Status:** | Final |
| **Allegations:** | MSRB RULES G-14(B)(I), G-14(B)(II), G-27 - STANFORD GROUP COMPANY FAILED TO REPORT CUSTOMER TRANSACTIONS IN MUNICIPAL SECURITIES WITHIN 15 MINUTES AFTER EXECUTION. THE FIRM FAILED TO SHOW THE CORRECT TIME OF EXECUTION TO THE REAL-TIME TRANSACTION REPORTING SYSTEM (RTRS) FOR CUSTOMER TRANSACTIONS IN MUNICIPAL SECURITIES. THE FIRM REPORTED "STEP OUT" TRANSACTIONS IN MUNICIPAL SECURITIES, OR INTER-DEALER DELIVERIES, TO THE RTRS THAT IT WAS NOT REQUIRED TO REPORT. THE FIRM'S SUPERVISORY SYSTEM DID NOT PROVIDE FOR SUPERVISION REASONABLY DESIGNED TO ACHIEVE COMPLIANCE WITH APPLICABLE SECURITIES LAWS, REGULATIONS AND NASD RULES CONCERNING TIMELY TRANSACTION REPORTING TO THE MUNICIPAL SECURITIES RULEMAKING BOARD (MSRB). |
| **Initiated By:** | FINRA |
| **Date Initiated:** | 07/22/2008 |
| **Docket/Case Number:** | 2006005836-01 |
| **Principal Product Type:** | Debt - Municipal |
| **Other Product Type(s):** | |
| **Principal Sanction(s)/Relief Sought:** | |
| **Other Sanction(s)/Relief Sought:** | |
| **Resolution:** | Acceptance, Waiver & Consent(AWC) |
| **Resolution Date:** | 07/22/2008 |

©2009 FINRA. All rights reserved.    Report# 70250-54407 about STANFORD GROUP COMPANY. Data current as of Thursday, April 16, 2009.

www.finra.org/brokercheck

User Guidance

FINLA

23

**Does the order constitute a final order based on violations of any laws or regulations that prohibit fraudulent, manipulative, or deceptive conduct?**

No

**Sanctions Ordered:**

Censure
Monetary/Fine $10,000.00

**Other Sanctions Ordered:**

**Sanction Details:**

WITHOUT ADMITTING OR DENYING THE FINDINGS, THE FIRM CONSENTED TO THE DESCRIBED SANCTIONS AND TO THE ENTRY OF FINDINGS; THEREFORE, THE FIRM IS CENSURED AND FINED $10,000.

**Reporting Source:**

Firm

**Current Status:**

Final

**Allegations:**

MSRB RULES G-14(B)(I), G-14(B)(II), G-27 - STANFORD GROUP COMPANY FAILED TO REPORT CUSTOMER TRANSACTIONS IN MUNICIPAL SECURITIES WITHIN 15 MINUTES AFTER EXECUTION. THE FIRM FAILED TO SHOW THE CORRECT TIME OF EXECUTION TO THE REAL-TIME TRANSACTION REPORTING SYSTEM (RTRS) FOR CUSTOMER TRANSACTIONS IN MUNICIPAL SECURITIES. THE FIRM REPORTED "STEP OUT" TRANSACTIONS IN MUNICIPAL SECURITIES, OR INTER-DEALER DELIVERIES, TO THE RTRS THAT IT WAS NOT REQUIRED TO REPORT. THE FIRM'S SUPERVISORY SYSTEM DID NOT PROVIDE FOR SUPERVISION REASONABLY DESIGNED TO ACHIEVE COMPLIANCE WITH APPLICABLE SECURITIES LAWS, REGULATIONS AND NASD RULES CONCERNING TIMELY TRANSACTION REPORTING TO THE MUNICIPAL SECURITIES RULEMAKING BOARD (MSRB).

**Initiated By:**

FINRA

**Date Initiated:**

07/22/2008

**Docket/Case Number:**

2006005863-01

**Principal Product Type:**

Debt - Municipal

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:**

**Other Sanction(s)/Relief Sought:**

©2009 FINRA. All rights reserved.   Report# 70250-54407 about STANFORD GROUP COMPANY. Data current as of Thursday, April 16, 2009.

www.finra.org/brokercheck

**FINRA**

24

**Resolution:** Acceptance, Waiver & Consent(AWC)

**Resolution Date:** 07/22/2008

**Sanctions Ordered:** Censure
Monetary/Fine $10,000.00

**Other Sanctions Ordered:**

**Sanction Details:** WITHOUT ADMITTING OR DENYING THE FINDINGS, THE FIRM CONSENTED TO THE DESCRIBED SANCTIONS AND TO THE ENTRY OF FINDINGS; THEREFORE, THE FIRM IS CENSURED AND FINED $10,000.

**Disclosure 3 of 4**

**Reporting Source:** Regulator

**Current Status:** Final

**Allegations:** NASD RULES 2110, 2210(D)(1)(A) AND (B), (D)(2)(B) AND (D)(2)(C) - IN CONNECTION WITH THE OFFERS AND SALES OF CERTIFICATE OF DEPOSIT ISSUED BY A BANK AFFILIATE, IT DISTRIBUTED SALES LITERATURE THAT DID NOT COMPLY WITH NASD ADVERTISING RULES IN THAT IT FAILED TO DISCLOSE THAT THE AFFILIATION BETWEEN THE FIRM AND THE BANK COULD CREATE A CONFLICT OF INTEREST, FAILED TO PRESENT FAIR AND BALANCED TREATMENT OF THE RISKS AND POTENTIAL BENEFITS OF A CD INVESTMENT, IT DID NOT CONTAIN THE NAME OF THE FIRM USING THE MATERIALS AND IT CONTAINED MISLEADING, UNFAIR AND UNBALANCED INFORMATION.

