IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:09-CV-0298-N |
| STANFORD INTERNATIONAL BANK, LTD., *et al.*, | § § § § | |
| Defendants. | § § | |

### **ORDER**

On April 15, 2009 the Receiver filed a complaint naming numerous Stanford Financial Group Advisors as relief defendants (doc. 302) in this action. The Court is hereby severing the complaint into a separate action. The District Clerk is directed to assign a new civil action number to the complaint which is to be assigned to the undersigned judge.

Signed April 20, 2009.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE