IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | Case No.: 3:09-cv-0298-N |
| STANFORD INTERNATIONAL BANK, LTD., ET AL., | § § § § | |
| Defendants. | § § | |

## ALLEN STANFORD'S MOTION TO COMPEL PRODUCTION FROM THE RECEIVER AND REQUEST FOR EXPEDITED CONSIDERATION

Allen Stanford ("Stanford"), moves the Court to compel the Receiver to produce the documents requested in Defendant R. Allen Stanford's First Request for Production to Receiver Ralph S. Janvey. Obtaining the requested documents as soon as practicable is essential for Stanford to conduct and respond to discovery, to fulfill other obligations imposed on him in this matter, and to prepare his defenses to the claims asserted against him by the SEC. Because Stanford needs the requested documents as soon as possible and the normal briefing schedule would defeat the Court's order that discovery be expedited, Stanford respectfully requests that the Court set his motion for hearing as soon as possible. The grounds for this motion are set forth in greater detail in the accompanying memorandum of law.

Dated: May 22, 2009                                    Respectfully submitted,

                                                    By:   /s/ Jacks C. Nickens
                                                          Jacks C. Nickens
                                                          Texas Bar No. 15013800
                                                          jnickens@nickenskeeton.com
                                                          Richard P. Keeton
                                                          Texas Bar No. 11175000
                                                          rkeeton@nickenskeeton.com
                                                          Paul D. Flack
                                                          Texas Bar No. 00786930
                                                          pflack@nickenskeeton.com
                                                          Ronald E. Cook
                                                          Texas Bar No. 04744800
                                                          rcook@nickenskeeton.com
                                                          NICKENS KEETON LAWLESS
                                                             FARRELL & FLACK LLP
                                                          600 Travis, Suite 7500
                                                          Houston, Texas 77002
                                                          (713) 571-9191
                                                          (713) 571-9652 (Fax)

                                                          ATTORNEYS FOR R. ALLEN STANFORD

OF COUNSEL:
Dick DeGuerin
Texas Bar No. 05638000
ddeguerin@aol.com
DEGUERIN & DICKSON
1018 Preston, 7th Floor
Houston, Texas 77002
(713) 223-5959

## CERTIFICATE OF CONFERENCE

I, Paul D. Flack, hereby certify that on May 14, 2009 I conferred with Kevin Sadler, counsel for the Receiver, and for reasons set forth in its objections to the Request for Production, the Receiver opposes this motion.

                                                          /s/ Paul D. Flack
                                                          Paul D. Flack

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on all counsel of record via the Court's electronic filing system on May 22, 2009.

/s/ Paul D. Flack
Paul D. Flack