IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 3-09-CV0298-N |
| STANFORD INTERNATIONAL BANK, LTD., STANFORD GROUP COMPANY, STANFORD CAPITAL MANAGEMENT, LLC, R. ALLEN STANFORD, JAMES M. DAVIS, and LAURA PENDERGEST-HOLT, | § § § § § § § § | |
| Defendants. | § | |

**DEFENDANT LAURA PENDERGEST-HOLT'S RESPONSE TO CERTAIN DEFENDANTS' EMERGENCY MOTION TO STAY RECEIVERSHIP PROCEEDINGS**

TO THE HONORABLE COURT:

Defendant Laura Pendergest-Holt ("Pendergest-Holt") files this Response to Certain Defendants' Motion to Stay Receivership Proceedings, and respectfully shows as follows:

1. Defendants Stanford International Bank, Ltd., Stanford Financial Group Company, Stanford Group Company and R. Allen Stanford have filed an emergency motion to stay receivership proceedings, urging a stay of "all Receivership matters" until the Court has had an opportunity to rule on the same defendants' motion to disqualify Baker & Botts L.L.P.

2. Pendergest-Holt agrees that the motion to stay should be resolved on an expedited basis, but opposes a stay of proceedings.

3. On March 2, 2009, the Court entered an Agreed Preliminary Injunction as to Laura Pendergest-Holt, and Agreed Order Granting Other Equitable Relief (the "March 2 Order").

Without admitting or denying any of the allegations in the SEC's complaint, Pendergest-Holt agreed to the March 2 Order, which essentially incorporated into a preliminary injunction the same relief that the Court previously entered in its Temporary Restraining Order and Order Freezing Assets.

4.      Significantly, the March 2 Order also provides the parties with the right to conduct expedited discovery.  That right was an important factor in Pendergest-Holt's decision to agree to the March 2 Order, particularly the provisions that freeze her assets.

5.      The entry of a stay of proceedings would impede Pendergest-Holt's ability to obtain necessary discovery, and also would delay the trial of this case.  To the extent that the moving defendants or Baker & Botts engage in discovery on the disqualification issues, the delay potentially could be very lengthy.  Such delay would cause substantial prejudice to Pendergest-Holt, who would remain subject to a complete freeze on her assets.

6.      In addition, Pendergest-Holt also agrees with the Examiner that the moving defendants have not produced any evidence that they will be prejudiced or harmed in the absence of a stay.  Pendergest-Holt incorporates by reference as if set forth herein paragraph three of the Examiner's Response to Defendants' Motion to Stay Receivership Proceedings.

WHEREFORE, Pendergest-Holt respectfully requests that the Court address the motion to stay receivership proceedings on an expedited basis; that the Court deny the motion to stay receivership proceedings; and that the Court grant Pendergest-Holt such other and further relief to which she may be justly entitled.

DATED this 19th day of June, 2009.

                Respectfully submitted,

                */s/ Jeffrey M. Tillotson, P.C.*
                Jeffrey M. Tillotson, P.C.
                Texas Bar No. 20039200
                John Volney
                Texas Bar No. 24003118
                **LYNN TILLOTSON PINKER & COX, L.L.P.**
                2100 Ross Avenue, Suite 2700
                Dallas, Texas  75201
                (214) 981-3800 Telephone
                (214) 981-3839 Facsimile
                jmt@lynnllp.com
                jvolney@lynnllp.com

                Erik A. Christiansen (*pro hac*)
                Brent R. Baker (*pro hac*)
                **PARSONS BEHLE & LATIMER**
                One Utah Center
                201 South Main Street, Suite 1800
                Post Office Box 45898
                Salt Lake City, Utah  84145-0898
                801) 532-1234 Telephone
                (801) 536-6111 Facsimile
                echristiansen@pblutah.com
                bbaker@pblutah.com

                **ATTORNEYS FOR DEFENDANT**
                **LAURA PENDERGEST-HOLT**

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served *via ECF* on counsel of record on this the 19th day of June, 2009:

                */s/ Jeffrey M. Tillotson, P.C.*
                Jeffrey M. Tillotson, P.C.