**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | Case No. 3-09-CV-0298-N |
| STANFORD INTERNATIONAL BANK, LTD., et al., | § § § § | |
| Defendants. | § § § § | |

**STIPULATION AND AGREED ORDER CONCERNING SETTLEMENT AGREEMENT**

TO THE HONORABLE DAVID C. GODBEY:

Receiver and VFS Financing, Inc. ("VFS"), by and through its attorney-in-fact General Electric Capital Corporation (collectively, the "Parties"), respectfully request that the Court accept the Parties' Stipulation and Agreed Order Concerning Settlement Agreement, and, as grounds, show as follows:

1. The Court has previously entered the February 17, 2009 Order Appointing Receiver, as amended by the Court's March 12, 2009 Amended Order Appointing Receiver (the "Receiver Order"), which authorizes Receiver to contract and negotiate with any claimants against the Receivership Estate (including, without limitation creditors) for the purpose of comprising or settling any claim, and which further authorizes Receiver to surrender Receivership Estate assets to secured creditors when such assets serve as collateral to such secured creditors, conditional upon the waiver of any deficiency of collateral;

2. The Parties have engaged in negotiations for return of collateral under the terms

of the Settlement Agreement, attached to the Parties' Joint Submission Regarding Return of Collateral, Request for Entry of Stipulation and Agreed Order, and Request for Expedited Consideration and Memorandum Brief in Support Thereof, dated June 15, 2009 (the "Joint Submission");

3. Receiver believes that the return of collateral under the terms of the Settlement Agreement is in the best interests of the Receivership Estate;

THEREFORE IT IS HEREBY STIPULATED AND AGREED, by the Parties, through their undersigned counsel, as follows:

Nothing in the Receiver Order prohibits VFS from immediately drawing under the Letters of Credit, as defined in the Joint Submission;

Under the Receiver Order, the Receiver may take all actions as contemplated by the Settlement Agreement with respect to Stanford Aviation, LLC, Stanford Aviation II, LLC, Stanford Aviation III, LLC, Stanford Aircraft, LLC, Stanford Aviation 5555, LLC, Stanford Group Holdings, Inc., and any other Stanford entity that is part of the Receivership Estate; and

Any title conveyed by the Stanford Aviation Subsidiaries to VFS pursuant to the Settlement Agreement shall be free and clear of all liens and encumbrances currently existing that are held by parties to this action.

IT IS SO STIPULATED.

DATED: June 23, 2009

Respectfully submitted,

By: /s/ David T. Arlington
    Kevin M. Sadler, Lead Attorney
    Texas Bar No. 17512450
    Kevin.sadler@bakerbotts.com
    Robert I. Howell
    Texas Bar No. 10107300
    Robert.howell@bakerbotts.com
    David T. Arlington
    Texas Bar No. 00790238
    david.arlington@bakerbotts.com

    BAKER BOTTS L.L.P.
    1500 San Jacinto Center
    98 San Jacinto Blvd.
    Austin, Texas 78701-4078
    Tel.: 512.322.2500
    Fax: 512.322.2501

    **ATTORNEYS FOR RECEIVER, RALPH S. JANVEY**

By: /s/ Michelle Hartmann

    Stephen A. Youngman
    Texas Bar No. 22226600
    stephen.youngman@weil.com
    Vance L. Beagles
    Texas Bar No. 00787052
    vance.beagles@weil.com
    Michelle Hartmann
    Texas Bar No. 24032402
    michelle.hartmann@weil.com
    Margaret Hope Allen
    Texas Bar No. 24045397
    margaret.allen@weil.com

    WEIL, GOTSHAL & MANGES LLP
    200 Crescent Court, Suite 300
    Dallas, Texas 75201
    Telephone: (214) 746-7700
    Facsimile: (214) 746-7777

    **ATTORNEYS FOR VFS FINANCING, INC.'S ATTORNEY IN FACT, GENERAL ELECTRIC CAPITAL CORPORATION**

**ORDER**

IT IS SO ORDERED.

Signed June 23, 2009.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE

Stipulation and Agreed Order - Page 4