IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION | § § § | |
| Plaintiff, | § § | CIV. ACTION NO.3-09CV0298-N |
| v. | § § § | |
| STANFORD INTERNATIONAL BANK, LTD., ET AL., | § § § | |
| Defendants. | § § | |

**UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISQUALIFY BAKER BOTTS L.L.P.**

Defendants Stanford International Bank, Ltd., Stanford Group Company, Stanford Capital Management, LLC, and R. Allen Stanford (collectively, "Defendants"), by and through their undersigned counsel, hereby request that the Court briefly extend the deadline for their Reply Memorandum in Support of their Motion to Disqualify Baker Botts L.L.P., stating in support thereof as follows:

1. Defendants filed their Motion to Disqualify Baker Botts L.L.P. [Doc. No. 478] on June 16, 2009 ("Defendants' Motion").

2. The Receiver filed his Response and Brief in Opposition to Defendants' Motion, together with his Motion for Leave to File Under Seal, on June 30, 2009.

3. Pursuant to Local Rule 7.1, Defendants' Reply Memorandum is currently due to be filed on or before July 15, 2009.

4. Defendants request a short, two-day extension to file their Reply because (1) they are attempting to obtain additional documentation to submit in further support of their Motion;

2

and (2) Allen Stanford has been detained in connection with the criminal case, which has made communication with him concerning the Reply much more complicated.

5. As confirmed in the Certificate of Conference required by Local Rule 7.1 and attached hereto, the Receiver, the SEC, the Examiner, and Defendant Laura Pendergest-Holt are unopposed to the requested extension of time.

WHEREFORE, Defendants hereby request that the Court grant this motion and extend the deadline for their Reply Memorandum in Support of Motion to Disqualify Baker Botts L.L.P. for two days, or until July 17, 2009. Defendants further request all other relief to which they may be justly entitled.

Dated: July 14, 2009

Respectfully submitted,

_/s/ Ruth Brewer Schuster_

| | |
|---|---|
| Michael D. Sydow | Ruth Brewer Schuster |
| Sydow & McDonald | Texas Bar No. 24047346 |
| 4400 Post Oak Parkway, Ste. 2360 | 1201 Connecticut Ave, NW, Ste. 500 |
| Houston, TX 77027 | Washington, DC 20036 |
| (713) 622-9700 | (202) 683-3160 |

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Defendants conferred with counsel for the SEC, the Receiver, the Examiner, and Defendant Laura Pendergest-Holt on July 14, 2009, and all are unopposed to this Motion.

*/s/ Ruth Brewer Schuster*

## CERTIFICATE OF SERVICE

I hereby certify that this document was served on all parties of record in accordance with the Federal Rules of Civil Procedure on this 14th day of July, 2009.

*/s/ Ruth Brewer Schuster*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>STANFORD INTERNATIONAL BANK, LTD., ET AL.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§   CIV. ACTION NO.3-09CV0298-N<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISQUALIFY BAKER BOTTS L.L.P.**

Before the court is the Unopposed Motion to Extend Deadline to File Reply Brief in Support of Motion to Disqualify Baker Botts L.L.P. filed by Defendants Stanford International Bank, Ltd., Stanford Group Company, Stanford Capital Management, LLC and R. Allen Stanford (collectively, "Defendants"). The Court, having reviewed the Motion, is of the opinion that the Motion should be and is hereby GRANTED.

It is therefore ORDERED that the deadline for the filing of Defendants' Reply Brief in Support of their Motion to Disqualify Baker Botts L.L.P. is hereby extended to July 17, 2009.

Signed this _____ day of _____, 2009.

_____
UNITED STATES DISTRICT JUDGE