IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 03:09-CV-298-N |
| | § | |
| STANFORD INTERNATIONAL BANK, LTD., | § | |
| ET AL., | § | |
| | § | |
| Defendants. | § | |

**RECEIVER'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR ORAL HEARING ON MOTION TO DISQUALIFY BAKER BOTTS L.L.P. AND REQUEST FOR SEQUENCE OF CONSIDERATION OF RELATED MOTIONS (DOC. NO. 628)**

Receiver Ralph S. Janvey requests that the Court deny Defendants' Motion for Oral Hearing on Defendants' Motion to Disqualify Baker Botts L.L.P. and Request for Sequence of Consideration of Related Motions. The Receiver defers to the Court's preference, but does not believe oral argument on Defendants' Motion to Disqualify Baker Botts L.L.P. to be necessary or helpful in this instance.

The parties have thoroughly briefed the issues raised in the Motion to Disqualify.[1] Defendants have had ample opportunity to explain sufficiently their position and present their supporting documentation, but they have not established grounds for disqualification. Oral argument cannot overcome that problem. There is no justification for expending the Court's and

---

[1] Defendants filed their Motion to Disqualify on June 16, 2009. The Receiver filed his Brief in Opposition on June 30. (Doc. No. 540). This was followed by Defendants' Reply Brief (for which Defendants received a two-day extension to allow them sufficient time to obtain all documentation they wished to submit in support of their Motion to Disqualify). (Doc. Nos. 588, 611). The Receiver thereafter submitted a letter brief to the Court regarding the new documents attached to the Reply Brief, in response to which Defendants filed their Motion to Supplement the Record with further evidence. (Doc. No. 643).

parties' time and resources for a hearing, the sole purpose of which is to allow Defendants a different platform from which to re-hash arguments already made at length in the briefs.

Dated: August 11, 2009

Respectfully submitted,

BAKER BOTTS L.L.P.

By: /s/ Kevin M. Sadler
    Kevin M. Sadler
    Texas Bar No. 17512450
    kevin.sadler@bakerbotts.com
    Robert I. Howell
    Texas Bar No. 10107300
    robert.howell@bakerbotts.com
    David T. Arlington
    Texas Bar No. 00790238
    david.arlington@bakerbotts.com
    1500 San Jacinto Center
    98 San Jacinto Blvd.
    Austin, Texas 78701-4039
    (512) 322-2500
    (512) 322-2501 (Facsimile)

    Timothy S. Durst
    Texas Bar No. 00786924
    tim.durst@bakerbotts.com
    2001 Ross Avenue
    Dallas, Texas 75201
    (214) 953-6500
    (214) 953-6503 (Facsimile)

    **ATTORNEYS FOR RECEIVER**
    **RALPH S. JANVEY**

## CERTIFICATE OF SERVICE

      On August 11, 2009, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served the Court-appointed Examiner John J. Little and all counsel and/or pro se parties of record electronically or by another means authorized by Federal Rule of Civil Procedure 5(b)(2).

                                      /s/ Kevin M. Sadler
                                      Kevin M. Sadler