IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 03:09-CV-0298-N |
| STANFORD INTERNATIONAL BANK, LTD., *et al.* | § § § | |
| Defendants. | § | |

**NOTICE OF ANTIGUAN LIQUIDATORS' OBJECTION TO THE RECEIVER'S MOTION FOR APPROVAL OF SECOND INTERIM FEE APPLICATION**

Messrs. Nigel Hamilton-Smith and Peter Wastell (collectively, "Liquidators"), acting as the duly appointed liquidators of defendant Stanford International Bank ("SIB"), respectfully provide notice to the Court that they object to the U.S. Receiver's Motion for Approval of Second Interim Fee Application and Brief in Support ("Application") [Dkt. #669]. Liquidators object to the Application for the reasons articulated in their Notice of Antiguan Liquidators' Objection to the Receiver's Motion for Approval of Interim Fee Application and Procedures for Future Compensation of Fees and Expenses [Dkt. #433], including that the Receiver has failed to offer any evidence or explanation regarding the extent to which the services performed relate to SIB, and instead presumes that the assets of the various Stanford entities will be commingled and aggregated to pay his costs. For the Court's convenience, Liquidators hereby incorporate and adopt the objections they raised in their prior Notice as if fully set forth herein.

Dated: August 14, 2009.                    Respectfully submitted,


      /s/ Weston C. Loegering
Weston C. Loegering
State Bar No. 12481550
Gregory M. Gordon
State Bar No. 08435300
Craig F. Simon
State Bar No. 00784968
Greg Weselka
State Bar No. 00788644
Daniel P. Winikka
State Bar No. 00794873
JONES DAY
2727 N. Harwood St.
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100

Attorneys for Nigel Hamilton-Smith and
Peter Wastell as Liquidators of Stanford
International Bank, Ltd.

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2009, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Evan P. Singer

DLI-6265438v2