IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | Case No.: 3-09-CV-0298-N |
| v. | § § | |
| STANFORD INTERNATIONAL BANK, LTD., STANFORD GROUP COMPANY, STANFORD CAPITAL MANAGEMENT, LLC, R. ALLEN STANFORD, JAMES M. DAVIS, and LAURA PENDERGEST-HOLT, | § § § § § § | |
| Defendants. | § | |

**SUPPLEMENT TO RECEIVER'S MOTION FOR ORDER
TO SHOW CAUSE WHY REBECCA REEVES-STANFORD,
MELIDA VIERA, AND JOHN PRIOVOLOS SHOULD NOT
BE HELD IN CONTEMPT**

On August 13, 2009, the Receiver filed a Motion for Order to Show Cause Why Rebecca Reeves-Stanford, Melida Viera, and John Priovolos Should Not Be Held in Contempt. Since the filing of that Motion, Melida Viera has provided additional information to the Receiver in the form of the attached affidavit. *See* Ex. 1. Based on the representations made in the affidavit, the Receiver no longer seeks any relief against Ms. Viera.

1

Respectfully submitted,

**BAKER BOTTS L.L.P.**

By: s/ Kevin M. Sadler
   Kevin M. Sadler, Lead Attorney
   Texas Bar No. 17512450
   kevin.sadler@bakerbotts.com
   Robert I. Howell
   Texas Bar No. 10107300
   robert.howell@bakerbotts.com
   David T. Arlington
   Texas Bar No. 00790238
   david.arlington@bakerbotts.com
   98 San Jacinto Blvd., Suite 1500
   Austin, Texas 78701-4078
   Telephone: 512.322.2500
   Facsimile: 512.322.2501

   Timothy S. Durst
   Texas Bar No. 00786924
   tim.durst@bakerbotts.com
   2001 Ross Avenue, Suite 600
   Dallas, Texas 75201-2980
   Telephone: 214.953.6500
   Facsimile: 214.953.6503

**ATTORNEYS FOR RECEIVER
RALPH S. JANVEY**

**CERTIFICATE OF SERVICE**

On August 20, 2009, I electronically submitted the foregoing brief, the motion, the appendix, and the proposed order with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2). I further certify that I have served the following by certified U.S. Mail, return-receipt requested:

Bradford M. Cohen
1132 SE 3rd Avenue
Fort Lauderdale, FL 33316
*Attorney for Rebecca-Reeves Stanford*

John Priovolos
Law Offices of John Priovolos, P.A.
2333 Brickell Avenue Suite A-1
Miami, Fl 33129

Melida Viera
111 NE 1st St. Ste. 902
Miami, FL 33132-2517

                                                    s/ Kevin M. Sadler
                                                    Kevin M. Sadler