IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:09-cv-00298-N |
| STANFORD INTERNATIONAL BANK, LTD., ET AL., | § § § | |
| Defendants. | § | |

## ORDER

Defendants Stanford International Bank, Ltd., Stanford Financial Group Company, Stanford Group Company, and R. Allen Stanford's Motion to Withdraw their Motion to Disqualify Baker Botts, L.L.P. is GRANTED without prejudice to refilling the Motion to Disqualify at a later date.

Signed September 18, 2009.

_____
David C. Godbey
United States District Judge