IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 3:09-CV-298-N |
| STANFORD INTERNATIONAL BANK, LTD., *et al.*, | § § § § | |
| Defendant. | § | |

**ORDER**

This Order addresses the Receiver's emergency motion [docket no. 803]. The Court finds that it has jurisdiction over Defendant Allen Stanford, as well as the insurance policies at issue: (1) Lloyd's D&O and Company Indemnity Policy, reference number 576/MNK558900, (2) Lloyd's Financial Institutions Crime and Professional Indemnity Policy, reference number 576/MNA85300, and (3) Lloyd's Excess Blended "Wrap" Policy, reference number 576/MNA831400, copies of which are found in the appendix to docket no. 538 (the "Policies"). It appears that Stanford is purporting to seek relief before another tribunal relating to the Policies. Such actions by Stanford both violate the terms of this Court's prior orders, as well as threaten to interfere with this Court's jurisdiction over the Policies.

The Court therefore enjoins Allen Stanford and anyone acting in concert with him, including his attorneys, from taking further steps to seek relief in any court other than this

relating to the Policies. Stanford is ordered immediately to take all steps reasonably necessary to withdraw any request for relief relating to the Policies from any other court, including but not limited to that emergency application filed on behalf of Stanford on or about September 22, 2009, in the English High Court of Justice, Chancery Division, Companies Court. The Court will in due course address the Receiver's request for an order to show cause.

Signed September 28, 2009.

_____
David C. Godbey
United States District Judge