IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> STANFORD INTERNATIONAL BANK, LTD., § <br> STANFORD GROUP COMPANY, § <br> STANFORD CAPITAL MANAGEMENT, LLC, § <br> R. ALLEN STANFORD, JAMES M. DAVIS, and § <br> LAURA PENDERGEST-HOLT, § <br> § <br> Defendants. § | Case No.: 3-09-CV-0298-N |

**APPENDIX TO RECEIVER'S INTERIM REPORT ON
ASSET COLLECTION AND COST REDUCTION**

Dated: October 28, 2009

Respectfully submitted,

BAKER BOTTS L.L.P.

By: /s/ Kevin M. Sadler
    Kevin Sadler
    Texas Bar No. 17512450
    kevin.sadler@bakerbotts.com
    Robert I. Howell
    Texas Bar No. 10107300
    robert.howell@bakerbotts.com
    David T. Arlington
    Texas Bar No. 00790238
    david.arlington@bakerbotts.com
    1500 San Jacinto Center
    98 San Jacinto Blvd.
    Austin, Texas 78701-4039
    (512) 322-2500
    (512) 322-2501 (Facsimile)

    Timothy S. Durst
    Texas Bar No. 00786924
    tim.durst@bakerbotts.com
    2001 Ross Avenue
    Dallas, Texas 75201
    (214) 953-6500
    (214) 953-6503 (Facsimile)

**ATTORNEYS FOR RECEIVER RALPH S. JANVEY**

## CERTIFICATE OF SERVICE

On October 28, 2009, I electronically submitted the foregoing appendix with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served the Court-appointed Examiner, and all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Kevin M. Sadler
Kevin M. Sadler

# Summary of Asset Collection Efforts (through 10/28/09)

- Cash collected - $128.8 million
  - $71.5 million on hand after payment of expenses
- Assets still to be monetized - efforts under way:
  - Private equity - $26.4 to $31.4 million
  - Stanford Bank of Panama - $13.5 million
  - Coins and bullion - up to $5.0 million
  - U.S. real estate - possibly several million, but equity rapidly diminishing
  - Other assets - $3.0 million
- Assets and claims currently being pursued:
  - Clawbacks - pending claims of $894 million (approx.)
  - Brokers - pending claims of $136 million (approx.)
  - Non-broker former employees - pending claims of $11.25 million
  - Additional third party claims being analyzed - at least $7.7 million
  - Disputed foreign accounts - $335 million of cash and other investments (approx.)
  - Claim under political risk insurance policy coverage - $30 million
- Total cash on hand plus assets currently being pursued - over $1.5 billion

# Detail of Asset Collection Efforts (through 10/28/09)

- Cash - $71.5 million on hand (net of $128.8 million collected)
  - Expenditures of $57.3 million, including:
    - $25.8 million of Stanford general and administrative, personnel, occupancy and operating expenses
    - $20.7 million of professional fees
    - $9.9 million of mandatory liquidation payments and expenses
  - Identified approximately $335 million in cash and other investments in disputed accounts
    - $335 million in foreign accounts jointly claimed (Antigua liquidators)
- Private equity - estimated $26.4 to $31.4 million still to be liquidated
  - One investment has received court approval with closing pending - $1.6 million
  - One investment awaiting court approval - $700,000
  - Three signed purchase agreements, preparing motions - $1.7 million
  - Eight pending transactions, negotiating purchase agreements - $12.4 million
  - 23 remaining portfolio companies - estimated value of $10 to $15 million
  - Prior liquidation of six investments realized $15.2 million in cash proceeds
- Proceeds from pending sale of Stanford Bank of Panama - estimated $13.5 million

# Detail of Asset Collection Efforts (through 10/28/09)

- Coins and bullion - estimated up to $5.0 million (includes $3.0 million subject to claims by defendants)
- Real estate - value uncertain, but estimated to be at least several million
  - Collected $225,000 in rent payments to date
    - Estimated monthly rental income of $30,000
  - Does not include substantial Antiguan real estate currently controlled by the Antiguan government
- Other assets - estimated $7.8 million
  - Aircraft
    - Realized $4.8 million in settlement with lien holders on five planes
    - Outstanding offer to purchase remaining aircraft - $190,000
  - Boats and cars
    - Sea Eagle, Little Eagle and Robust Eagle - approximately $2.7 million
      - Motions pending for sale of the Sea Eagle and Little Eagle
    - Various automobiles - $100,000 estimated sales value
  - Miscellaneous assets - unknown value

# Detail of Asset Collection Efforts (through 10/28/09)

- Claims
  - Against relief defendant investors - possible $894 million (approx.)
    - Approximately $275 million frozen at Pershing
    - Approximately $18.8 million held in segregated account
  - Against brokers and managing directors
    - Pending claims of $136 million (approx.)
      - Approximately $70 million frozen at Pershing
    - Reviewing possible additional claims
  - Under political risk insurance policy - $30 million claim
  - Against non-broker former employees
    - Former institutional money managers - $11.25 million
    - Other employees - analysis ongoing
  - Against other third parties
    - Pending actions to recover payments to third parties - $7.7 million
    - Returned political contributions of $87,300
    - Claims against professionals and others - analysis ongoing

# Summary of Expense Reduction Efforts (through 10/28/09)

| | |
|---|---|
| Reduced personnel and administrative expenses | $28.2 million/month |
| Reduced leasehold and office expenses | 1.8 million/month |
| Reduced aviation expenses | 2.7 million/month |
| Total average monthly cost savings | $32.7 million/month |

# Detail of Cost Reduction Efforts (through 10/28/09)

- Cost Savings
  - In the seven months before the inception of the receivership, Stanford incurred approximately $233.3 million in recurring operating expenses - an average monthly run rate of $33.3 million
    - Due to incomplete financial records, certain operating expenses (including insurance and telecom) could not be estimated pre-receivership
      - As a result, the monthly run rate was actually higher
  - In the seven months since, the Receiver has achieved a 98% reduction in the recurring monthly operating expenses
    - Average monthly operating burn rate is now less than $1.0 million
  - The Receiver has realized these savings by:
    - Reducing personnel and other SG&A expenses for a savings of $28.2 million/month
      - Reduced headcount from 1,252 to 56 (excludes SIBL and Antiguan employees who are not paid out of U.S. funds)
    - Canceling leases and vacating branch offices for a savings of $1.8 million/month
      - Canceled 47 leases in 36 cities
      - Vacated offices
      - Developed appropriate protocols for preservation of paper and electronic data
    - Winding down the aviation operations for a savings of $2.7 million/month
      - Returned five planes to secured lender and moved remaining plane to third party hangar
      - Closed Houston hangar and eliminated substantially all aviation personnel positions