IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 3:09-CV-298-N |
| STANFORD INTERNATIONAL BANK, LTD., *et al.*, | § § § § | |
| Defendant. | § | |

### ORDER

This Order addresses Defendant R. Allen Stanford's motion to compel production [398]. Because this Court recently stayed all merits discovery in this case pending resolution of the parallel criminal case in the Southern District of Texas, the Court denies Stanford's motion. *See* Order of Jan. 5, 2010 [948].

Signed January 13, 2010.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE