IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 3-09-CV0298-N |
| STANFORD INTERNATIONAL BANK, LTD., STANFORD GROUP COMPANY, STANFORD CAPITAL MANAGEMENT, LLC, R. ALLEN STANFORD, JAMES M. DAVIS, and LAURA PENDERGEST-HOLT | § § § § § § § § | |
| Defendants. | § | |

**DEFENDANT LAURA PENDERGEST-HOLT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

TO THE HONORABLE DAVID GODBEY:

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant Laura Pendergest-Holt ("Defendant"), by and through her undersigned counsel hereby moves this Honorable Court to extend by thirty (30) days, to and including February 18, 2010, the current January 19, 2010 deadline to respond to Plaintiff Securities and Exchange Commission's ("SEC") Second Amended Complaint. The SEC has consented to this extension, and does not oppose the filing of this Motion.

Defendant respectfully submits that there is good cause for granting this Motion. The Second Amended Complaint raises important factual and legal issues about which her attorneys must consult with Defendant. Defendant therefore respectfully requests that the Court grant this Motion for an extension to respond to the Second Amended

Complaint, thereby extending Defendant's deadline for filing an answer to February 18, 2010.

DATED this 15th day of January, 2010

Respectfully submitted,

*/s/ Christopher J. Akin*
Jeffrey M. Tillotson, P.C.
Texas Bar No. 20039200
John Volney
Texas Bar No. 24003118
Christopher J. Akin
Texas Bar No. 00793237
**LYNN TILLOTSON PINKER & COX, L.L.P.**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
(214) 981-3800 Telephone
(214) 981-3839 Facsimile
jmt@lynnllp.com
jvolney@lynnllp.com
cakin@lynnllp.com

Erik A. Christiansen (*pro hac*)
Brent R. Baker (*pro hac*)
**PARSONS BEHLE & LATIMER**
One Utah Center
201 South Main Street, Suite 1800
Post Office Box 45898
Salt Lake City, Utah 84145-0898
801) 532-1234 Telephone
(801) 536-6111 Facsimile
echristiansen@pblutah.com
bbaker@pblutah.com

## CERTIFICATE OF CONFERENCE

Christopher J. Akin conferred with SEC's counsel, David Reese, on January 15, 2010 requesting the extension and Mr. Reese agreed to the relief requested in this Motion.

　　　　　　　　　　　　　　　　　　　　/s/ Christopher J. Akin
　　　　　　　　　　　　　　　　　　　　Christopher J. Akin.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served *via ECF* on counsel of record on this the 15th day of January 2010

　　　　　　　　　　　　　　　　　　　　/s/ Christopher J. Akin
　　　　　　　　　　　　　　　　　　　　Christopher J. Akin