IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No.: 3-09-CV-0298-N |
| STANFORD INTERNATIONAL BANK, LTD., ET AL., | § § § | |
| Defendants. | § § | |

## AGREED MOTION FOR APPROVAL OF STIPULATION OF SETTLEMENT

Nigel Hamilton-Smith and Peter Wastell (the "Antiguan Liquidators") and U.S. Receiver Ralph S. Janvey (the "U.S. Receiver") (collectively, the "Parties"; individually, each is a "Party"), in their official court-appointed capacities and through their counsel, respectfully submit this Agreed Motion for Approval of Stipulation of Settlement to the Court, and attach hereto as Exhibit "A" the executed Stipulation of Settlement. The Parties have agreed, subject to approval of the Stipulation both by this Court and the Antiguan Court (as defined in the Stipulation), to settle the pending litigation between them regarding Stanford International Bank Ltd. in the United States, Canada, United Kingdom and Antigua and Barbuda.[1] The Parties' Agreement is for the purpose of avoiding further expense and is in the best interests of those with claims against Stanford International Bank.

---

[1] At the Parties' joint request and to give them time in which to seek approval of the Agreement in both this Court and the Antiguan Court, the Court cancelled the hearing on the Antiguan Liquidators' Petition that had been scheduled for January 21-22, 2010. Likewise, for the same reason, the East Caribbean Court of Appeal granted a postponement of the hearing of the Antiguan Appeal, which had previously been scheduled in February 2010.

Dated: May 19, 2010.

Respectfully Submitted,

BAKER BOTTS L.L.P.

/s/ Kevin Sadler
Kevin Sadler
Texas Bar No. 17512450
kevin.sadler@bakerbotts.com
Robert I. Howell
Texas Bar No. 10107300
robert.howell@bakerbotts.com
David T. Arlington
Texas Bar No. 00790238
david.arlington@bakerbotts.com
1500 San Jacinto Center
98 San Jacinto Blvd.
Austin, Texas 78701-4039
Telephone: (512) 322-2500
Facsimile: (512) 322-2501

Timothy S. Durst
Texas Bar No. 00786924
tim.durst@bakerbotts.com
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 953-6500
Facsimile: (214) 953-6503

Attorneys for U.S. Receiver Ralph S. Janvey

Respectfully submitted,

JONES DAY

/s/ Weston C. Loegering
Weston C. Loegering
State Bar No. 12481550
Gregory M. Gordon
State Bar No. 08435300
Craig F. Simon
State Bar No. 00784968
Greg Weselka
State Bar No. 00788644
Daniel P. Winikka
State Bar No. 00794873
2727 N. Harwood St.
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100

Attorneys for Nigel Hamilton-Smith and Peter Wastell as Liquidators of Stanford International Bank Ltd.

## CERTIFICATE OF CONFERENCE

The Movants have conferred with counsel for S.E.C. and with the Examiner, who advise that they do not oppose the Motion or Stipulation of Settlement.

/s/ Kevin Sadler

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Kevin Sadler