**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § | |
| Plaintiff, | § | |
| v. | § § | Case No.: 3-09-CV-0298-N |
| STANFORD INTERNATIONAL BANK, LTD., STANFORD GROUP COMPANY, STANFORD CAPITAL MANAGEMENT, LLC, R. ALLEN STANFORD, JAMES M. DAVIS, and LAURA PENDERGEST-HOLT, | § § § § § § § § | |
| Defendants. | § | |

**APPENDIX IN SUPPORT OF
RECEIVER'S INTERIM REPORT REGARDING STATUS OF
RECEIVERSHIP, ASSET COLLECTION AND ONGOING ACTIVITIES**

| | |
|---|---|
| Dated:  July 1, 2010 | Respectfully submitted, |ући

Dated:  July 1, 2010                    Respectfully submitted,

**BAKER BOTTS L.L.P.**

By:  /s/ Kevin M. Sadler

    Kevin M. Sadler
    Texas Bar No. 17512450
    kevin.sadler@bakerbotts.com
    Robert I. Howell
    Texas Bar No. 10107300
    robert.howell@bakerbotts.com
    David T. Arlington
    Texas Bar No. 00790238
    david.arlington@bakerbotts.com
    1500 San Jacinto Center
    98 San Jacinto Blvd.
    Austin, Texas 78701-4039
    (512) 322-2500
    (512) 322-2501 (Facsimile)

    Timothy S. Durst
    Texas Bar No. 00786924
    tim.durst@bakerbotts.com
    2001 Ross Avenue
    Dallas, Texas 75201
    (214) 953-6500
    (214) 953-6503 (Facsimile)

**ATTORNEYS FOR RECEIVER RALPH S. JANVEY**

## CERTIFICATE OF SERVICE

On July 1, 2010, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. I hereby certify that I have served the Court-appointed Examiner, all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Kevin M. Sadler
Kevin M. Sadler

<u>Summary of Interim Report Data</u>

| CASH FLOW FROM FEBRUARY 17, 2009 - JUNE 24, 2010 ($M) | |
|---|---:|
| Total Cash Inflow | $ 166.5 |
| Total Expenses Other Than Professional Fees | (46.6) |
| Net Cash Flow Before Prof. Fees and Restricted | 119.9 |
| Professional Fees and Expenses | (39.4) |
| Restricted Cash | (15.2) |
| **Unrestricted Cash at June 24, 2010** | **$ 65.3** |

| TOTAL CASH AT JUNE 24, 2010 ($M) | |
|---|---:|
| Unrestricted Cash | $ 65.3 |
| Restricted Cash | 15.2 |
| **Total Cash** | **$ 80.5** |

| OVERVIEW OF MATERIAL RECEIVERSHIP ASSETS ($M) | |
|---|---:|
| **SIGNIFICANT ASSETS:** | |
| Cash held at other US Banks and Brokerages | $ 4.0 |
| Paradigm Investment Fund | 3.2 |
| Closed Private Equity Future Inflows, Net | 1.1 |
| Pending Private Equity, Net | 6.6 |
| Coins and Bullion | 2.3 |
| Pending Real Estate, Net | 6.4 |
| Other Real Estate, Net | 11.7 |
| South American Businesses | 10.7 |
| **Estimated Total of Material Assets** | **$ 46.0** |
| | |
| **ADDITIONAL UNCERTAIN ASSETS:** | |
| Total of Litigation Claims Filed | $ 511.3 |
| Swiss, Canada, UK Cash | 335.0 |
| Venezuelan Claims and Assets | 1.0 |
| **Estimated Total of Additional Uncertain Assets** | **$ 847.3** |
| | |
| **TOTAL POTENTIAL ASSETS** | **$ 893.3** |

| OVERVIEW OF MATERIAL RECEIVERSHIP LIABILITIES ($M) | |
|---|---:|
| **SIGNIFICANT ESTIMATED CLAIMS:** | |
| CD Claims | $ 7,200.0 |
| Landlord Claims | 79.3 |
| **Estimated Material Claims** | **$ 7,279.3** |
| | |
| **FILED CLAIMS:** | |
| Filed Vendor Claims (net) | $ 25.4 |
| Filed Employee Claims | 18.8 |
| **Filed Claims** | **$ 44.2** |
| | |
| **TAXES:** | |
| Estimated State and Local Taxes | $ 1.6 |
| IRS Claims Against Allen Stanford | 226.0 |
| **Estimated Taxes** | **$ 227.6** |
| | |
| **TOTAL ESTIMATED LIABILITIES** | **$ 7,551.1** |

1