IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:09-CV-0298-N |
| STANFORD INTERNATIONAL BANK, LTD., *et al.*, | § § § § | |
| Defendants. | § | |

## **ORDER**

This Order addresses the Receiver's motion to approve Receiver's settlement of litigation with Walton Houston Galleria Office, L.P. [1165]. The Court grants the motion.

The Court has jurisdiction over all parties to the settlement agreement between Stanford Group Holdings, Inc., the Stanford Galleria Buildings, L.P., Ralph S. Janvey, Receiver, and Walton Houston Galleria Office, L.P. (the "Settlement Agreement"). *See* App. to Mot. Ex. 3 [1166].

The Court finds that the Receiver is authorized and empowered to act on behalf of Stanford Group Holdings, Inc., and Stanford Galleria Buildings, L.P., in connection with all matters arising out of or related to the Settlement Agreement. The Court further finds that the Settlement Agreement is in the best interests of the Receivership Estate.

The Court orders that the 5051 Material and the Estate Material, as those terms are defined in the Settlement Agreement, are hereby transferred free and clear of any mortgages,

liens, charges, pledges, security interests, claims, restrictions on alienation, or other encumbrances on the conditions stated in the Settlement Agreement.

The terms and conditions, execution, and consummation of the Settlement Agreement are all authorized, approved, and incorporated into this Order. The Court directs the parties to fulfill all obligations under the Settlement Agreement at the earliest possible date.

Signed October 13, 2010.

_____
David C. Godbey
United States District Judge

ORDER – PAGE 2