IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § § § <br> Plaintiff, § § <br> v. § § <br> STANFORD INTERNATIONAL BANK, LTD., STANFORD GROUP COMPANY, STANFORD CAPITAL MANAGEMENT, LLC, R. ALLEN STANFORD, JAMES M. DAVIS, LAURA PENDERGEST-HOLT, GILBERTO LOPEZ, MARK KUHRT AND LEROY KING § § § § § § § § § <br> Defendants, § § <br> and § § <br> STANFORD FINANCIAL GROUP COMPANY and THE STANFORD FINANCIAL GROUP BLDG INC. § § § § § <br> Relief Defendants. § § | Case No. 3:09-cv-0298-N |

## STIPULATION

Receiver Ralph S. Janvey and BDO USA, LLP ("BDO") have agreed and do hereby stipulate that the date and time for BDO to respond to the Subpoena the Receiver served on BDO on March 1, 2011 shall be and hereby is extended from March 15, 2011, 5:00 p.m. to April 14, 2011, 5:00 p.m.

*[signature: Ben Krage]* */s/ HMH*
Ben Krage ⁎
Krage & Janvey, L.L.P.
2100 Ross Avenue
Dallas, Texas 75201
Phone: 214.969.7500
bkrage@kjllp.com

**ATTORNEY FOR RECEIVER**

*[signature: Robert W. Kantner]*
Robert W. Kantner
DLA Piper LLP (US)
1717 Main Street, Suite 4600
Dallas, Texas 75201
Phone: 214.743.4544
Fax 972.813.6256
robert.kantner@dlapiper.com

**ATTORNEY FOR BDO USA, LLP**

⁎ By Hugh M. Hohmann with permission