UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>STANFORD INTERNATIONAL BANK, LTD., STANFORD GROUP COMPANY, STANFORD CAPITAL MANAGEMENT, LLC, R. ALLEN STANFORD, JAMES M. DAVIS, LAURA PENDERGEST-HOLT, GILBERTO LOPEZ, MARK KUHRT, and LEROY KING,<br><br>Defendants,<br><br>and<br><br>STANFORD FINANCIAL GROUP COMPANY, THE STANFORD FINANCIAL GROUP BLDG, INC.,<br><br>Relief Defendants. | § § § § § § § § § § § § § § § § § § § § § § § Cause No. 3:09-CV-0298-N |

## [PROPOSED] ORDER

Before the Court is BDO USA, LLP's Motion to Quash Subpoena or, in the alternative, Motion to Modify Subpoena, filed April 14, 2011. BDO moves the Court to quash a subpoena issued by the Receiver on March 1, 2011 (the "Subpoena"). After careful consideration of BDO's Motion, the Receiver's Response, BDO's Reply and the supporting Briefs and documents filed with the Court, and the oral argument of counsel at a hearing, the Court finds the Motion to Quash should be and hereby is GRANTED. Accordingly, the Subpoena is QUASHED in its entirety.

IT IS SO ORDERED.

Signed this _____ day of April, 2011.

_____
HONORABLE DAVID C. GODBEY