IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 3:09-CV-0298-N |
| STANFORD INTERNATIONAL BANK, LTD., *et al.*, | § § § § | |
| Defendants. | § | |

### ORDER

This Order addresses nonparty BDO USA, LLP's, ("BDO") motion to quash subpoena or, in the alternative, motion to modify subpoena [1319]. In light of the action instituted against BDO since the filing of the subpoena at issue, *see Wilkinson v. BDO USA, LLP*, Civil Action No. 3:10-CV-1115-N (N.D. Tex. filed May 26, 2011), the Court grants the motion and orders that all subpoenas directed at BDO in this action are quashed as moot. The Court therefore denies as moot BDO's motion for leave to file a supplemental reply [1372].

Signed August 30, 2011.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE