IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:09-CV-0298-N |
| STANFORD INTERNATIONAL BANK, LTD., *et al.*, | § § § § | |
| Defendants. | § | |

## PROTECTIVE ORDER

This Order addresses Nonparty Société Générale Private Banking (Suisse) S.A.'s ("SG Suisse") motion for protective order [1448]. The Court grants the motion and orders that:

1. Any documents or information obtained from SG Suisse through the Hague Request may be used only by the Receiver and his counsel at Baker Botts L.L.P. or testifying or consulting experts retained by the Receiver in connection with this captioned matter and only in connection with this captioned matter;

2. The Receiver may not directly or indirectly share or disclose any documents or information obtained through the Hague Request with the Examiner, the Official Stanford Investors Committee, or any other third party, including but not limited to counsel in the matter No. 3:09-cv-02384-N, *Rotstain v. Trustmark National Bank*; and

3. If the Receiver intends to refer to any documents or information obtained through the Hague Request in this litigation, it must file under seal any pleading referring to such document or information.

Signed November 16, 2011.

_____
David C. Godbey
United States District Judge

ORDER – PAGE 2