IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Securities and Exchange Commission, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:09-cv-0298-N |
| | § | |
| Stanford International Bank, et al., | § | |
| | § | |
| Defendants. | § | |

**REQUEST FOR REMOVAL FROM THE SERVICE LIST**

TO THE HONORABLE JUDGE OF SAID COURT:

Porter Hedges LLP and Canterbury, Stuber, Elder, Gooch & Surrat, on behalf of Intervenor, Stanford Condominium Owners Association ("SCOA"), hereby requests that Porter Hedges LLP and Canterbury, Stuber, Elder, Gooch & Surrat be removed from the service list in this proceeding.

Dated: August 9, 2012.

Respectfully submitted,

**PORTER HEDGES LLP**

By: /s/ David D. Peden______

**DAVID D. PEDEN**
State Bar No. 15713500
1000 Main Street, 36th Floor
Houston, Texas 77002
(713) 226-6000
(713) 228-1331 FAX
dpeden@porterhedges.com

**ATTORNEYS FOR INTERVENOR, STANFORD CONDOMINIUM OWNERS ASSOCIATION**

LOCAL COUNSEL:

**CANTERBURY, STUBER, ELDER, GOOCH & SURRATT**
W. Kyle Gooch
State Bar No. 8138500
Occidental Tower
5005 LBJ Freeway, Suite 1000
Dallas, Texas 75244
(972) 239-7493
(972)490-7739FAX
kgooch@canterburylaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and complete copy of the foregoing document was duly served on all counsel of record electronically through the CM/ECF System on this 9th day of August 2012.

/s/ David D. Peden
David D. Peden