IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 3:09-CV-0298-N |
| STANFORD INTERNATIONAL BANK, LTD., ET AL., | § § § | |
| Defendants. | § | |

**RECEIVER'S 14TH MONTHLY REPORT REGARDING
FEES AND EXPENSES INCURRED AS A RESULT OF THE CLAIMS PROCESS**

Receiver Ralph S. Janvey (the "Receiver") hereby files his 14th Monthly Report Regarding Fees and Expenses Incurred as a Result of the Claims Process (the "14th Monthly Report"), respectfully stating as follows:

**STATUS OF PROFESSIONAL FEES & EXPENSES**

As noted in the Receiver's April 27, 2012 Estimated Budget Letter, the Receiver stated that he would "submit monthly reports to the Court reflecting the fees and expenses incurred by the Receiver as a result of the claims process." [*See* Doc. 1583 at 4.] In accordance with that Letter, the Receiver has filed such monthly reports with the Court on a continuing basis.[1]

The Receiver now hereby submits his 14th Monthly Report for the period ending June 30, 2013, which also includes the figures for the periods subject to the 1st through 13th

---

[1] [*See* Doc. 1618 (the "1st Monthly Report"); Doc. 1641 (the "2nd Monthly Report"); Doc. 1676 (the "3rd Monthly Report"); Doc. 1700 (the "4th Monthly Report"); Doc. 1714 (the "5th Monthly Report"); Doc. 1731 (the "6th Monthly Report"); Doc. 1745 (the "7th Monthly Report"); Doc. 1764 (the "8th Monthly Report"); Doc. 1772 (the "9th Monthly Report"); Doc. 1789 (the "10th Monthly Report"); Doc. 1851 (the "11th Monthly Report"); Doc. 1872 (the "12th Monthly Report"); Doc. 1879 (the "13th Monthly Report").]

RECEIVER'S 14TH MONTHLY REPORT REGARDING
FEES AND EXPENSES INCURRED AS A RESULT OF THE CLAIMS PROCESS         1

Monthly Reports.[2]  As of June 30, 2013, **$5,693,880.12** in professional fees and expenses were incurred as a result of the claims process.  Of this amount, $5,399,140.19 was in regard to CD claims processing and the sending of Notices of Determination; $61,661.46 was in regard to non-CD claims processing; and $233,078.47 was incurred as a result of analyzing and responding to CD objections.  The fees and expenses related to the claims process that are attributable to each of the Receiver's professional firms are listed below:

| GILARDI & CO. LLC | | |
|---|---|---|
| **REPORT PERIOD** | **PROFESSIONAL FEES** | **EXPENSES** |
| 1st Monthly Report (as of May 31, 2012) | $143,991.25 | $339,260.19 |
| 2nd Monthly Report (June 1-30, 2012) | $246,503.66 | $9,141.09 |
| 3rd Monthly Report (July 1-31, 2012) | $245,596.97 | $15,189.57 |
| 4th Monthly Report (August 1-31, 2012) | $416,174.02 | $1,537.98 |
| 5th Monthly Report (September 1-30, 2012) | $371,832.42 | $1,227.73 |
| 6th Monthly Report (October 1-31, 2012) | $160,901.12 | $330.04 |
| 7th Monthly Report (November 1-30, 2012) | $104,303.44 | $0.00 |
| 8th Monthly Report (December 1-31, 2012) | $94,404.28 | $26.90 |
| 9th Monthly Report (January 1-31, 2013) | $79,991.38 | $1,683.30 |
| 10th Monthly Report (February 1-28, 2013) | $155,928.76 | $8,267.12 |
| 11th Monthly Report (March 1-31, 2013) | $77,906.25 | $6,850.69 |
| 12th Monthly Report (April 1-30, 2013) | $95,668.94 | $904.23 |
| 13th Monthly Report (May 1-31, 2013) | $56,666.70 | $165.06 |
| 14th Monthly Report (June 1-30, 2013) | $48,142.70 | $550.00 |
| **Gilardi Total (as of June 30, 2013)[3]** | **$2,218,811.89** | **$385,133.90** |

---

[2]  The fee and expense figures contained herein do not exclude any amounts subject to the Court's holdback order.  [*See* Doc. 1565.]  This Report does not include fees or expenses incurred as a result of the distribution process.  [*See* Doc. 1583 at 1 n.1.]

[3]  The total amount of Gilardi's professional fees reflects a prior reduction of $7,200.00 relating to activities during July and August 2012, a prior reduction of $35,000.00 relating to activities during January 2013, and a prior reduction of $37,000.00 relating to activities during February 2013.

| FTI CONSULTING, INC. | | |
|---|---|---|
| **REPORT PERIOD** | **PROFESSIONAL FEES** | **EXPENSES** |
| 1st Monthly Report (as of May 31, 2012) | $167,317.20 | $0.00 |
| 2nd Monthly Report (June 1-30, 2012) | $89,735.60 | $0.00 |
| 3rd Monthly Report (July 1-31, 2012) | $184,634.80 | $54.60 |
| 4th Monthly Report (August 1-31, 2012) | $286,457.60 | $98.23 |
| 5th Monthly Report (September 1-30, 2012) | $433,769.20 | $614.19 |
| 6th Monthly Report (October 1-31, 2012) | $394,668.80 | $0.00 |
| 7th Monthly Report (November 1-30, 2012) | $330,664.40 | $0.00 |
| 8th Monthly Report (December 1-31, 2012) | $141,971.20 | $0.00 |
| 9th Monthly Report (January 1-31, 2013) | $41,424.40 | $0.00 |
| 10th Monthly Report (February 1-28, 2013) | $30,757.60 | $0.00 |
| 11th Monthly Report (March 1-31, 2013) | $78,660.80 | $0.00 |
| 12th Monthly Report (April 1-30, 2013) | $69,775.20 | $0.00 |
| 13th Monthly Report (May 1-31, 2013 | $75,636.80 | $0.00 |
| 14th Monthly Report (June 1-30, 2013) | $106,642.00 | $0.00 |
| **FTI Total (as of June 30, 2013)[4]** | **$2,387,935.60** | **$152.83** |

