IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:09-CV-0298-N |
| STANFORD INTERNATIONAL BANK LTD., *et al.*, | § § § | |
| Defendants. | § § | |

**<u>ORDER</u>**

This Order addresses the Receiver's motion for order limiting the requirement to respond to filings by R. Allen Stanford [2056].[1] For the reasons that follow, the Court grants the Receiver's motion.

The district courts have wide latitude to protect their jurisdiction and control their dockets. *Farguson v. MBank Houston, N.A.*, 808 F.2d 358, 360 (5th Cir. 1986). District courts may impose sanctions or prefiling injunctions in order to minimize frivolous or vexatious litigation. *Id.*; *see also Day v. Allstate Ins. Co.*, 788 F.2d 1110, 1114 (5th Cir. 1986) (discussing sanctions available for IFP litigant). The Court must take case to "protect the courts and innocent parties, while preserving the legitimate rights of litigants." *Farguson*, 808 F.2d at 360.

---

[1]This Order additionally considers and moots Stanford's motion for leave to file a response [2066].

ORDER – PAGE 1

The Court exercises its discretion and excuses the Receiver from the Local Rule 7.1(e) requirement that he file responses to Stanford's opposed motions within twenty-one days. Stanford has had his day in court, and the focus of this proceeding has thus shifted to the recovery of assets for those injured by Stanford's conduct. The Court finds a compelling interest in freeing up the Receiver's resources for the efficient and speedy prosecution of actions in this and related cases. The Court will continue to consider and rule on Stanford's filings in due course. Should the Court find the Receiver's input necessary for decision on a particular motion, the Court will order him to respond accordingly. The Court excuses the Receiver from the requirement to respond to Stanford's filings.

Signed October 1, 2014.

_____
David C. Godbey
United States District Judge