IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 3:09-CV-0298-N |
| STANFORD INTERNATIONAL BANK, LTD., ET AL., | § § § § | |
| Defendants. | § | |

_____

**RECEIVER'S AND EXAMINER'S SIXTH JOINT ADVISORY
TO THE COURT REGARDING PENDING MOTIONS**
_____

Receiver Ralph S. Janvey (the "Receiver") and Examiner John J. Little (the "Examiner") hereby respectfully advise the Court that the following motions, pending in cases filed by the Receiver or the Official Stanford Investors Committee ("OSIC"), are now fully briefed and are awaiting ruling by the Court. For the Court's convenience, the Receiver and Examiner have further set forth their understanding of which matters are pending in the District Court and which matters have been referred to Magistrate Judge Koenig.[1] The Receiver and Examiner will continue to provide the Court with periodic updates to this advisory in fulfillment of their respective duties to keep the Court and investors informed regarding matters pertinent to this civil action.

---

[1] This advisory does not include those motions that have been fully briefed in cases stayed by agreement. The Receiver and OSIC will add those motions to future advisories if and when the relevant stays are lifted.

| | **Motions for Summary Judgment** | | | | |
|---|---|---|---|---|---|
| | **Motions for Summary Judgment Pending in District Court** | | | | |
| | **Date Filed** | **Case No.** | **Case Name** | **Doc. No.** | **Motion** |
| 1. | February 10, 2012 | 3:10-cv-1973 | *Janvey v. Dillon Gage Inc. of Dallas et al.* | 26 | Receiver's Motion for Summary Judgment Against Dillon Gage |

| | **Motions to Dismiss** | | | | |
|---|---|---|---|---|---|
| | **Motions to Dismiss Receiver's or OSIC's Complaint Pending in District Court** | | | | |
| | **Date Filed** | **Case No.** | **Case Name** | **Doc. No.** | **Motion** |
| 2. | May 26, 2010 | 3:09-cv-2384 | *Rotstain et al. v. Trustmark National Bank et al.* | 28 | HSBC's Motion to Dismiss for Lack of Personal Jurisdiction and Failure to State a Claim[2] |
| 3. | May 26, 2010 | 3:09-cv-2384 | *Rotstain et al. v. Trustmark National Bank et al.* | 31 | Toronto-Dominion Bank's Motion to Dismiss |
| 4. | May 26, 2010 | 3:09-cv-2384 | *Rotstain et al. v. Trustmark National Bank et al.* | 36 | Trustmark National Bank's Motion to Dismiss |
| 5. | May 27, 2010 | 3:09-cv-2384 | *Rotstain et al. v. Trustmark National Bank et al.* | 39 | Bank of Houston's Motion to Dismiss |
| 6. | July 10, 2013 | 3:09-cv-2384 | *Rotstain et al. v. Trustmark National Bank et al.* | 154 | Bank of Houston's Motion to Dismiss the Intervenor Complaint |
| 7. | July 10, 2013 | 3:09-cv-2384 | *Rotstain et al. v. Trustmark National Bank et al.* | 159 | Toronto-Dominion Bank's Motion to Dismiss the Intervenor Complaint |

---

[2] The Court denied the personal jurisdiction component of HSBC's Motion to Dismiss on June 5, 2014.  [Doc. 194.]

| | | | | | |
|---|---|---|---|---|---|
| 8. | July 10, 2013 | 3:09-cv-2384 | *Rotstain et al. v. Trustmark National Bank et al.* | 162 | Trustmark National Bank's Motion to Dismiss the Intervenor Complaint |
| 9. | May 5, 2013 | 3:13-cv-0775 | *Janvey v. Amadio et al.* | 10 | Defendant Osvaldo Pi's Motion to Dismiss Receiver's Complaint |
| 10. | June 25, 2013 | 3:13-cv-0775 | *Janvey v. Amadio et al.* | 28 | Defendant Glen Rigby's Motion to Dismiss Receiver's Complaint |
| 11. | May 6, 2013 | 3:14-cv-3559 | *Janvey v. Staley* | 4 (originally filed as Doc. 15 in 3:13-cv-0775) | Defendant Jack Staley's Motion to Dismiss Receiver's Complaint |
| 12. | June 7, 2013 | 3:14-cv-3560 | *Janvey v. Amadio et al.* | 7 (originally filed as Doc. 21 in 3:13-cv-0775) | Defendant Luis Garcia's Motion to Dismiss Receiver's Complaint |
| 13. | June 14, 2013 | 3:14-cv-3213 | *Janvey v. Hamm* | 25 | Defendant Suzanne Hamm's Motion to Dismiss Receiver's Complaint |
| 14. | August 22, 2013 | 3:09-cv-0724 | *Janvey v. Alguire et al.* | 1136 (originally filed as Doc. 36 in 3:13-cv-0775) | Defendant David Nanes's Motion to Dismiss Receiver's Complaint |
| 15. | July 21, 2011 | 3:11-cv-0329 | *The Official Stanford Investors Committee et al. v. Breazeale Sachse & Wilson LLP et al.* | 22 | Adams and Reese LLP and James Austin's Motion to Dismiss Plaintiffs' First Amended Complaint |

