## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No.: 3-09-CV-0298-N |
| | § | |
| STANFORD INTERNATIONAL BANK, LTD., ET AL., | § | |
| | § | |
| Defendants. | § | |
| | § | |

## EXAMINER'S NOTICE REGARDING
## MOTION FOR APPROVAL OF SEVENTEENTH INTERIM FEE APPLICATION

On October 30, 2014, the Examiner filed his Motion for Approval of his Seventeenth

Interim Application for Payment of Fees and Expenses [Doc. No. 2094].  That Motion was filed

as "opposed;" counsel for several parties did not respond to the Examiner's efforts to confer.

Doc. No. 2094 at 2, 26.  The response deadline established by the Local Rules (November 20,

2014) has passed.  No responses or objections to the Examiner's Motion have been filed.

Accordingly, the Examiner's Motion for Approval of his Seventeenth Interim

Application for the Payment of Fees and Expenses is fully briefed and unopposed.

The Examiner respectfully requests that the Court enter its Order[1] granting the

Examiner's Motion and approving the Examiner's Seventeenth Application for Payment of Fees

and Expenses.

---

[1]     The Examiner's Motion was accompanied by a proposed Order.  Doc. 2094-2.

**EXAMINER'S NOTICE REGARDING MOTION FOR APPROVAL OF**
**SEVENTEENTH INTERIM FEE APPLICATION**                                                                          **PAGE 1**

Dated:  November 21, 2014.

Respectfully submitted,

By: /s/ John J. Little

John J. Little
Texas Bar No. 12424230
LITTLE PEDERSEN FANKHAUSER, LLP
901 Main Street, Suite 4110
Dallas, Texas  75202
(214) 573-2300
(214) 573-2323 (Facsimile)

COURT-APPOINTED EXAMINER

CERTIFICATE OF SERVICE

On November 21, 2014, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

I further certify that on November 21, 2014, I served a true and correct copy of the foregoing document via United States Postal Certified Mail, Return Receipt required to the persons noticed below who are non-CM/ECF participants:

R. Allen Stanford, Pro Se          Certified Mail Return Receipt Req.
Inmate #35017183
Coleman II USP
Post Office Box 1034
Coleman, FL 33521

____/s/ John J. Little____