

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



SECURITIES AND EXCHANGE
COMMISSION,
    Plaintiff

v.                                          CIVIL ACTION. NO 3:09-CV-00298-N

STANFORD INTERNATIONAL BANK,
LTD., ET AL,
    Defendants

## PETITIONER' MOTION TO OPPOSE RECEIVER'S CLAIMS AND DISTRIBUTION PROCESS

Defendant-Petitioner Robert Allen Stanford (hereinafter "Stanford") requests leave of this Honorable Court to file the instant 'Motion to Oppose' the unwarranted and obscene fees requested by, and granted to, the Receiver, Ralph Janvey, in regards to his December 8, 2014 "23rd Claims and Distribution Plan" (Doc. 2106).

In addition to the other of Mr. Janvey's unjustifiable and, in fact, illegal actions and activities of the past six years – which this Court has accepted and continues to approve as lawful and reasonable – he has thus far submitted requests for and been "rewarded" hundreds of millions of dollars in fees for generating millions of pages of Fee Applications and Distribution Plans that, according to the Examiner who

represents the Securities and Exchange Commission, are "[v]ague and indecipherable because they are largely redacted".

Moreover, that "[t]hey continue to burn at a million dollars a week, not a month, a week."

In response to these words, and the SEC's repeated requests to rein in this "out of control" Receiver, Mr. Janvey's dedicated attorney Kevin Sadler (just one of the Receiver's many and dedicated "team of professionals", consisting of 400 lawyers and accountants, and a PR firm) acted quickly to protect their "windfall" from any jeopardizing oversight, and stated:

> "Your Honor, the adversary process with respect to our fees I think has been alive and well in this case. The Examiner advised us before we filed our first fee application that he would have to object to it. I think there is nothing that an auditing firm would do that the multiple lawyers haven't already done, other than charge more money which would be a drain on the Estate."
> In other words, and as Your Honor himself said here today, we don't need a bunch of outside auditors "nitpicking" our fees. And besides, we already have a qualified CPA right on our team...Ms. Karyl van Tassel.

Six years of "rewarding" for doing who knows what...hidden in millions of pages of "redactions".

32 Fee Applications granted for hundreds of millions of dollars...and counting.

23 Distribution Plans...and not one of these "plans" yet "completed".

How much longer will this "out of control" Receiver and his dedicated "team of professionals" be allowed (by this Court) to continue their insidious plunderings? How much longer until the last of the (pre- February 17, 2009) billions in Stanford Estate assets are finally squandered by them, and they send out the letters telling the devastated but very patient depositors of Stanford International Bank that...

    ...sorry folks, we did all we could to "manage and preserve" the Estate.
    But sadly, Stanford stole it all. There's nothing left.

Respectfully submitted,

*/s/ Allen Stanford*
Robert Allen Stanford, pro se
Reg. #35017-183
FCC Coleman USP II
P.O. Box 1034
Coleman, Florida 33521

## CERTIFICATE OF SERVICE

I, Robert Allen Stanford, hereby certify that on *December 18, 2014*, I filed the foregoing document with the Clerk of the Court for the Northern District Court of Texas, Dallas Division, via UPS mail.

Respectfully submitted,

*/s/ Allen Stanford*
Robert Allen Stanford, pro se
Reg. # 35017-183
FCC Coleman, USP II
P.O. Box 1034
Coleman, FL 33521



**Extremely Urgent**

UPS Next Day Air®
UPS Worldwide Express®
UPS 2nd Day Air®

This envelope is for use with the following services:
- UPS Ground
- UPS Standard
- UPS 3 Day Select®
- UPS Worldwide Expedited®

Ship documents on this side.
Use this envelope for:

RECEIVED DEC 19 2014 CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

P YELLOW S 333MY
66A3-FL4

1 LBS   1 OF 1
SHP WT: 1 LBS
DATE: 15 DEC 2014

ALLEN STANFORD
(727) 826-6075
THE UPS STORE #3248
200 2ND AVE S
SAINT PETERSBUR  FL 33701-4313

SHIP  NORTHERN DISTRICT OF TX
TO:   US DISTRICT COURT
      ATT CLERK S OFFICE
      STE 1452
      1100 COMMERCE ST
      DALLAS TX 75242-1310

TX 752 9-33

UPS GROUND
TRACKING #: 1Z W2X 981 03 0938 1498

BILLING: P/P

Visit theupsstore.com or call **1-800-PICK-UPS®** (1-800-742-5877) to find a location near you.

**Domestic Shipments**
- To qualify for the Letter rate, UPS Express Envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express Envelopes containing items other than those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**
- The UPS Express Envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.
- To qualify for the Letter rate, the UPS Express Envelope must weigh 8 oz. or less. UPS Express Envelopes weighing more than 8 oz. will be billed by weight.

**Note:** Express Envelopes are not recommended for shipments of electronic media containing sensitive personal information or breakable items. Do not send cash or cash equivalent.