IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 3:09-CV-0298-N |
| STANFORD INTERNATIONAL BANK, LTD., ET AL., | § § | |
| Defendants. | § § | |

**SUPPLEMENT TO RECEIVER'S 24TH REPORT REGARDING
THE CLAIMS & DISTRIBUTION PROCESSES**

Receiver Ralph S. Janvey (the "Receiver") hereby files this Supplement to his 24th Report Regarding the Claims & Distribution Processes (the "24th Report"), respectfully stating as follows:

In the 24th Report, the Receiver stated there were 18,379 unique CD claims. [*See* Doc. 2129 at 9.] The aggregate Total Claimed Amount for those claims is $6,972,470,902.53.

In the 24th Report, the Receiver also stated that Notices of Determination and Amended Notices of Determination had been disseminated with respect to 17,316 unique CD claims. [*See* Doc. 2129 at 9.] The aggregate Allowed Claim Amount for those claims is $4,468,307,052.43.

Dated: April 28, 2015 Respectfully submitted,

**BAKER BOTTS L.L.P.**

By: /s/ *Kevin M. Sadler*
    Kevin M. Sadler
    Texas Bar No. 17512450
    kevin.sadler@bakerbotts.com
    Scott D. Powers
    Texas Bar No. 24027746
    scott.powers@bakerbotts.com
    David T. Arlington
    Texas Bar No. 00790238
    david.arlington@bakerbotts.com
    1500 San Jacinto Center
    98 San Jacinto Blvd.
    Austin, Texas 78701-4039
    (512) 322-2500
    (512) 322-2501 (Facsimile)

    Timothy S. Durst
    Texas Bar No. 00786924
    tim.durst@bakerbotts.com
    2001 Ross Avenue
    Dallas, Texas 75201
    (214) 953-6500
    (214) 953-6503 (Facsimile)

**ATTORNEYS FOR RECEIVER RALPH S. JANVEY**

**CERTIFICATE OF SERVICE**

I certify that on April 28, 2015, I electronically filed the foregoing document with the Clerk of the Court for the Northern District of Texas, Dallas Division, using the CM/ECF system. The ECF system will send a "Notice of Electronic Filing" to all counsel of record who have consented in writing to accept service of this document by electronic means.

I further certify that on April 28, 2015, I served a true and correct copy of the foregoing document and the notice of electronic filing by United States Postal Service Certified Mail, Return Receipt requested, to the persons noticed below who are non-CM/ECF participants:

R. Allen Stanford, Pro Se
Inmate #35017183
Coleman II USP
Post Office Box 1034
Coleman, FL 33521
*Via Certified Mail, Return Receipt Requested*

                                            */s/ Kevin M. Sadler*
                                            Kevin M. Sadler