**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** § § § | | |
| **Plaintiff** § | | |
| v. § | **CIVIL ACTION NO. 3:09-CV-0298-N** | |
| § | | |
| **STANFORD INTERNATIONAL BANK, LTD., ET AL.,** § § | | |
| § | | |
| **Defendants** § | | |

**APPENDIX IN SUPPORT OF EXPEDITED REQUEST FOR ENTRY OF SCHEDULING ORDER AND MOTION TO APPROVE PROPOSED SETTLEMENT WITH ADAMS & REESE PARTIES, BREAZEALE, SACHSE & WILSON, LLP, CORDELL HAYMON AND LYNETTE FRAZER, BAR ORDER, NOTICE AND ATTORNEYS' FEES**

Ralph S. Janvey, (the "Receiver"), and the Official Stanford Investors Committee ("OSIC"), file this appendix (the "Appendix") in support of the *Expedited Request for Entry of Scheduling Order and Motion to Approve Proposed Settlement with Adams & Reese Parties, Breazeale, Sachse & Wilson, LLP, Cordell Haymon and Lynette Frazer, Bar Order, Notice and Attorneys' Fees* (the "Motion").

| Exhibit | Description | App. Nos. |
|---|---|---|
| **APPENDIX MATERIALS** | | |
| 1 | Amended Stipulation and Settlement Agreement | 0001-0064 |
| 2 | Declaration of Douglas J. Buncher | 0065-0083 |
| 2-A | Neligan Foley LLP Invoices dated December 17, 2010 – April 30, 2015 | 0084-0166 |

| Exhibit | Description | App. Nos. |
|:---:|---|:---:|
| 2-B | Revised Fee Agreement dated April 10, 2014 between Official Stanford Investors Committee and Neligan Foley LLP, Butzel Long, P.C. and Castillo Snyder, P.C. | 0167-0182 |
| 2-C | Engagement letter between Neligan Foley LLP and Ralph S. Janvey, dated June 20, 2013 | 0183-0187 |
| 3 | Declaration of Edward C. Snyder in Support of Motion for Order Approving Proposed Settlement with Adams & Reese, LLP, Breazeale, Sachse & Wilson LLP; Robert Schmidt, James Austin, Cordell Haymond and Lynette Frazer, and for Entry of Bar Order, Approving Notice and Entry of Scheduling Order, and Approving Attorneys' Fees | 0188-0256 |
| 4 | Declaration of Peter D. Morgenstern, Esq. in Support of Request for Award of Attorneys Fees and Costs | 0257-0264 |
| 5 | Declaration of Examiner John J. Little | 0265-274 |

Dated:  May 12, 2015                    Respectfully submitted,

/s/ Douglas J. Buncher
Douglas J. Buncher
dbuncher@neliganlaw.com
John D. Gaither
*jgaither@neliganlaw.com*

**NELIGAN FOLEY LLP**
325 N. St. Paul, Suite 3600
Dallas, Texas  75201
Telephone:  (214) 840-5300
Facsimile:  (214) 840-5301

**ATTORNEYS FOR RALPH S. JANVEY IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR THE STANFORD RECEIVERSHIP ESTATE**

82258v.1

**CASTILLO SNYDER, P.C.**

 */s/ Edward C. Snyder*
Edward C. Snyder
esnyder@casnlaw.com
Jesse R. Castillo
jcastillo@casnlaw.com
300 Convent Street, Suite 1020
San Antonio, Texas  78205
Telephone:  (210) 630-4200
Facsimile:  (210) 630-4210

**BUTZEL LONG PC**

 */s/ Peter D. Morgenstern*
Peter D. Morgenstern
*Admitted Pro Hac Vice*
morgenstern@butzel.com
380 Madison Avenue, 22nd Floor
New York, New York  10017
Telephone:  (212) 818-1110
Facsimile:  (212) 818-0494

**ATTORNEYS FOR THE OSIC
AND INVESTORS PLAINTIFFS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's ECF system in May 12, 2015.

 */s/ Douglas J. Buncher*
Douglas J. Buncher