**Initiated By:** FINRA

**Date Initiated:** 11/14/2007

**Docket/Case Number:** 2005002203701

**Principal Product Type:** CD(s)

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:**

**Other Sanction(s)/Relief Sought:**

**Resolution:** Acceptance, Waiver & Consent(AWC)

**Resolution Date:** 11/14/2007

©2009 FINRA. All rights reserved.   Report# 70250-54407 about STANFORD GROUP COMPANY. Data current as of Thursday, April 16, 2009.

www.finra.org/brokercheck

FINRA

25

**Does the order constitute a final order based on violations of any laws or regulations that prohibit fraudulent, manipulative, or deceptive conduct?**

No

**Sanctions Ordered:**

Censure
Monetary/Fine $10,000.00

**Other Sanctions Ordered:**

**Sanction Details:**

WITHOUT ADMITTING OR DENYING THE FINDINGS, STANFORD GROUP COMPANY CONSENTED TO THE DESCRIBED SANCTIONS AND TO THE ENTRY OF FINDINGS, THEREFORE, THE FIRM IS CENSURED AND FINED $10,000.

**Reporting Source:**

Firm

**Current Status:**

Final

**Allegations:**

NASD RULES 2110, 2210(D)(1)(A) AND (B), (D)(2)(B) AND (D)(2)(C) - IN CONNECTION WITH THE OFFERS AND SALES OF CERTIFICATE OF DEPOSIT ISSUED BY A BANK AFFILIATE, IT DISTRIBUTED SALES LITERATURE THAT DID NOT COMPLY WITH NASD ADVERTISING RULES IN THAT IT FAILED TO DISCLOSE THAT THE AFFILIATION BETWEEN THE FIRM AND THE BANK COULD CREATE A CONFLICT OF INTEREST, FAILED TO PRESENT FAIR AND BALANCED TREATMENT OF THE RISKS AND POTENTIAL BENEFITS OF A CD INVESTMENT, IT DID NOT CONTAIN THE NAME OF THE FIRM USING THE MATERIALS AND IT CONTAINED MISLEADING, UNFAIR AND UNBALANCED INFORMATION.

**Initiated By:**

FINANCIAL INDUSTRY REGULATORY AUTHORITY

**Date Initiated:**

11/14/2007

**Docket/Case Number:**

2005002203701

**Principal Product Type:**

CD(s)

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:**

ACCEPTANCE, WAIVER & CONSENT (AWC)

**Other Sanction(s)/Relief Sought:**

**Resolution:**

Acceptance, Waiver & Consent(AWC)

**Resolution Date:**

11/14/2007

©2009 FINRA. All rights reserved.   Report# 70250-54407 about STANFORD GROUP COMPANY. Data current as of Thursday, April 16, 2009.

www.finra.org/brokercheck

User Guidance

FINRA

26

**Sanctions Ordered:** Censure
Monetary/Fine $10,000.00

**Other Sanctions Ordered:**

**Sanction Details:** WITHOUT ADMITTING OR DENYING THE FINDINGS, STANFORD GROUP COMPANY CONSENTED TO THE DESCRIBED SANTIONS AND TO THE ENTRY OF FINDINGS, THEREFORE, THE FIRM WAS CENSURED AND FINED $10,000.

**Disclosure 4 of 4**

**Reporting Source:** Regulator

**Current Status:** Final

**Allegations:** SECTION 15(C) OF THE SECURITIES EXCHANGE ACT OF 1934, RULES 15C3-1, 15C3-3, NASD RULES 2110, 3010 - IN CONNECTION WITH THE FIRM'S RETAIL BROKERAGE OPERATIONS, IT HELD CUSTOMER FUNDS WITHOUT MAKING REQUIRED RESERVE COMPUTATIONS AND TO MAKE DEPOSITS INTO A SPECIAL RESERVE BANK ACCOUNT FOR THE EXCLUSIVE BENEFIT OF THE CUSTOMERS. THE FINDINGS STATED THAT THE FIRM FAILED TO ESTABLISH AND MAINTAIN A SUPERVISORY SYSTEM REASONABLY DESIGNED TO ACHIEVE COMPLIANCE WITH APPLICABLE SECURITIES LAWS, REGULATIONS AND NASD RULES IN THAT IT FAILED TO PROVIDE EACH OF ITS BRANCH OFFICES WITH COPIES OF ITS WRITTEN SUPERVISORY PROCEDURES OR AN EQUIVALENT DOCUMENT REGARDING THE TIMELY PROCESSING OF CUSTOMER CHECKS. THE FINDINGS ALSO STATED THAT THE FIRM CONDUCTED A SECURITIES BUSINESS WHILE FAILING TO MAINTAIN ITS REQUIRED MINIMUM NET CAPITAL.

**Initiated By:** NASD

**Date Initiated:** 04/12/2007

**Docket/Case Number:** E06205005301

**Principal Product Type:** No Product

**Other Product Type(s):**

**Principal Sanction(s)/Relief Sought:**

**Other Sanction(s)/Relief Sought:**

**Resolution:** Acceptance, Waiver & Consent(AWC)

©2009 FINRA. All rights reserved.   Report# 70250-54407 about STANFORD GROUP COMPANY. Data current as of Thursday, April 16, 2009.

www.finra.org/brokercheck

User Guidance

FINIA

27

**Resolution Date:** 04/12/2007

**Does the order constitute a final order based on violations of any laws or regulations that prohibit fraudulent, manipulative, or deceptive conduct?** No

**Sanctions Ordered:** Censure
Monetary/Fine $20,000.00

**Other Sanctions Ordered:**

**Sanction Details:** WITHOUT ADMITTING OR DENYING THE FINDINGS, STANFORD GROUP COMPANY CONSENTED TO THE DESCRIBED SANCTIONS AND TO THE ENTRY OF FINDINGS, THEREFORE, THE FIRM WAS CENSURED AND FINED $20,000.