| BAKER BOTTS L.L.P. | | |
|---|---|---|
| **REPORT PERIOD** | **PROFESSIONAL FEES** | **EXPENSES** |
| 1st Monthly Report (as of May 31, 2012) | $53,948.80 | $792.74 |
| 2nd Monthly Report (June 1-30, 2012) | $65,978.00 | $303.67 |
| 3rd Monthly Report (July 1-31, 2012) | $52,016.00 | $490.39 |
| 4th Monthly Report (August 1-31, 2012) | $69,056.80 | $344.48 |
| 5th Monthly Report (September 1-30, 2012) | $43,242.00 | $286.23 |
| 6th Monthly Report (October 1-31, 2012) | $52,096.00 | $207.09 |
| 7th Monthly Report (November 1-30, 2012) | $27,702.00 | $72.48 |
| 8th Monthly Report (December 1-31, 2012) | $26,104.00 | $157.30 |
| 9th Monthly Report (January 1-31, 2013) | $42,332.80 | $63.66 |
| 10th Monthly Report (February 1-28, 2013) | $35,523.60 | $20.44 |
| 11th Monthly Report (March 1-31, 2013) | $73,120.00 | $223.88 |
| 12th Monthly Report (April 1-30, 2013) | $59,386.40 | $234.67 |
| 13th Monthly Report (May 1-31, 2013) | $49,988.00 | $193.33 |
| 14th Monthly Report (June 1-30, 2013) | $47,905.20 | $55.94 |
| **Baker Botts Total (as of June 30, 2013)** | **$698,399.60** | **$3,446.30** |

---

[4] The total amount of FTI's professional fees reflects a prior reduction of $30,000.00 relating to activities during September and October 2012 and a prior reduction of $14,180.00 relating to activities during November 2012. Moreover, the total amount of FTI's expenses reflects a prior reduction of $614.19 for September 2012. Finally, FTI's professional fees for the period covered by the 13th Monthly Report have been slightly revised as a result of additional information received after the filing of that Report.

**ONGOING ACTIVITIES**

The following is an update concerning the activities of the Receiver and his professionals with regard to claims processing:

- 30,490 claims were received through both the prior claims process and the Court-approved claims process as of July 18, 2013. Of these claims, 18,229 are SIB CD or other SIB investor claims; 1,949 are non-CD claims; 9,817 are duplicates of claims already submitted; and 495 are late claims that were served upon the Receiver after the Court-approved Bar Date expired. As a result, there are 20,178 non-duplicative, timely claims.

- Reconciliation activities regarding 18,269 of the claims (excluding duplicates and late claims) have been completed.

- 388 of the non-duplicative, timely claims are deficient due to a lack of required information on the claimants' claim forms. Gilardi and, in some necessary instances, Baker Botts have contacted the claimants who submitted those claims — whether through the dissemination of formal Notices of Deficiency or through more informal means of communication — to obtain the missing information. Further reconciliation activities concerning such claims cannot proceed without the required information.

- The remaining 1,521 claims are being manually reconciled by Gilardi and Stanford Staff and, in limited and necessary instances, FTI or Baker Botts.

- The mailing of Notices of Determination regarding CD claims commenced in January 2013 and will continue on a rolling basis until completed. As of July 18th, 14,126 Notices of Determination have been disseminated.

- The Receiver has received 1,543 objections to his Notices of Determination. Of these, 676 have been fully resolved (including, *inter alia*, 338 Amended Notices of Determination that have been sent), and only 1 objection has been filed with the Court. The Receiver expects that the vast majority of the unresolved objections will be resolved in the near future through continuing negotiations with the objectors or their counsel.

- The Court's Order approving the Receiver's interim distribution plan requires the Receiver to disseminate certification notices concerning collateral-source recoveries to investor CD claimants. [*See* Doc. 1877 at 8.] The Receiver has thus far sent 13,816 certification notices to those claimants and has received 5,380 certification forms in response.

- Baker Botts continues to draft and submit Monthly Reports to the Court regarding the claims process and to monitor and oversee the claims process and fees and expenses related thereto.

Dated: July 19, 2013

Respectfully submitted,

**BAKER BOTTS L.L.P.**

By: */s/ Kevin M. Sadler*
    Kevin M. Sadler
    Texas Bar No. 17512450
    kevin.sadler@bakerbotts.com
    Robert I. Howell
    Texas Bar No. 10107300
    robert.howell@bakerbotts.com
    Scott D. Powers
    Texas Bar No. 24027746
    scott.powers@bakerbotts.com
    David T. Arlington
    Texas Bar No. 00790238
    david.arlington@bakerbotts.com
    98 San Jacinto Blvd., Suite 1500
    Austin, Texas 78701-4078
    Tel: 512.322.2500
    Fax: 512.322.2501

    Timothy S. Durst
    Texas Bar No. 00786924
    tim.durst@bakerbotts.com
    2001 Ross Avenue
    Dallas, Texas 75201
    Tel: 214.953.6500
    Fax: 214.953.6503

**ATTORNEYS FOR RECEIVER RALPH S. JANVEY**

## CERTIFICATE OF SERVICE

On July 19, 2013, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served the Court-appointed Examiner, all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Kevin M. Sadler*
Kevin M. Sadler