| 16. | July 21, 2011 | 3:11-cv-0329 | *The Official Stanford Investors Committee et al. v. Breazeale Sachse & Wilson LLP et al.* | 24 | Michael Contorno's Motion to Dismiss Plaintiffs' First Amended Class Action Complaint |
|---|---|---|---|---|---|
| 17. | September 30, 2011 | 3:11-cv-0329 | *The Official Stanford Investors Committee et al. v. Breazeale Sachse & Wilson LLP et al.* | 39 | Motion to Dismiss Plaintiffs' Complaint, Filed by Defendant Louis Fournet |
| 18. | June 26, 2012 | 3:11-cv-0329 | *The Official Stanford Investors Committee et al. v. Breazeale Sachse & Wilson LLP et al.* | 68 | Breazeale, Sachse & Wilson LLP's Motion to Dismiss Plaintiffs' First Amended Complaint |
| 19. | June 29, 2012 | 3:11-cv-0329 | *The Official Stanford Investors Committee et al. v. Breazeale Sachse & Wilson LLP et al.* | 71 | Claude Reynaud's Motion to Dismiss Plaintiffs' First Amended Complaint |
| 20. | July 29, 2011 | 3:11-cv-0298 | *The Official Stanford Investors Committee v. Cort & Cort et al.* | 11 | Cort & Cort's Motion to Dismiss for Lack of Personal Jurisdiction |
| 21. | December 3, 2012 | 3:11-cv-0299 | *Janvey et al. v. Castaneda* | 22 | Defendant's Motion to Dismiss the Complaint[3] |
| 22. | January 3, 2013 | 3:11-cv-1177 | *Janvey v. Libyan Investment Authority et al.* | 136 | Defendants' Motion to Dismiss the Second Amended Complaint |
| 23. | February 21, 2013 | 3:12-cv-4641 | *Janvey v. Greenberg Traurig, LLP et al.* | 27 | Greenberg Traurig's Motion for Partial Dismissal and, Subject Thereto, Original Answer |
| 24. | April 15, 2013 | 3:12-cv-4641 | *Janvey v. Greenberg Traurig, LLP et al.* | 49 | Defendant Hunton and Williams, LLP's Motion to Dismiss |

---

[3] On September 12, 2014 Magistrate Judge Koenig issued a Report and Recommendation recommending that Castaneda's motion to dismiss be denied. [Doc. 48.] Castaneda filed an objection on September 26, 2014. [Doc. 49.]