**Reporting Source:** Firm

**Current Status:** Final

**Allegations:** SECTION 15(C) OF THE SECURITIES EXCHANGE ACT OF 1934, RULES 15C3-1, 15C3-3, NASD RULES 2110, 3010 - IN CONNECTION WITH THE FIRM'S RETAIL BROKERAGE OPERATIONS, IT HELD CUSTOMER FUNDS WITHOUT MAKING REQUIRED RESERVE COMPUTATIONS AND TO MAKE DEPOSITS INTO A SPECIAL RESERVE BANK ACCOUNT FOR THE EXCLUSIVE BENEFIT OF THE CUSTOMERS. THE FINDINGS STATED THAT THE FIRM FAILED TO ESTABLISH AND MAINTAIN A SUPERVISORY SYSTEM REASONABLY DESIGNED TO ACHIEVE COMPLIANCE WITH APPLICABLE SECURITIES LAWS, REGULATIONS AND NASD RULES IN THAT IT FAILED TO PROVIDE EACH OF ITS BRANCH OFFICES WITH COPIES OF ITS WRITTEN SUPERVISORY PROCEDURES OR AN EQUIVALENT DOCUMENT REGARDING THE TIMELY PROCESSING OF CUSTOMER CHECKS. THE FINDINGS ALSO STATED THAT THE FIRM CONDUCTED A SECURITIES BUSINESS WHILE FAILING TO MAINTAIN ITS REQUIRED MINIMUM NET CAPITAL.

**Initiated By:** NATIONAL ASSOCIATION OF SECURITIES DEALERS

**Date Initiated:** 04/12/2007

**Docket/Case Number:** E062005005301

**Principal Product Type:** Other

**Other Product Type(s):** NO PRODUCT

**Principal Sanction(s)/Relief** Other

©2009 FINRA. All rights reserved.   Report# 70250-54407 about STANFORD GROUP COMPANY. Data current as of Thursday, April 16, 2009.

User Guidance

www.finra.org/brokercheck

FINLA

28

**Sought:**

**Other Sanction(s)/Relief Sought:** LETTER OF ACCEPTANCE, WAIVER AND CONSENT ("AWC")

**Resolution:** Acceptance, Waiver & Consent(AWC)

**Resolution Date:** 04/12/2007

**Sanctions Ordered:** Censure
Monetary/Fine $20,000.00

**Other Sanctions Ordered:**

**Sanction Details:** WITHOUT ADMITTING OR DENYING THE FINDINGS, STANFORD GROUP COMPANY CONSENTED TO THE DESCRIBED SANCTIONS AND TO THE ENTRY OF FINDINGS, THEREFORE, THE FIRM WAS CENSURED AND FINED $20,000.

©2009 FINRA. All rights reserved.    Report# 70250-54407 about STANFORD GROUP COMPANY. Data current as of Thursday, April 16, 2009.

www.finra.org/brokercheck

User Guidance

**FINRA**

29

## Civil - Pending

This section provides details regarding pending, civil actions as reported by the firm and/or a securities regulator to CRD. The event may include an action filed in a foreign or domestic court in connection with seeking an injunction to cease certain investment-related activity or an allegation of a violation of any investment-related statute(s) or regulation(s).

**Disclosure 1 of 1**

**Reporting Source:** Regulator

**Current Status:** Pending

**Allegations:** SEC LITIGATION RELEASE 20901, FEBRUARY 17, 2009: SECTION 17(A) OF THE SECURITIES ACT OF 1933, SECTION 10(B) OF THE SECURITIES EXCHANGE ACT OF 1934 AND RULE 10B-5 THEREUNDER, AND SECTIONS 206(1) AND 206(2) OF THE ADVISERS ACT OF 1940, AND SECTION 7(D) OF THE INVESTMENT COMPANY ACT OF 1940 - THE SEC'S COMPLAINT ALLEGES THAT THE DEFENDANTS, INCLUDING HOUSTON BASED BROKER-DEALER AND INVESTMENT ADVISER,STANFORD GROUP COMPANY, HAVE COMMITTED AN $8 BILLION FRAUD.  THE COMPLAINT ALLEGES THAT ACTING THROUGH A NETWORK OF FINANCIAL ADVISERS, A BANK HAS SOLD APPROXIMATELY $8 BILLION OF SO-CALLED "CERTIFICATES OF DEPOSIT" TO INVESTORS BY PROMISING IMPROBABLE AND UNSUBSTANTIATED HIGH INTEREST RATES, SUPPOSEDLY EARNED THROUGH ITS UNIQUE INVESTMENT STRATEGY, WHICH HAS PURPORTEDLY ALLOWED THE BANK TO ACHIEVE DOUBLE-DIGIT RETURNS ON ITS INVESTMENTS OVER THE PAST 15 YEARS. ACCORDING TO THE COMPLAINT, THE DEFENDANTS HAVE MISREPRESENTED TO CD PURCHASERS THAT THEIR DEPOSITS ARE SAFE, FALSELY CLAIMING THAT THE BANK RE-INVESTS CLIENT FUNDS PRIMARILY IN "LIQUID" FINANCIAL INSTRUMENTS (THE "PORTFOLIO"); MONITORS THE PORTFOLIO THROUGH A TEAM OF 20-PLUS ANALYSTS; AND IS SUBJECT TO YEARLY AUDITS BY ANTIGUAN REGULATORS.

**Initiated By:** UNITED STATES SECURITIES AND EXCHANGE COMMISSION

**Court Details:** U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS, CASE NO. 3-09CV0298-L (N.D.TX.)

**Date Court Action Filed:** 02/16/2009

**Principal Product Type:** CD(s)

**Other Product Types:**

**Relief Sought:** Injunction

**Other Relief Sought:** PERMANENT INJUNCTION, DISGORGEMENT OF ILL-GOTTEN GAINS PLUS PRE-JUDGMENT INTEREST, AND CIVIL MONEY PENALTIES.

**Summary:** THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

©2009 FINRA. All rights reserved.   Report# 70250-54407 about STANFORD GROUP COMPANY. Data current as of Thursday, April 16, 2009.