| | | | | | |
|---|---|---|---|---|---|
| 25. | May 10, 2013 | 3:12-cv-4641 | *Janvey v. Greenberg Traurig, LLP et al.* | 56 | Defendant Yolanda Suarez's Motion to Dismiss |
| 26. | April 18, 2014 | 3:12-cv-4641 | *Janvey v. Greenberg Traurig, LLP et al.* | 90 | Hunton & Williams' Motion to Dismiss Claims Asserted by the Putative Class and its Representatives |
| 27. | July 29, 2013 | 3:11-cv-1659 | *Janvey et al. v. Rincon* | 17 | Defendant Juan Alberto Rincon's Motion to Dismiss |
| 28. | February 28, 2014 | 3:13-cv-3980 | *OSIC et al. v. Willis of Colorado, Inc. et al.* | 19 | Willis's Motion to Dismiss Plaintiffs' First Amended Complaint |
| 29. | February 28, 2014 | 3:13-cv-3980 | *OSIC et al. v. Willis of Colorado, Inc. et al.* | 25 | Amy Baranoucky's Motion to Dismiss |
| 30. | February 28, 2014 | 3:13-cv-3980 | *OSIC et al. v. Willis of Colorado, Inc. et al.* | 30 | Bowen's Motion to Dismiss Plaintiffs' First Amended Complaint |
| 31. | February 28, 2014 | 3:13-cv-3980 | *OSIC et al. v. Willis of Colorado, Inc. et al.* | 32 | Winter's Motion to Dismiss Plaintiffs' First Amended Complaint |
| 32. | July 22, 2014 | 3:14-cv-1567 | *Janvey v. Tiger Woods Foundation et al.* | 17 | Motion to Dismiss Second Amended Complaint |
| 33. | August 26, 2014 | 3:14-cv-2826 | *Janvey v. Maldonado* | 10 | Defendant Patricia Maldonado's Motion to Dismiss Receiver's Complaint |
| | **Motions to Dismiss Class Action Cases Pending in District Court** | | | | |
| 34. | December 11, 2009 | 3:09-cv-1600 | *Troice v. Proskauer Rose, LLP et al.* | 29 | Chadbourne & Park's Motion to Dismiss |
| 35. | December 11, 2009 | 3:09-cv-1600 | *Troice v. Proskauer Rose, LLP et al.* | 31 | Proskauer Rose's Motion to Dismiss |
| 36. | December 11, 2009 | 3:09-cv-1600 | *Troice v. Proskauer Rose, LLP et al.* | 36 | Sjoblom's Motion to Dismiss |

| | | | | | |
|---|---|---|---|---|---|
| 37. | December 1, 2010 | 3:10-cv-0304 | *Queyrouze, et al. v. Bank of Antigua, et al.* | 6 | Motion to Dismiss based on Foreign Sovereign Immunity and for Failure to State a Claim filed by Commonwealth of Antigua and Barbuda |
| 38. | December 13, 2010 | 3:09-cv-2165 | *Frank v. The Commonwealth of Antigua and Barbuda* | 43 | Motion to Dismiss Based on Foreign Sovereign Immunity and for Failure to State a Claim filed by The Commonwealth of Antigua and Barbuda |
| 39. | May 2, 2011 | 3:09-cv-1274 | *Troice v. Willis of Colorado, Inc.* | 123 | Willis's Motion to Dismiss Plaintiffs' Third Amended Class Action Complaint |
| 40. | May 2, 2011 | 3:09-cv-1274 | *Troice v. Willis of Colorado, Inc.* | 124 | Winter's Motion to Join BMB's Motion to Dismiss Plaintiffs' Third Amended Class Action Complaint and Motion to Stay |
| 41. | May 2, 2011 | 3:09-cv-1274 | *Troice v. Willis of Colorado, Inc.* | 127 | BMB's Motion to Dismiss Plaintiffs' Third Amended Class Action Complaint |
| 42. | August 2, 2012 | 3:09-cv-2199 | *Turk v. Pershing LLC* | 84 | Motion to Dismiss Plaintiffs' Amended Consolidated Complaint |
| **Pending Motions to Dismiss Receiver's or OSIC's Complaint** <br> **Referred to Magistrate Judge Koenig** | | | | | |
| 43. | September 3, 2010 | 3:10-cv-0829 | *Janvey v. Interim Executive Management, Inc.* | 9 | Defendant's Motion to Dismiss Receiver's Original Complaint Pursuant to Rules 8, 9(b), and 12(b)(6) of the Federal Rules of Civil Procedure |
| 44. | April 21, 2011 | 3:11-cv-0303 | *The Official Stanford Investors Committee v. American Lebanese Syrian Associated Charities, Inc. et al.* | 12 | Defendants St. Jude's Children's Research Hospital, Inc.'s and American Lebanese Syrian Associated Charities, Inc.'s Motion to Dismiss |

| | | | | | |
|---|---|---|---|---|---|
| 45. | June 3, 2011 | 3:11-cv-0303 | *The Official Stanford Investors Committee v. American Lebanese Syrian Associated Charities, Inc. et al.* | 22 | Defendant Le Bonheur Children's Medical Center Foundation's Motion to Dismiss |
| 46. | May 2, 2011 | 3:10-cv-0366 | *Janvey v. Venger et al.* | 128 | Defendants Dale Wilson and Judy Ann Wilson's Defenses, Motions to Dismiss, and Answer |
| 47. | August 21, 2012 | 3:10-cv-2584 | *Janvey v. Alvarado* | 30 | Defendant Pablo M. Alvarado's Motion to Dismiss Receiver's Complaint |
| 48. | January 27, 2014 | 3:13-cv-0760 | *OSIC v. Antigua and Barbuda* | 11 | Antigua and Barbuda's Motion to Dismiss for Lack of Jurisdiction |
| 49. | March 26, 2014 | 3:13-cv-0762 | *OSIC v. Bank of Antigua et al.* | 18 | Antigua and Barbuda's Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim |

| | | | | |
|---|---|---|---|---|
| **Other Motions** ||||| 
| **Other Motions Pending in District Court** |||||
| | **Date Filed** | **Case No.** | **Case Name** | **Doc. No.** | **Motion** |
| 50. | March 9, 2011 | 3:10-cv-1973 | *Janvey v. Dillon Gage Inc. of Dallas et al.* | 14 | Receiver's Motion to Strike and to Dismiss Third-Party Claims and Counterclaims filed by Dillon Gage, Inc. of Dallas |
| 51. | May 10, 2012 | 3:09-cv-0298 | *SEC v. SIB, et al.* | 1592 | Beverly DeLoach's Motion to Permit FINRA Arbitration Claim Number 09-00998 to Proceed Against Certain Named Individuals |

| | | | | | |
|---|---|---|---|---|---|
| 52. | October 4, 2013 | 3:09-cv-0298 | *SEC v. SIB, et al.* | 1923 | Motion for Decision and Objection to Amended Notice of Claim Determination Regarding Response Filed by ATP Tour, Inc. |
| 53. | April 24, 2014 | 3:09-cv-0298 | *SEC v. SIB, et al.* | 2002 | Robert Allen Stanford's Action in Equity and Motion to Vacate Order on Motion for Summary Judgment |
| 54. | July 31, 2014 | 3:09-cv-0298 | *SEC v. SIB, et al.* | 2057 | R. Allen Stanford's Emergency Motion to Amend Section (2) of Pending Rule 60(b)(1)-(5) Motion |
| 55. | April 15, 2013 | 3:12-cv-4641 | *Janvey v. Greenberg Traurig, LLP et al.* | 51 | Hunton & Williams, LLP's Motion to Join the Antiguan Liquidators or, in the Alternative, to Dismiss |
| 56. | May 10, 2013 | 3:12-cv-4641 | *Janvey v. Greenberg Traurig, LLP et al.* | 55 | Yolanda Suarez's Motion to Join the Antiguan Liquidators or, in the Alternative, to Dismiss |
| 57. | July 26, 2013 | 3:13-cv-0477 | *Janvey v. Proskauer Rose, LLP et al.* | 33 | Joint Motion to Substitute Counsel |
| 58. | July 21, 2014 | 3:13-cv-0775 | *Janvey v. Amadio et al.* | 117 | Receiver's Motion to Sever Claims Against Daniel Bogar, Osvaldo Pi, and Bernerd Young |
| 59. | September 16, 2014 | 3:13-cv-0775 | *Janvey v. Amadio et al.* | 163 | Receiver's Motion for Leave to File Amended Complaint |
| 60. | December 12, 2013 | 3:12-cv-0495 | *Janvey v. Adams & Reese, et al.* | 69 | Plaintiff's Motion for Substitution of Party |
| 61. | December 16, 2013 | 3:12-cv-0495 | *Janvey v. Adams & Reese, et al.* | 71 | Defendant Cordell Haymon's Motion for Leave to Designate Responsible Third Parties |