User Guidance

FINRA

www.finra.org/brokercheck

30

ANNOUNCED THAT ON FEBRUARY 16, 2009, A FEDERAL JUDGE IN THE NORTHERN DISTRICT OF TEXAS, IN RESPONSE TO THE COMMISSION'S APPLICATION FOR EMERGENCY PRELIMINARY RELIEF, ENTERED A TEMPORARY RESTRAINING ORDER AGAINST AN INDIVIDUAL AND THREE OF HIS COMPANIES, INCLUDING STANFORD GROUP COMPANY. THE TEMPORARY RESTRAINING ORDER RESTRAINS THE DEFENDANTS FROM VIOLATING CERTAIN ANTIFRAUD PROVISIONS OF THE FEDERAL SECURITIES LAWS, AS WELL AS PROVISIONS OF THE INVESTMENT COMPANY AND INVESTMENT ADVISER ACTS. ALSO, THE JUDGE FROZE ALL ASSETS OF THE DEFENDANTS UNTIL FURTHER NOTICE, ORDERED THAT ASSETS OUTSIDE THE U.S. BE RETURNED TO THE COURT'S JURISDICTION, APPOINTED A RECEIVER TO MARSHAL THE DEFENDANTS' ASSETS AND GRANTED OTHER RELIEF.

©2009 FINRA. All rights reserved.    Report# 70250-54407 about STANFORD GROUP COMPANY. Data current as of Thursday, April 16, 2009.

www.finra.org/brokercheck



User Guidance

## Arbitration Award – Award/Judgment

Firms are not required to report arbitration claims filed against them by customers on Form BD; however, FINRA provides summary information regarding FINRA arbitration awards involving securities and commodities disputes between public customers and FINRA-registered firms in this section of the report. Note: An arbitration may contain multiple instances of a certain Relief Type (e.g., Actual/Compensatory Damages) requested by or awarded to one or more Claimants.

The full text of arbitration awards issued by FINRA is available at www.finra.org/awardsonline.

### Disclosure 1 of 9

| | |
|---|---|
| Reporting Source: | Regulator |
| Type of Event: | ARBITRATION |
| Allegations: | EMPLOYMENT-PROMISSORY NOTES |
| Arbitration Forum: | NASD |
| Case Initiated: | 02/21/2001 |
| Case Number: | 01-00680 |
| Disputed Product Type: | UNKNOWN TYPE OF SECURITIES |
| Relief Sought: | ACTUAL/COMPENSATORY DAMAGES, ASKED AMOUNT $0.00 SEVERALLY;<br>ACTUAL/COMPENSATORY DAMAGES, ASKED AMOUNT $0.00 SEVERALLY;<br><br>OTHER COSTS, ASKED AMOUNT $0.00 SEVERALLY |
| Disposition: | CLOSED-BY HEARING |
| Disposition Date: | 12/17/2001 |
| Relief Awarded: | ACTUAL/COMPENSATORY DAMAGES, CLOSED-DENIED IN FULL;<br>ACTUAL/COMPENSATORY DAMAGES, CLOSED-DENIED IN FULL; OTHER<br>COSTS, CLOSED-DENIED IN FULL |

### Disclosure 2 of 9

| | |
|---|---|
| Reporting Source: | Regulator |
| Type of Event: | ARBITRATION |
| Allegations: | FRAUDULENT ACTIVITY-SUITABILITY; FRAUDULENT ACTIVITY-CHURNING;<br>FRAUDULENT ACTIVITY-MISREPRESENTATION; FRAUDULENT<br>ACTIVITY-BRCH OF FIDUCIARY DT |
| Arbitration Forum: | NASD |

©2009 FINRA. All rights reserved.  Report# 70250-54407 about STANFORD GROUP COMPANY. Data current as of Thursday, April 16, 2009.

www.finra.org/brokercheck

User Guidance

**FINRA**

**Case Initiated:** 09/26/2001

**Case Number:** 01-04607

**Disputed Product Type:** ANNUITIES; MUTUAL FUNDS; COMMON STOCK

**Relief Sought:** ACTUAL/COMPENSATORY DAMAGES, ASKED AMOUNT $1,500,000.00 JOINTLY AND SEVERALLY; ACTUAL/COMPENSATORY DAMAGES, ASKED AMOUNT $0.00 JOINTLY AND SEVERALLY; ACTUAL/COMPENSATORY DAMAGES, ASKED AMOUNT $0.00 JOINTLY AND SEVERALLY; ACTUAL/COMPENSATORY DAMAGES, ASKED AMOUNT $0.00 JOINTLY AND SEVERALLY; INTEREST, ASKED AMOUNT $0.00 JOINTLY AND SEVERALLY; ACTUAL/COMPENSATORY DAMAGES, ASKED AMOUNT $0.00 JOINTLY AND SEVERALLY; ACTUAL/COMPENSATORY DAMAGES, ASKED AMOUNT $0.00 JOINTLY AND SEVERALLY; ACTUAL/COMPENSATORY DAMAGES, ASKED AMOUNT $0.00 JOINTLY AND SEVERALLY; ACTUAL/COMPENSATORY DAMAGES, ASKED AMOUNT $0.00 JOINTLY AND SEVERALLY; ATTORNEY'S FEES, ASKED AMOUNT $0.00 JOINTLY AND SEVERALLY; ATTORNEY'S FEES, ASKED AMOUNT $0.00 JOINTLY AND SEVERALLY; ACTUAL/COMPENSATORY DAMAGES, ASKED AMOUNT $0.00 JOINTLY AND SEVERALLY; ACTUAL/COMPENSATORY DAMAGES, ASKED AMOUNT $0.00 JOINTLY AND SEVERALLY

**Disposition:** AWARD AGAINST PARTY

**Disposition Date:** 03/20/2003

**Relief Awarded:** ACTUAL/COMPENSATORY DAMAGES, CLOSED-AWARDED, AWARD AMOUNT $101,206.15; ACTUAL/COMPENSATORY DAMAGES, CLOSED-AWARDED; ACTUAL/COMPENSATORY DAMAGES, CLOSED-DENIED IN FULL; ACTUAL/COMPENSATORY DAMAGES, CLOSED-DENIED IN FULL; INTEREST, CLOSED-AWARDED, AWARD AMOUNT $0.01; INTEREST, CLOSED-AWARDED; ACTUAL/COMPENSATORY DAMAGES, CLOSED-DENIED IN FULL; ACTUAL/COMPENSATORY DAMAGES, CLOSED-DENIED IN FULL; ACTUAL/COMPENSATORY DAMAGES, CLOSED-DENIED IN FULL; ACTUAL/COMPENSATORY DAMAGES, CLOSED-DENIED IN FULL; ATTORNEY'S FEES, CLOSED-DENIED IN FULL; ATTORNEY'S FEES, CLOSED-DENIED IN FULL; ACTUAL/COMPENSATORY DAMAGES, CLOSED-DENIED IN FULL; ACTUAL/COMPENSATORY DAMAGES, CLOSED-DENIED IN FULL