| | Date Filed | Case No. | Case Name | Doc. No. | Motion |
|---|---|---|---|---|---|
| 62. | January 2, 2014 | 3:12-cv-0495 | *Janvey v. Adams & Reese, et al.* | 73 | Frazer's Motion to Quash for Insufficient Service of Process and Service of Process of Plaintiffs' Motion for Substitution of Party and, Subject Thereto, Response in Opposition to Plaintiff's Motion for Substitution |
| 63. | February 6, 2014 | 3:12-cv-0495 | *Janvey v. Adams & Reese, et al.* | 82 | Breazale, Sasche, & Wilson, LLP's Motion to Join, in Part, Defendant Cordell Haymon's Motion for Leave to Designate Responsible Third Parties |
| 64. | February 7, 2014 | 3:12-cv-0495 | *Janvey v. Adams & Reese, et al.* | 84 | Reynaud's Motion to Join, in Part, Defendant Cordell Haymon's Motion for Leave to Designate Responsible Third Parties |
| 65. | April 17, 2014 | 3:09-cv-0559 | *Pre-War Art v. Stanford Coins & Bullion et al.* | 255 | Defendants' Joint Motion for Entry of Final Judgment |
| 66. | August 26, 2014 | 3:09-cv-2151 | *Janvey v. Reeves-Stanford* | 52 | Plaintiffs' Motion to Lift Stay |
| 67. | August 29, 2014 | 3:10-cv-0528 | *Janvey v. Westmoreland* | 90 | Receiver's and Westmoreland Defendants' Motion to Stay |
| **Other Motions in Class Action Cases Pending in District Court** | | | | | |
| 68. | March 25, 2014 | 3:09-cv-2199 | *Turk v. Pershing LLC* | 100 | Plaintiffs' Motion to Defer Rulings on Motion to Dismiss |
| **Other Pending Motions Referred to Magistrate Judge Koenig** | | | | | |
| | **Date Filed** | **Case No.** | **Case Name** | **Doc. No.** | **Motion** |
| 69. | February 28, 2011 | 3:09-cv-0724 | *Janvey v. Alguire et al.* | 559 | Receiver's Motion to Strike and to Dismiss Former Employees' Counterclaim to Receiver's Second Amended Complaint |

| | | | | | |
|---|---|---|---|---|---|
| 70. | July 2, 2012 | 3:09-cv-0724 | *Janvey v. Alguire et al.* | 825 | Receiver's Motion to Strike and to Dismiss Counter-Claim of Defendant Robert J. Bruno to Receiver's Second Amended Complaint |
| 71. | September 4, 2012 | 3:09-cv-0724 | *Janvey v. Alguire et al.* | 852 | Receiver's Motion to Strike and Dismiss Counterclaim to Receiver's Second Amended Complaint |
| 72. | August 13, 2014 | 3:09-cv-0724 | *Janvey v. Alguire et al.* | 1106 | Motion to Proceed without Local Counsel (Porter and Smiley) |
| 73. | February 22, 2013 | 3:11-cv-1177 | *Janvey v. Libyan Investment Authority et al.* | 151 | Defendants' Motion to Strike Declaration of James C. Spindler |
| 74. | August 16, 2013 | 3:13-cv-0477 | *Janvey et al. v. Proskauer Rose et al.* | 37 | Defendants' Cross-Motion to Compel Discovery |
| 75. | April 9, 2014 | 3:13-cv-0762 | *OSIC v. Bank of Antigua et al.* | 20 | Plaintiffs' Cross-Motion for Leave to Conduct Jurisdictional Discover of Defendant Eastern Caribbean Central Bank and to Extend Deadline to Respond to Motion to Dismiss Until Completion of that Discovery |

Dated:  October 6, 2014

Respectfully submitted,

**BAKER BOTTS L.L.P.**

By: /s/ Kevin M. Sadler
    Kevin M. Sadler
    Texas Bar No. 17512450
    kevin.sadler@bakerbotts.com
    Scott D. Powers
    Texas Bar No. 24027746
    scott.powers@bakerbotts.com
    David T. Arlington
    Texas Bar No. 00790238
    david.arlington@bakerbotts.com
    98 San Jacinto Blvd., Suite 1500
    Austin, Texas 78701-4078
    Tel: 512.322.2500
    Fax: 512.322.2501

    Timothy S. Durst
    Texas Bar No. 00786924
    tim.durst@bakerbotts.com
    2001 Ross Avenue
    Dallas, Texas 75201
    Tel: 214.953.6500
    Fax: 214.953.6503

**ATTORNEYS FOR RECEIVER RALPH S. JANVEY**

By: /s/ John J. Little
    John J. Little
    Texas Bar No. 12424230
    jlittle@lpf-law.com
    LITTLE PEDERSEN FANKHAUSER, LLP
    901 Main Street, Suite 4110
    Dallas, Texas 75202
    (214) 573-2300
    (214) 573-2323 (facsimile)

**COURT-APPOINTED EXAMINER**

**CERTIFICATE OF SERVICE**

      On October 6, 2014, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served the Court-appointed Examiner, all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

      /s/ Kevin M. Sadler
      Kevin M. Sadler