**Disclosure 3 of 9**

**Reporting Source:** Regulator

**Type of Event:** ARBITRATION

©2009 FINRA. All rights reserved.   Report# 70250-54407 about STANFORD GROUP COMPANY. Data current as of Thursday, April 16, 2009.

www.finra.org/brokercheck

User Guidance

FINRA

33

**Allegations:** FRAUDULENT ACTIVITY-SUITABILITY; ACCOUNT RELATED-NEGLIGENCE; FRAUDULENT ACTIVITY-MISREPRESENTATION; FRAUDULENT ACTIVITY-BRCH OF FIDUCIARY DT

**Arbitration Forum:** NASD

**Case Initiated:** 02/13/2002

**Case Number:** 02-00726

**Disputed Product Type:** UNKNOWN TYPE OF SECURITIES

**Relief Sought:** ACTUAL/COMPENSATORY DAMAGES, ASKED AMOUNT $500,000.00 JOINTLY AND SEVERALLY; INTEREST, ASKED AMOUNT $0.00 JOINTLY AND SEVERALLY; ATTORNEY'S FEES, ASKED AMOUNT $0.00 JOINTLY AND SEVERALLY; OTHER COSTS, ASKED AMOUNT $0.00 JOINTLY AND SEVERALLY; OTHER MONETARY RELIEF, ASKED AMOUNT $0.00 JOINTLY AND SEVERALLY

**Disposition:** CLOSED-BY HEARING

**Disposition Date:** 05/01/2003

**Relief Awarded:** ACTUAL/COMPENSATORY DAMAGES, CLOSED-DENIED IN FULL; INTEREST, CLOSED-DENIED IN FULL; ATTORNEY'S FEES, CLOSED-DENIED IN FULL; OTHER COSTS, CLOSED-DENIED IN FULL;

OTHER MONETARY RELIEF, CLOSED-DENIED IN FULL

---

**Disclosure 4 of 9**

**Reporting Source:** Regulator

**Type of Event:** ARBITRATION

**Allegations:** FRAUDULENT ACTIVITY-SUITABILITY; FRAUDULENT ACTIVITY-MISREPRESENTATION; FRAUDULENT ACTIVITY-OMISSION OF FACTS; FRAUDULENT ACTIVITY-BRCH OF FIDUCIARY DT

**Arbitration Forum:** NASD

**Case Initiated:** 12/18/2002

**Case Number:** 02-07391

**Disputed Product Type:** MUTUAL FUNDS; COMMON STOCK

**Relief Sought:** ACTUAL/COMPENSATORY DAMAGES, ASKED AMOUNT $23,033.64 SEVERALLY; ACTUAL/COMPENSATORY DAMAGES, ASKED AMOUNT $19,389.95 SEVERALLY; ACTUAL/COMPENSATORY DAMAGES, ASKED AMOUNT $981,848.58 SEVERALLY; ACTUAL/COMPENSATORY DAMAGES,

©2009 FINRA. All rights reserved.   Report# 70250-54407 about STANFORD GROUP COMPANY. Data current as of Thursday, April 16, 2009.

www.finra.org/brokercheck



34

**Disposition:** AWARD AGAINST PARTY

**Disposition Date:** 11/18/2004

**Relief Awarded:** ASKED AMOUNT $18,201.59 SEVERALLY; INTEREST, ASKED AMOUNT $0.00 SEVERALLY; INTEREST, ASKED AMOUNT $0.00 SEVERALLY; INTEREST, ASKED AMOUNT $0.00 SEVERALLY; OTHER COSTS, ASKED AMOUNT $0.00 SEVERALLY; OTHER COSTS, ASKED AMOUNT $0.00 SEVERALLY; OTHER COSTS, ASKED AMOUNT $0.00 SEVERALLY; ATTORNEY'S FEES, ASKED AMOUNT $0.00 SEVERALLY; ATTORNEY'S FEES, ASKED AMOUNT $0.00 SEVERALLY; ATTORNEY'S FEES, ASKED AMOUNT $0.00 SEVERALLY; PUNITIVE/EXEMPLARY DAMAGES, ASKED AMOUNT $1,000,000.00 SEVERALLY; PUNITIVE/EXEMPLARY DAMAGES, ASKED AMOUNT $0.00 SEVERALLY; PUNITIVE/EXEMPLARY DAMAGES, ASKED AMOUNT $0.00 SEVERALLY

ACTUAL/COMPENSATORY DAMAGES, CLOSED-AWARDED; ACTUAL/COMPENSATORY DAMAGES, CLOSED-AWARDED; ACTUAL/COMPENSATORY DAMAGES, CLOSED-AWARDED, AWARD AMOUNT $237,500.00; ACTUAL/COMPENSATORY DAMAGES, CLOSED-DENIED IN FULL; INTEREST, CLOSED-AWARDED, AWARD AMOUNT $0.01; INTEREST, CLOSED-AWARDED; INTEREST, CLOSED-AWARDED; OTHER COSTS, CLOSED-AWARDED, AWARD AMOUNT $16,500.00; OTHER COSTS, CLOSED-AWARDED; OTHER COSTS, CLOSED-AWARDED; ATTORNEY'S FEES, CLOSED-AWARDED, AWARD AMOUNT $25,000.00; ATTORNEY'S FEES, CLOSED-AWARDED; ATTORNEY'S FEES, CLOSED-AWARDED; PUNITIVE/EXEMPLARY DAMAGES, CLOSED-DENIED IN FULL; PUNITIVE/EXEMPLARY DAMAGES, CLOSED-DENIED IN FULL; PUNITIVE/EXEMPLARY DAMAGES, CLOSED-DENIED IN FULL

---

**Disclosure 5 of 9**

**Reporting Source:** Regulator

**Type of Event:** ARBITRATION

**Allegations:** FRAUDULENT ACTIVITY-SUITABILITY

**Arbitration Forum:** NASD

**Case Initiated:** 03/19/2003

**Case Number:** 03-00588

**Disputed Product Type:** UNKNOWN TYPE OF SECURITIES

**Relief Sought:** ACTUAL/COMPENSATORY DAMAGES, ASKED AMOUNT $65,000.00 JOINTLY AND SEVERALLY; ATTORNEY'S FEES, ASKED AMOUNT $0.00 JOINTLY

©2009 FINRA. All rights reserved.   Report# 70250-54407 about STANFORD GROUP COMPANY. Data current as of Thursday, April 16, 2009.

User Guidance

www.finra.org/brokercheck

FINra

35

AND SEVERALLY; OTHER COSTS, ASKED AMOUNT $0.00 JOINTLY AND
SEVERALLY; OTHER MONETARY RELIEF, ASKED AMOUNT $0.00 JOINTLY
AND SEVERALLY

**Disposition:**                AWARD AGAINST PARTY

**Disposition Date:**           12/11/2003

**Relief Awarded:**             ACTUAL/COMPENSATORY DAMAGES, CLOSED-AWARDED, AWARD
AMOUNT $10,282.00; ATTORNEY'S FEES, CLOSED-DENIED IN FULL;
OTHER COSTS, CLOSED-DENIED IN FULL; OTHER MONETARY RELIEF,
CLOSED-DENIED IN FULL

---

**Disclosure 6 of 9**

**Reporting Source:**           Regulator

**Type of Event:**              ARBITRATION

**Allegations:**                FRAUDULENT ACTIVITY-SUITABILITY; ACCOUNT RELATED-NEGLIGENCE;
FRAUDULENT ACTIVITY-MISREPRESENTATION; FRAUDULENT
ACTIVITY-BRCH OF FIDUCIARY DT

**Arbitration Forum:**          NASD

**Case Initiated:**             07/10/2003

**Case Number:**                03-04894

**Disputed Product Type:**      UNKNOWN TYPE OF SECURITIES

**Relief Sought:**              ACTUAL/COMPENSATORY DAMAGES, ASKED AMOUNT $510,000.00
JOINTLY AND SEVERALLY; PUNITIVE/EXEMPLARY DAMAGES, ASKED
AMOUNT $0.00 JOINTLY AND SEVERALLY; OTHER MONETARY RELIEF,
ASKED AMOUNT $0.00 JOINTLY AND SEVERALLY; INTEREST, ASKED
AMOUNT $0.00 JOINTLY AND SEVERALLY; ATTORNEY'S FEES, ASKED
AMOUNT $0.00 JOINTLY AND SEVERALLY; OTHER COSTS, ASKED
AMOUNT $0.00 JOINTLY AND SEVERALLY; OTHER MONETARY RELIEF,
ASKED AMOUNT $0.00 JOINTLY AND SEVERALLY

**Disposition:**                CLOSED-BY HEARING

**Disposition Date:**           10/05/2004

**Relief Awarded:**             ACTUAL/COMPENSATORY DAMAGES, CLOSED-DENIED IN FULL;
PUNITIVE/EXEMPLARY DAMAGES, CLOSED-DENIED IN FULL; OTHER
MONETARY RELIEF, CLOSED-DENIED IN FULL; INTEREST,
CLOSED-DENIED IN FULL; ATTORNEY'S FEES, CLOSED-DENIED IN FULL;
OTHER COSTS, CLOSED-DENIED IN FULL; OTHER MONETARY RELIEF,
CLOSED-DENIED IN FULL

©2009 FINRA. All rights reserved.   Report# 70250-54407 about STANFORD GROUP COMPANY. Data current as of Thursday, April 16, 2009.

www.finra.org/brokercheck

**User Guidance**

FINra

36

## Disclosure 7 of 9

**Reporting Source:** Regulator

**Type of Event:** ARBITRATION

**Allegations:** FRAUDULENT ACTIVITY-SUITABILITY; ACCOUNT RELATED-FAILURE TO SUPERVISE; FRAUDULENT ACTIVITY-BRCH OF FIDUCIARY DT; FRAUDULENT ACTIVITY-UNAUTHORIZED TRADING

**Arbitration Forum:** NASD

**Case Initiated:** 08/28/2003

**Case Number:** 03-06148

**Disputed Product Type:** UNKNOWN TYPE OF SECURITIES

**Relief Sought:** ACTUAL/COMPENSATORY DAMAGES, ASKED AMOUNT $800,000.00 SEVERALLY; INTEREST, ASKED AMOUNT $0.00 SEVERALLY; ATTORNEY'S FEES, ASKED AMOUNT $0.00 SEVERALLY; OTHER COSTS, ASKED AMOUNT $0.00 SEVERALLY; OTHER MONETARY RELIEF, ASKED AMOUNT $0.00 SEVERALLY

**Disposition:** CLOSED-BY HEARING

**Disposition Date:** 04/26/2005

**Relief Awarded:** ACTUAL/COMPENSATORY DAMAGES, CLOSED-DENIED IN FULL; INTEREST, CLOSED-DENIED IN FULL; ATTORNEY'S FEES, CLOSED-DENIED IN FULL; OTHER COSTS, CLOSED-DENIED IN FULL;

OTHER MONETARY RELIEF, CLOSED-DENIED IN FULL

## Disclosure 8 of 9

**Reporting Source:** Regulator

**Type of Event:** ARBITRATION

**Allegations:** FRAUDULENT ACTIVITY-SUITABILITY; FRAUDULENT ACTIVITY-UNAUTHORIZED TRADING

**Arbitration Forum:** NASD

**Case Initiated:** 12/23/2004

**Case Number:** 04-08573

**Disputed Product Type:** OTHER TYPES OF SECURITIES

©2009 FINRA. All rights reserved.   Report# 70250-54407 about STANFORD GROUP COMPANY. Data current as of Thursday, April 16, 2009.



User Guidance

www.finra.org/brokercheck

37

**Relief Sought:**
ACTUAL/COMPENSATORY DAMAGES, ASKED AMOUNT $0.00 JOINTLY AND SEVERALLY; INTEREST, ASKED AMOUNT $0.00 JOINTLY AND SEVERALLY; OTHER COSTS, ASKED AMOUNT $0.00 JOINTLY AND SEVERALLY; PUNITIVE/EXEMPLARY DAMAGES, ASKED AMOUNT $0.00 JOINTLY AND SEVERALLY; OTHER MONETARY RELIEF, ASKED AMOUNT $0.00 JOINTLY AND SEVERALLY; ACTUAL/COMPENSATORY DAMAGES, ASKED AMOUNT $0.00 JOINTLY AND SEVERALLY; INTEREST, ASKED AMOUNT $0.00 JOINTLY AND SEVERALLY; OTHER COSTS, ASKED AMOUNT $0.00 JOINTLY AND SEVERALLY; PUNITIVE/EXEMPLARY DAMAGES, ASKED AMOUNT $0.00 JOINTLY AND SEVERALLY; OTHER MONETARY RELIEF, ASKED AMOUNT $0.00 JOINTLY AND SEVERALLY; ACTUAL/COMPENSATORY DAMAGES, ASKED AMOUNT $0.00 JOINTLY AND SEVERALLY; INTEREST, ASKED AMOUNT $0.00 JOINTLY AND SEVERALLY; OTHER COSTS, ASKED AMOUNT $0.00 JOINTLY AND SEVERALLY; PUNITIVE/EXEMPLARY DAMAGES, ASKED AMOUNT $0.00 JOINTLY AND SEVERALLY; OTHER MONETARY RELIEF, ASKED AMOUNT $0.00 JOINTLY AND SEVERALLY; ACTUAL/COMPENSATORY DAMAGES, ASKED AMOUNT $0.00 JOINTLY AND SEVERALLY; INTEREST, ASKED AMOUNT $0.00 JOINTLY AND SEVERALLY; OTHER COSTS, ASKED AMOUNT $0.00 JOINTLY AND SEVERALLY; PUNITIVE/EXEMPLARY DAMAGES, ASKED AMOUNT $0.00 JOINTLY AND SEVERALLY; OTHER MONETARY RELIEF, ASKED AMOUNT $0.00 JOINTLY AND SEVERALLY; ACTUAL/COMPENSATORY DAMAGES, ASKED AMOUNT $0.00 JOINTLY AND SEVERALLY; INTEREST, ASKED AMOUNT $0.00 JOINTLY AND SEVERALLY; OTHER COSTS, ASKED AMOUNT $0.00 JOINTLY AND SEVERALLY; PUNITIVE/EXEMPLARY DAMAGES, ASKED AMOUNT $0.00 JOINTLY AND SEVERALLY; OTHER MONETARY RELIEF, ASKED AMOUNT $0.00 JOINTLY AND SEVERALLY; ACTUAL/COMPENSATORY DAMAGES, ASKED AMOUNT $300,000.00 JOINTLY AND SEVERALLY; INTEREST, ASKED AMOUNT $0.00 JOINTLY AND SEVERALLY; OTHER COSTS, ASKED AMOUNT $0.00 JOINTLY AND SEVERALLY; PUNITIVE/EXEMPLARY DAMAGES, ASKED AMOUNT $100,000.00 JOINTLY AND SEVERALLY; OTHER MONETARY RELIEF, ASKED AMOUNT $0.00 JOINTLY AND SEVERALLY; ATTORNEY'S FEES, ASKED AMOUNT $0.00 JOINTLY AND SEVERALLY

**Disposition:**
CLOSED-STIP. AWARD

**Disposition Date:**
01/24/2007

**Relief Awarded:**
ACTUAL/COMPENSATORY DAMAGES, CLOSED-DENIED IN FULL; INTEREST, CLOSED-DENIED IN FULL; OTHER COSTS, CLOSED-DENIED

©2009 FINRA. All rights reserved.   Report# 70250-54407 about STANFORD GROUP COMPANY. Data current as of Thursday, April 16, 2009.

www.finra.org/brokercheck

FINRA

38

IN FULL; PUNITIVE/EXEMPLARY DAMAGES, CLOSED-DENIED IN FULL;
OTHER MONETARY RELIEF, CLOSED-DENIED IN FULL;
ACTUAL/COMPENSATORY DAMAGES, CLOSED-DENIED IN FULL;
INTEREST, CLOSED-DENIED IN FULL; OTHER COSTS, CLOSED-DENIED
IN FULL; PUNITIVE/EXEMPLARY DAMAGES, CLOSED-DENIED IN FULL;
OTHER MONETARY RELIEF, CLOSED-DENIED IN FULL;
ACTUAL/COMPENSATORY DAMAGES, CLOSED-DENIED IN FULL;
INTEREST, CLOSED-DENIED IN FULL; OTHER COSTS, CLOSED-DENIED
IN FULL; PUNITIVE/EXEMPLARY DAMAGES, CLOSED-DENIED IN FULL;
OTHER MONETARY RELIEF, CLOSED-DENIED IN FULL;
ACTUAL/COMPENSATORY DAMAGES, CLOSED-DENIED IN FULL;
INTEREST, CLOSED-DENIED IN FULL; OTHER COSTS, CLOSED-DENIED
IN FULL; PUNITIVE/EXEMPLARY DAMAGES, CLOSED-DENIED IN FULL;
OTHER MONETARY RELIEF, CLOSED-DENIED IN FULL;
ACTUAL/COMPENSATORY DAMAGES, CLOSED-DENIED IN FULL;
INTEREST, CLOSED-DENIED IN FULL; OTHER COSTS, CLOSED-DENIED
IN FULL; PUNITIVE/EXEMPLARY DAMAGES, CLOSED-DENIED IN FULL;
OTHER MONETARY RELIEF, CLOSED-DENIED IN FULL;
ACTUAL/COMPENSATORY DAMAGES, CLOSED-DENIED IN FULL;
INTEREST, CLOSED-DENIED IN FULL; OTHER COSTS, CLOSED-DENIED
IN FULL; PUNITIVE/EXEMPLARY DAMAGES, CLOSED-DENIED IN FULL;
OTHER MONETARY RELIEF, CLOSED-DENIED IN FULL;
ACTUAL/COMPENSATORY DAMAGES, CLOSED-DENIED IN FULL;
INTEREST, CLOSED-DENIED IN FULL; OTHER COSTS, CLOSED-DENIED
IN FULL; PUNITIVE/EXEMPLARY DAMAGES, CLOSED-DENIED IN FULL;
OTHER MONETARY RELIEF, CLOSED-DENIED IN FULL; ATTORNEY'S
FEES, CLOSED-DENIED IN FULL

| | |
|---|---|
| **Disclosure 9 of 9** | |
| **Reporting Source:** | Regulator |
| **Type of Event:** | ARBITRATION |
| **Allegations:** | EXECUTIONS-FAILURE TO EXECUTE; FRAUDULENT ACTIVITY-OMISSION OF FACTS; FRAUDULENT ACTIVITY-BRCH OF FIDUCIARY DT |
| **Arbitration Forum:** | NASD |
| **Case Initiated:** | 12/18/2006 |
| **Case Number:** | 06-05283 |
| **Disputed Product Type:** | GOVERNMENT SECURITIES |
| **Relief Sought:** | ACTUAL/COMPENSATORY DAMAGES, ASKED AMOUNT $296,090.00 SEVERALLY; INTEREST, ASKED AMOUNT $0.00 SEVERALLY; PUNITIVE/EXEMPLARY DAMAGES, ASKED AMOUNT $0.00 SEVERALLY; |

©2009 FINRA. All rights reserved.   Report# 70250-54407 about STANFORD GROUP COMPANY. Data current as of Thursday, April 16, 2009.

User Guidance

FINra

www.finra.org/brokercheck

39

**Disposition:** OTHER COSTS, ASKED AMOUNT $0.00 SEVERALLY; OTHER MONETARY RELIEF, ASKED AMOUNT $0.00 SEVERALLY

AWARD AGAINST PARTY

**Disposition Date:** 12/26/2007

**Relief Awarded:** ACTUAL/COMPENSATORY DAMAGES, CLOSED-AWARDED, AWARD AMOUNT $297,000.00; INTEREST, CLOSED-DENIED IN FULL; PUNITIVE/EXEMPLARY DAMAGES, CLOSED-DENIED IN FULL; OTHER COSTS, CLOSED-DENIED IN FULL; OTHER MONETARY RELIEF, CLOSED-DENIED IN FULL

©2009 FINRA. All rights reserved.   Report# 70250-54407 about STANFORD GROUP COMPANY. Data current as of Thursday, April 16, 2009.



www.finra.org/brokercheck

## About this BrokerCheck Report

BrokerCheck reports are part of a FINRA initiative to disclose information about FINRA-registered firms and brokers to help investors determine whether to conduct, or continue to conduct, business with these firms and brokers. The information contained within these reports is collected through the securities industry's registration and licensing process.

### Who provides the information in BrokerCheck?

Information made available through FINRA BrokerCheck is derived from the Central Registration Depository (CRD®) as reported on the industry registration and licensing forms brokerage firms and brokers are required to complete.

The forms used by brokerage firms, Forms BD and BDW, are established by the Securities and Exchange Commission (SEC) and adopted by all state securities regulators and self-regulatory organizations (SROs). FINRA and the North American Securities Administrators Association (NASAA) establish the Forms U4 and U5, the forms that collect broker information. Regulators provide information via Form U6, which is used primarily to report certain history about brokerage firms and brokers. These forms are approved by the SEC.

### How current is the information contained in BrokerCheck?

Brokerage firms and brokers are required to keep this information accurate and up-to-date (updates typically are required not later than 30 days after the broker/brokerage firm learns of an event). The report data is updated when a firm, broker, or regulator submits new or revised information to CRD. Generally, updated information is available on BrokerCheck Monday through Friday.

### What information is NOT disclosed through BrokerCheck?

Information that has not been reported to the CRD system, or that is not required to be reported, is not disclosed through FINRA BrokerCheck. Examples of events that are not required to be reported or are no longer reportable include: judgments and liens originally reported as pending that subsequently have been satisfied and bankruptcy proceedings filed more than 10 years ago. Conversely, certain customer complaint information that is not required to be reported may be disclosed provided certain criteria are met.

Additional information not disclosed through BrokerCheck includes Social Security Numbers, residential history information, and physical description information. On a case-by-case basis, FINRA reserves the right to exclude information that contains confidential customer information, offensive and potentially defamatory language or information that raises significant identity theft or privacy concerns that are not outweighed by investor protection concerns. NASD Interpretive Material 8310-2 describes in detail what information is and is not disclosed through BrokerCheck.

Under FINRA's current public disclosure policy, in certain limited circumstances, most often pursuant to a court order, information is expunged from the CRD system. Further information about expungement from the CRD system is available in NASD Notices to Members 99-09, 99-54, 01-65, and 04-16 at www.finra.org.

For further information regarding FINRA's BrokerCheck program, please visit FINRA's Web Site at www.finra.org/brokercheck or call the FINRA BrokerCheck Hotline at (800) 289-9999. The hotline is open Monday through Friday from 8 a.m. to 8 p.m., Eastern Time (ET).

For more information about the following, select the associated link:
* About BrokerCheck Reports:   http://www.finra.org/brokercheck_reports
* Glossary:   http://www.finra.org/brokercheck_glossary
* Questions Frequently Asked about BrokerCheck Reports:   http://www.finra.org/brokercheck_faq
* Terms and Conditions:   http://brokercheck.finra.org/terms.aspx

©2009 FINRA. All rights reserved.    Report# 70250-54407 about STANFORD GROUP COMPANY. Data current as of Thursday, April 16, 2009.

User Guidance