IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| -v. | § | Case No. 3:09-cv-0298-N |
| | § | |
| STANFORD INTERNATIONAL BANK, LTD., *et al.*, | § | |
| | § | |
| Defendants. | § | |

---

**DECLARATION OF EDWARD C. SNYDER
IN SUPPORT OF MOTION FOR ORDER APPROVING PROPOSED SETTLEMENT
WITH ADAMS & REESE, LLP, BREAZEALE, SACHSE & WILSON LLP; ROBERT
SCHMIDT, JAMES AUSTIN, CORDELL HAYMON AND LYNETTE FRAZER, AND
FOR ENTRY OF BAR ORDER, APPROVING NOTICE AND ENTRY OF
SCHEDULING ORDER, AND APPROVING ATTORNEYS' FEES**

---

Pursuant to 28 U.S.C. § 1746, I, Edward C. Snyder, hereby declare under penalty of perjury that I have personal knowledge of the following facts:

## I. OVERVIEW

I am submitting this Declaration in support of the Receiver, Official Stanford Investors Committee ("OSIC") and Investor Class Plaintiffs' (the "Investor Plaintiffs") (collectively, the "Plaintiffs") Motion for Order Approving Proposed Settlement with Adams & Reese, LLP, Breazeale, Sachse & Wilson LLP, Robert Schmidt, James Austin, Cordell Haymon and Lynette Frazer, and for Entry of Bar Order, Approving Notice and Entry of Scheduling Order, and Approving Attorneys' Fees (the "Motion").[1]

---

[1] Capitalized Terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.



EXHIBIT
3

APP 0188

**A.      The STC Lawsuits**

1.      The settlement for which approval is sought in the Motion settles all claims asserted against Adams & Reese, LLP ("A&R"), Breazeale, Sachse & Wilson, LLP ("BSW"), Robert Schmidt, James Austin, Cordell Haymon and Lynette Frazer (collectively referred to herein as "Defendants") in Civil Action No. 3:12-CV-00495-B, *Ralph S. Janvey, et al. v. Adams & Reese, LLP, et al.* (N.D. Tex.) (the "Receiver Lawsuit"), and Philip Wilkinson and Horacio Mendez, plaintiffs (the "Investor Plaintiffs") along with OSIC in Civil Action No. 3:11-CV-00329-BL, *The Official Stanford Investors Committee, et al. v. Adams & Reese, et al.* (N.D. Tex.) (the "Investor Lawsuit") (together with the Receiver Lawsuit, the "STC Lawsuits") for a combined roughly **$4.9 million** (the "Settlement").

2.      My firm is co-counsel for the Plaintiffs in the STC Lawsuits. The OSIC is prosecuting the claims against Defendants on behalf of the Receiver pursuant to an assignment of claims against Defendants from the Receiver to OSIC. The other firms that have been involved in the investigation and prosecution of the STC Lawsuits include Neligan Foley LP ("Neligan Foley"), and Butzel Long ("Butzel Long") (together with my firm Castillo Snyder P.C., "Plaintiffs' Counsel"), who also serve as co-counsel for the Plaintiffs.

**B.      Curriculum Vitae**

3.      I am a name shareholder of the law firm Castillo Snyder P.C., based in San Antonio, Texas, and have been practicing law for over twenty (20) years. I presently serve as Plaintiffs' (putative) class counsel in the above-referenced Investor Lawsuit, and also serve as counsel for OSIC in the STC Lawsuits. I have actively participated in all material aspects of the STC Lawsuits since they were filed.

4.      I received my law degree from the University of Texas School of Law in 1994 and

my law license also in 1994. After law school, I served as Legal Advisor to the former Chairman of the U.S. International Trade Commission in Washington, D.C. Since entering private practice in 1996, I have been involved principally in commercial litigation and trial work, and have handled major cases for both corporate and individual clients, as both plaintiff's and defendant's counsel. I am admitted to practice in the Western, Eastern, Northern and Southern federal districts of the State of Texas as well as the Fifth and Ninth Circuit courts of appeal and the United States Supreme Court.

5.     Castillo Snyder is a commercial litigation "boutique" firm based in San Antonio. My partner Jesse Castillo (who is a 30+ year trial lawyer and previously was a partner at Cox & Smith) and I concentrate our practice on complex commercial litigation, including everything from contract, corporate and partnership disputes, securities litigation, real estate litigation, oil and gas litigation and other commercial and business cases. We have tried dozens of complex commercial matters to verdict and judgment, including commercial cases tried in U.S. courts under foreign laws.

6.     Since the 1990s, my partner and I have been involved on the plaintiffs' side in numerous class action lawsuits involving allegations of fraud and securities fraud and aider and abettor liability. In the late 1990s, while an associate and, later, a partner at San Antonio-based law firm Martin, Drought & Torres, I (along with my current partner Jesse Castillo and other lawyers from that firm) served as lead or co-lead or second chair class counsel in roughly a dozen or more state-wide and nationwide class actions against life insurance companies based on allegations of fraud in the marketing and sale of "vanishing premium" life insurance products. In that capacity we litigated class action cases and certified various class actions, typically for settlement purposes although some were litigated to class certification hearings, and also handled

Declaration of Edward C. Snyder                                                                3

class action administrative issues including class claims administration via settlement distribution procedures with class action administration agents we employed.   Some of the defendant life insurance companies we brought (and resolved) class action litigation against include: Metlife, CrownLife, First Life Assurance, Manufacturers Life, Equitable Life, Sun Life, College Life, Jackson National Life, Great American Life, and John Hancock.

7.      One of my specialized practice areas over the last 16 years has been in the area of pursuing third parties such as banks, accounting firms, law firms and others accused of aiding and abetting  complex international (typically offshore) securities fraud schemes.   From 1998 through 2006 I served as lead class counsel for Mexican investors who had been defrauded by a Dallas-based Investment Adviser firm named Sharp Capital Inc. ("Sharp") that operated what amounted to an illegal offshore "fund" in the Bahamas but that was run from Dallas.   The SEC intervened and filed suit against Sharp and appointed Ralph Janvey as the receiver for Sharp. Sharp lost over $50 million of Mexican investor funds.  Through various litigations we brought under the Texas Securities Act ("TSA"), we were able to eventually recover millions of dollars for the Sharp investors. See *Melo v. Gardere Wynne*, 2007 WL 92388 (N.D. Tex. 2007).  I also represented Ralph Janvey, as received for Sharp, in litigation arising from the Sharp case, which was also settled.   See *Janvey v. Thompson & Knight*, 2004 WL 51323 (N.D. Tex. 2004).

8.      Beginning in late 1999, my prior law firm and I also served as lead and/or co-lead class counsel (along with the Diamond McCarthy law firm) for the Class of primarily Mexican investors of the InverWorld group of companies, which was an investment group based in San Antonio that operated what amounted to an offshore fund in the Cayman Islands.  We filed class action lawsuits against several Defendants, including a French bank, a New York law firm, and accounting firm Deloitte & Touche.  See *Nocando Mem Holdings v. Credit Comercial de*

*France*, 2004 WL 2603739 (W.D. Tex. 2004); *Gutierrez v. the Cayman Islands Firm of Deloitte & Touche*, 100 S.W.3d 261 (Tex. App. -- San Antonio 2002). Those class cases proceeded in tandem with estate litigation filed by the bankruptcy trustee for InverWorld, who was principally represented by the Neligan Foley firm. All of those class cases were premised on TSA aider and abettor claims and all of them eventually settled, each for eight figure sums.

9.      In 2003 I was retained by a group of Mexican investors who had been defrauded in yet another $400 million offshore investment fraud committed by a Houston-based investment firm called InterAmericas that, like Stanford, ran an offshore bank (in Curacao, Netherlands Antilles) through which primarily Mexican investors invested. While not a class action, myself and my former law firm filed litigation under the TSA aider and abettor provisions against Deloitte & Touche and a few other Defendants, resulting in seven figure settlements. See *Deloitte & Touche Netherlands Antilles and Aruba v. Ulrich*, 172 S.W.3d 255 (Tex. App. -- Beaumont 2005).

10.     Besides the Stanford cases, I am currently involved in two other SEC Ponzi scheme cases. I serve as a Special Litigation Counsel to an SEC Receiver in the Central District of California in a Ponzi scheme case styled *Securities and Exchange Commission v. Westmoore Management LLC et al*, Case No. 08:10-CV-00849-AG-MLG. In that capacity I represent the Receiver with respect to all litigation activities. I also currently represent several foreign investors in an alleged Ponzi scheme case in McAllen, Texas styled *Securities & Exchange Commission v. Marco A. Ramirez, Bebe Ramirez, USA Now, LLC., USA Now Energy Capital Group, LLC., and Now. Co. Loan Services, LLC;* In the United States District Court for the Southern District of Texas -- McAllen Division; Case No. 7:13-cv-00531.

11.     Based on my experience in SEC receivership and offshore fraud cases generally,

Declaration of Edward C. Snyder                                    5

as well as my experience in the Stanford cases, I am often invited to speak at seminars on securities litigation issues (including liability under the TSA) by the Texas State Bar.

### C.   Involvement with the Stanford Cases Since 2009

12.   I and my law firm have been heavily involved with the Stanford cases since February 2009.

13.   As soon as Stanford collapsed in February 2009, I was retained by hundreds of investors from Mexico. I contacted Ralph Janvey to offer my assistance and immediately began investigating claims against various third party potential defendants connected with the collapse of Stanford.

14.   After the Official Stanford Investors Committee ("OSIC") was created, I was asked to be a member of said Committee and continue to serve on said Committee today, without compensation. My service on OSIC has consumed hundreds if not thousands of hours of my time over the last few years including time spent communicating with other OSIC members on weekends and late at night.

15.   My investigations and cooperation with the Receiver and his counsel eventually led myself and the other Plaintiffs' Counsel to file multiple class action lawsuits on behalf of Stanford investors, as well as companion litigation on behalf of OSIC, including the instant STC Lawsuits as well as the following cases: *Troice v. Willis of Colorado et al*, Case No. 3:09-cv-01274; *Janvey v. Willis of Colorado, Inc.*, Case No. 3:13-cv-03980; *Troice v. Proskauer Rose et al.*, Case No. 3:09-cv-01600; *Janvey v. Proskauer Rose, LLP*, Case No. 3:13-cv-477; *Janvey v. Greenberg Traurig, LLP*, Case No. 3:12-cv-04641; *Turk v. Pershing, LLC*, Case No. 3:09-cv-02199; *Philip Wilkinson, et al v. BDO USA, LLP, et al*, Case No. 3:11-cv-1115 and *The Official Stanford*

*Investors Committee v. BDO USA, LLP, et al,* Case No. 3:12-cv-01447 (the "Stanford Cases").

16.    I am either lead counsel or co-lead counsel with the other Plaintiffs' Counsel in all of the Stanford Cases and I have been actively involved in every facet of the cases, including the investigation of the facts and legal theories that form the bases for the suits and responding to motions to dismiss.  I served as co-lead counsel in the successful appeal of the dismissal of the related *Troice* class action cases under SLUSA to the Fifth Circuit and the U.S. Supreme Court ("SLUSA Appeal").  The SLUSA Appeal impacted the STC Lawsuits because Defendants also sought dismissal of the Investor Lawsuit based on SLUSA.

17.    In my view, my and my law firm's involvement in all of the related Stanford Cases has proven invaluable to the successful prosecution and resolution of the instant cases against Defendants.  Given the inherent overlap of factual and legal issues in third party litigation arising from the Stanford fraud, much of the work performed by the four firms in related Stanford litigation since 2009 laid the groundwork for the successful resolution of the claims against Defendants here.   The Plaintiffs' Counsel have spent substantial time and energy since 2009 investigating Stanford's business operations and relationships with third parties, including Defendants, which involved the review of hundreds of thousands if not millions of pages of documents (including spending literally weeks at the Receiver's document warehouse in Houston), interviews of multiple witnesses across the globe, coordination of efforts with the Receiver, Examiner, SEC and Department of Justice, and researching case law to establish viable theories of liability and damages and then defending those theories through dispositive motion practice before this Court in over a dozen separate lawsuits, including the SLUSA Appeal all the way to the U.S. Supreme Court.   All of that work paved the way for the proposed settlement with Defendants and, in my view, the proposed Settlement could not have been achieved without

Declaration of Edward C. Snyder                                                                        7

the substantial amount of time and effort expended by Plaintiffs' Counsel and their tireless efforts in the Stanford Cases over all.

## II. THE STC LAWSUITS AND SETTLEMENT

### A.   Plaintiffs' Counsel's Investigation of Claims Against Defendants

18.   Plaintiffs' Counsel have spent over five years and thousands of hours investigating and pursuing claims against third parties, including the Defendants, on behalf of the Stanford Receivership Estate and the investors in Stanford.

19.   As part of my investigation of the claims against Defendants, I reviewed voluminous documents, including thousands of emails of Stanford personnel.  I researched relevant case law to develop claims against Defendants, including claims under the TSA and other common law claims belonging to the Stanford investors, to determine how the facts surrounding Defendants' involvement with the Stanford companies supported those claims.  The investigation of claims further required formulation of viable damage models and causation theories for both the Receivership Estate claims and the Investor claims, and myself and Plaintiffs' Counsel spent considerable time researching and working up damage models for these cases.

20.   Plaintiffs' Counsel could not have successfully prosecuted and resolved the claims asserted in the STC Lawsuits without having spent thousands of additional hours investigating and understanding the background and history of the complex web of Stanford companies, the operations, financial transactions, interrelationship and dealings between and among the various Stanford entities, and the facts relating to the Ponzi scheme and how it was perpetrated through the various Stanford entities.  Without a comprehensive investigation and

understanding of this background, it would not have been possible to formulate viable claims against Defendants, and prosecute them successfully to conclusion.

21.    As part of our investigation, Plaintiffs' Counsel conducted a thorough analysis of the potential claims against Defendants, considering: claims available under both state and federal law; the viability of those claims considering the facts underlying Defendants' business dealings with Stanford and this Court's previous rulings; the success of similar claims in other Ponzi scheme cases, both in the Fifth Circuit and elsewhere; as well as defenses raised by Defendants in their Motions to Dismiss and mediation position papers in the STC Lawsuits.

**B.     The STC Lawsuits**

22.    The Receiver, OSIC and the Plaintiffs initiated the STC Lawsuits by filing their Original Complaints in this Court on February 17, 2011 (the Investor Lawsuit) and February 16, 2012 (the Receiver Lawsuit), respectively. Among other claims, the Plaintiffs asserted causes of action against Defendants for negligence, breach of fiduciary duty, aiding and abetting violations of the Texas Securities Act, aiding and abetting breaches of fiduciary duty, participation in a fraudulent scheme, and conspiracy.

23.    Defendants filed comprehensive motions to dismiss under FRCP 12(b)(6) in both lawsuits, and Plaintiffs filed responses thereto. The Motions to Dismiss remain pending in the Investor Lawsuit. However, on September 11, 2013, the Court ruled on Defendants' Motions to Dismiss in the Receiver Lawsuit, holding that Louisiana law applied to the case and dismissing Plaintiffs' legal malpractice claims against A&R and BSW, but permitting Plaintiffs' claims for breach of fiduciary duty against Haymon and the other director Defendants Reynaud and Frazer to proceed. The Court also allowed Plaintiffs' claim for vicarious liability against BSW to proceed, since Defendant Reynaud was employed as a partner with BSW at the time he was

serving as a director of STC. Although the malpractice claims against A&R and BSW were dismissed in the Receiver Lawsuit, the Court's order is not a final order and could still be appealed at the conclusion of the Receiver Lawsuit, and the A&R and BSW Parties remain Defendants in the Investor Lawsuit.

**C.     Mediation and Settlement**

24.     Two mediations of the STC Lawsuits were held with Christopher Nolland on June 30, 2014 and again on September 3, 2014. The second mediation resulted in the settlement with A&R, but no other parties. However, continued discussions between Plaintiffs and Haymon ultimately resulted in the settlement with Haymon. After the Court granted Plaintiffs' motion to substitute Lynette Frazer as a Defendant in place of Thomas Frazer, subsequent negotiations between counsel resulted in the settlement with Ms. Frazer. More recently, follow up negotiations with BSW led to settlement with that Defendant as well.

25.     I attended both mediations on behalf of OSIC and the Investor Plaintiffs. Each mediation lasted a full day with numerous back and forth offers and demands. Without the tireless effort of the Receiver, OSIC, Investor Plaintiffs and Plaintiffs' Counsel in investigating and prosecuting these claims as part of the overall effort to recover money from third parties for the benefit of Stanford's investors, the settlement could never have been achieved, and the STC Lawsuits would likely have dragged on for years with an uncertain outcome and great expense to the parties.

**D.     The Settlement is Fair and Reasonable and Should be Approved**

26.     It is my opinion based upon years of experience prosecuting and settling complex securities fraud cases under the TSA, as well as complex receivership Ponzi scheme litigation, that the Settlement is fair and reasonable and in the best interests of the Stanford receivership

Declaration of Edward C. Snyder                                                                                     10

estate and the Stanford investors and should be approved by the Court. I also believe that the Settlement represents the best result that could be achieved given the facts of these cases. The risks, uncertainty and the length of time it would take to get to trial in the STC Lawsuits further favors the settlement. In light of practical considerations impacting the ability of Defendants to pay a settlement, the Settlement represents an extremely good result for the Stanford receivership estate and its investors. Therefore, I believe the Settlement is in the best interests of the Stanford receivership estate and its investors and should be approved.

### III. ATTORNEYS' FEES

**A.     The Contingency Fee Agreement**

27.     Plaintiffs' Counsel have been jointly handling all of the Stanford Cases referenced above, including the STC Lawsuits, pursuant to twenty-five percent (25%) contingency fee agreements with the Receiver and OSIC (in cases in which the Receiver and OSIC are named Plaintiffs) and the Investor Plaintiffs (in investor class action lawsuits).

28.     As stated in the Motion, the Movants seek Court approval to pay Plaintiffs' Counsel a fee equal to an aggregate of twenty-five percent (25%) of the Net Recovery (*i.e.*, the settlement amount less allowable disbursements) in the STC Lawsuits. This is the fee agreed to be paid to Plaintiffs' Counsel by OSIC and the Investor Plaintiffs, and this is the amount of the fee for which approval is sought in the Motion.

**B.     The 25% Contingency Fee is Fair and Reasonable**

29.     It is my opinion that the fee requested in the Motion is reasonable in comparison to the total net amount to be recovered for the benefit of the Stanford investors. The twenty-five percent (25%) contingency fee was heavily negotiated between OSIC and Plaintiffs' Counsel, and is substantially below the typical market rate contingency fee percentage of 33% to 40% that

Declaration of Edward C. Snyder                                                            11

most law firms would demand to handle cases of this complexity and magnitude. In certain instances, OSIC interviewed other potential counsel who refused to handle the lawsuits without a higher percentage fee. The STC Lawsuits and the other third-party lawsuits are extraordinarily large and complex, involving voluminous records and electronic data and requiring many years of investigation, discovery and dispositive motions to get to trial.

30.     Moreover the STC Lawsuits and the companion Stanford Cases, many of which were filed over 5 years ago, involve significant financial outlay and risk by Plaintiffs' Counsel. The investor class actions were dismissed following the Court's SLUSA ruling, and motions to dismiss are still pending in the many of the Stanford Cases. Plaintiffs' Counsel therefore has, for many years now, borne significant risk of loss through dispositive motions or at trial after years of work for no compensation, and an almost certain appeal following any victory at trial. A twenty-five percent (25%) contingency fee is reasonable given the time and effort required to litigate these case, their complexity and the risks involved.

**D.     Time and Effort of Plaintiffs' Counsel**

31.     Since February 2009, myself and other lawyers and paralegals at my law firm have dedicated thousands of hours of time to the prosecution of Stanford litigation on a contingent fee basis. This includes time spent investigating and understanding the background and history of the complex web of Stanford companies, the operations, financial transactions, interrelationship and dealings between and among the various Stanford entities and the defendants we have sued, the facts relating to the Ponzi scheme and how it was perpetrated through the various Stanford entities, and the involvement of the third-party defendants in the foregoing cases with Stanford. Without a comprehensive investigation and understanding of this background, it would not have been possible to formulate viable claims against the third-party defendants and prosecute them

successfully.

32.     Even a cursory review of the Court's docket in all of these cases reveals the immense amount of work that Plaintiffs' Counsel have put into the prosecution of all of these lawsuits since 2009. However, the docket and pleadings only reveal the work that is filed with the Court. As discussed further herein, and as the Court is aware, the prosecution of lawsuits of this magnitude and complexity has required a tremendous amount of time and effort to investigate the facts, research the relevant legal issues, coordinate and strategize with counsel and clients regarding the handling of the cases, conduct discovery, prepare the briefs and motions, attempt to negotiate settlements, and prepare cases for summary judgment and/or trial. Plaintiffs' Counsel have collectively spent thousands of hours since 2009 in their investigation and prosecution of the lawsuits referenced above, including the STC Lawsuits.

33.     Over the last 6 years, myself and other attorneys and paralegals from my law firm have spent thousands of hours in uncompensated time worth millions of dollars investigating and prosecuting the Stanford Cases, including the STC Litigation. On average, well in excess of 60-70% of my practice over the last 6 years (and more typically 80-100% of my time on any given week) has been dedicated to these Stanford cases. I personally have worked many late nights and virtually every weekend for the last 6 years on Stanford cases or Stanford-related matters without compensation. Basically my law practice over the last 6 years has been dedicated almost exclusively to the Stanford Cases, to the exclusion of other clients and work.

34.     The total amount of attorney and paralegal time invested in the Stanford Cases by myself and other attorneys and paralegals at my Firm totals roughly $7 million at our hourly billing rates applicable to complex cases like these, all of which time has been uncompensated to date.

35.     Because a lot of the time myself and my firm have spent working generally on the

Declaration of Edward C. Snyder                                                                    13

Stanford litigation, including e.g., investigative work and the SLUSA Appeal, was beneficial to all Stanford litigation including the STC Lawsuits, I performed an analysis of my firms' time records in all of the Stanford litigation in order to (1) identify time my firm spent working on projects that provided a benefit across multiple Stanford cases (e.g., time spent investigating facts, interviewing witnesses and reviewing documents at the Receiver's warehouse; time spent researching case law to develop viable claims, and time spent on the SLUSA Appeal) and then (2) divide and attribute that time amongst and between the different Stanford cases on a pro rata basis.   Thus for example I attributed anywhere from 5% to 20% of time (depending on the project or category of work) my firm spent working on projects that in my view provided a benefit across multiple Stanford Cases to the STC Lawsuits.

36.     The result of that attribution analysis is that, as of March 19, 2015, my firm has spent over 486 hours of attorney and paralegal time worth **$279,785.00** at our applicable hourly rates for complex cases of this nature on the STC Receiver Lawsuit, consisting of time that was either dedicated directly to the STC Receiver Lawsuit, or which I feel is rightfully and equitably attributable to the STC Receiver Lawsuit; and has spent an additional over 756 hours of attorney and paralegal time worth **$404,112.50** at our applicable hourly rates for complex cases of this nature on the STC Investor Lawsuit, consisting of time that was either dedicated directly to the STC Investor Lawsuit or which I feel is rightfully and equitably attributable to the STC Investor Lawsuit.

37.     I attach hereto as Exhibits "1" and "2" true and correct copies of my Firm's fee billing statements for the STC Receiver Lawsuit (Exhibit 1) and the STC Investor Lawsuit (Exhibit 2), reflecting attorney and paralegal time dedicated to the STC Lawsuits up to March 19, 2015. The total value attorney and paralegal time my Firm has invested In the STC Lawsuits

Declaration of Edward C. Snyder                                                      14

to date is **$683,897.50.** The vast majority of the work on these cases has been performed by me, as can be seen in the chart below:

|  | **3:12-cv-00495** Biller | | *Janvey v. A&R, et al* Hourly Rate | Hours Billed | Total |
|---|---|---|---|---|---|
| ECS | Edward Snyder | | $600.00 | 460.5 | $276,300.00 |
| JRC | Jesse Castillo | | $600.00 | 1.1 | $660.00 |
| BC | Bianca Cantu | | $100.00 | 9.5 | $950.00 |
| SR | Sandy Rivas | | $125.00 | 15 | $1,875.00 |
|  |  | | | 486.1 | $279,785.00 |

|  | **3:11-cv-0329-N** Biller | | *OSIC/Wilkinson v. A&R, et al* Hourly Rate | Hours Billed | Total |
|---|---|---|---|---|---|
| ECS | Edward Snyder | | $600.00 | 643.75 | $386,250.00 |
| JRC | Jesse Castillo | | $600.00 | 11 | $6,600.00 |
| BC | Bianca Cantu | | $100.00 | 57 | $5,700.00 |
| SR | Sandy Rivas | | $125.00 | 44.5 | $5,562.50 |
|  |  | | | 756.25 | $404,112.50 |

38.     Since the STC Lawsuits will be proceeding forward against the remaining Defendants, I obviously anticipate investing additional time litigating these cases, as well as additional time that will be dedicated to the finalization of the instant Settlement.

39.     My firm has also incurred and paid $12,079.97 in expenses in the STC Receiver case, and $312.71 in the STC Investor case, for a total of $12,392.68.

40.     In addition to the efforts described herein related to the STC Lawsuits specifically, Plaintiffs' Counsel involved in the prosecution of the litigation against Defendants were also involved in the briefing and argument of the SLUSA Appeal to the Fifth Circuit and the United States Supreme Court in the *Troice* investor class action lawsuits. But for Plaintiffs' Counsel's efforts over several years to win the SLUSA appeal, the Investor Lawsuit against Defendants could not have proceeded.

41.     Plaintiffs' Counsel have done an immense amount of work investigating and

Declaration of Edward C. Snyder                                                                    15

analyzing the Stanford Ponzi scheme since the commencement of this receivership case, all of which allowed Plaintiffs' Counsel to formulate, file and successfully prosecute and settle the claims against Defendants. But for the diligent efforts of Plaintiffs' Counsel since the commencement of this receivership proceeding, the settlement with Defendants would never have been achieved.

42.   The proposed settlement is the result of many years of effort and thousands of hours of work by the Receiver, OSIC, Investor Plaintiffs and Plaintiffs' Counsel as described herein. But for the efforts of these parties, and the efforts of myself and my law firm described herein, there would be no Settlement, which will net the Receivership estate and the Stanford investors approximately $3.6 million they would not have otherwise had.

43.   In light of the tremendous time and effort myself and my law firm and the other Plaintiffs' Counsel have put into the overall effort to recover monies for the Stanford Receivership Estate and the investors, all of which was necessary to the successful prosecution and resolution of the STC Lawsuits, it is my opinion that the twenty-five percent (25%) fee to be paid to counsel for OSIC and the Investor Plaintiffs for the Settlement with Defendants is very reasonable. Myself and my laws firm and the other Plaintiffs' Counsel have worked tirelessly for six years to attempt to recover money for the benefit of Stanford's investors for virtually no compensation.

Dated: May 11, 2015

_____
Edward C. Snyder

Declaration of Edward C. Snyder

16

APP 0203

# EXHIBIT "1"

APP 0204

CASTILLO SNYDER, P.C.                                          Invoice # 2233
Bank Of America Plaza, Suite 1020
300 Convent
San Antonio, Texas 78205

Invoice submitted to:                          S-29103.0 Breazele-Janvey

    Ralph S. Janvey
    In His Capacity As Court-Appointed Receiver


March 19, 2015

In Reference To:     *Janvey v. Adams & Reese LLP, Breazeale, Sachse &*
                     *Wilson, LLP, et al.*

                     Civil Action No. 3:12-cv-00495-N


        Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 9/21/2011 ECS | A111 Other<br>REVIEW OF IN PARI DELICTO MEMO; FORWARD BRIEFING ON<br>OWNERSHIP OF CLAIMS TO RECEIVER AND REVIEW SAME;<br>TELEPHONE CONFERENCE WITH INVESTOR COMMITTE | 2.00<br>600.00/hr | 1,200.00 |
| 10/6/2011 ECS | A111 Other<br>RESEARCH ON RECEIVER/CLAIMS; EMAILS WITH CO-COUNSEL | 2.00<br>600.00/hr | 1,200.00 |
| 10/10/2011 ECS | A111 Other<br>REVIEW OF LETTER FROM ANTIGUAN JLS; REVIEW OF STATUS<br>REPORT FROM RECEIVER; EMAILS WITH COMMITTEE AND<br>CO-COUNSEL | 0.50<br>600.00/hr | 300.00 |
| 12/15/2011 ECS | A111 Other<br>VARIOUS TELEPHONE CONFERENCES WITH CO-COUNSEL AND<br>EMAILS REGARDING LAWSUITS; REVIEW IN PARI DELICITO MEMO;<br>RESEARCH ESTATE DAMAGES THEORIES | 3.00<br>600.00/hr | 1,800.00 |
| 1/16/2012 ECS | A111 Other<br>WORKED ON COMPLAINT | 6.00<br>600.00/hr | 3,600.00 |

APP 0205

Page   2

Ralph S. Janvey

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/19/2012 ECS | A111 Other<br>VARIOUS TELEPHONE CONFERENCES WITH AND EMAILS AND<br>WORKED ON ESTATE CLAIMS BRIEF; WORKED ON COMPLAINT | | 8.00<br>600.00/hr | 4,800.00 |
| 1/20/2012 ECS | A111 Other<br>WORKED ON NEW COMPLAINT | | 5.00<br>600.00/hr | 3,000.00 |
| 1/24/2012 ECS | A111 Other<br>WORKED ON ESTATE BRIEF | | 1.00<br>600.00/hr | 600.00 |
| 1/31/2012 ECS | A111 Other<br>FOLLOWED ALLEN STANFORD CRIMINAL TRIAL | | 0.50<br>600.00/hr | 300.00 |
| 2/12/2012 ECS | A111 Other<br>WORKED ON RECEIVER COMPLAINT | | 6.00<br>600.00/hr | 3,600.00 |
| 2/13/2012 ECS | A111 Other<br>WORKED ON RECEIVER COMPLAINT | | 7.50<br>600.00/hr | 4,500.00 |
| 2/14/2012 ECS | A111 Other<br>WORKED ON NEW COMPLAINT; EMAILS AND TELECONFERENCES<br>WITH CO-COUNSEL | | 8.00<br>600.00/hr | 4,800.00 |
| 2/16/2012 ECS | A111 Other<br>PREPARED ASSIGNMENT OF CLAIMS; EMAILS WITH CO-COUNSEL<br>AND RECEIVER REGARDING DOCUMENTS; WORKED ON COMPLAINT | | 4.50<br>600.00/hr | 2,700.00 |
| 2/17/2012 ECS | A111 Other<br>FINALIZED AND FILED COMPLAINT | | 8.00<br>600.00/hr | 4,800.00 |
| ECS | A111 Other<br>FILED NOTICE OF DISMISSAL IN INVESTOR CASE; VARIOUS EMAILS<br>WITH CO-COUNSEL | | 1.00<br>600.00/hr | 600.00 |

Page    3

Ralph S. Janvey

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/17/2012 | SRC | A111 Other<br>INCORPORATE ECS EDITS TO COMPLAINT | 2.00<br>125.00/hr | 250.00 |
| | SRC | A111 Other<br>DRAFT NOTICE OF DISMISSAL | 1.00<br>125.00/hr | 125.00 |
| 2/22/2012 | ECS | A111 Other<br>TELECONFERENCE WITH REYNAUD LAWYER; TELECONFERENCE<br>WITH GUY HOHMANN | 0.75<br>600.00/hr | 450.00 |
| 2/24/2012 | ECS | A111 Other<br>TELECONFERENCE WITH GUY HOHMANN; TELECONFERENCE WITH<br>LINDA BOOKS | 0.75<br>600.00/hr | 450.00 |
| 2/29/2012 | ECS | A111 Other<br>VARIOUS TELEPHONE CONFERENCES AND EMAILS AND REVIEW OF<br>DOCUMENTS; FOLLOWED CRIMINAL TRIAL | 0.50<br>600.00/hr | 300.00 |
| 4/1/2012 | ECS | A111 Other<br>LONG TELECONFERENCE WITH CO-COUNSEL REGARDING<br>VARIOUS ISSUES | 1.00<br>600.00/hr | 600.00 |
| 4/10/2012 | ECS | A111 Other<br>TELECONFERENCE WITH RALPH JANVEY; TELECONFERENCE WITH<br>TEAM; VARIOUS EMAILS WITH CO-COUNSEL REGARDING ESTATE<br>DAMAGES MODEL; REVIEW VAN TASSEL DECLARATION | 3.00<br>600.00/hr | 1,800.00 |
| 4/20/2012 | ECS | A111 Other<br>REVIEW HAYMAN AND FRAZER MTD; REVIEW OF CASE LAW CITED | 5.00<br>600.00/hr | 3,000.00 |
| 4/21/2012 | ECS | A111 Other<br>RESEARCH ON ESTATE CLAIMS AND DAMAGES ISSUES | 2.00<br>600.00/hr | 1,200.00 |
| 4/23/2012 | ECS | A111 Other<br>WORKED ON RESPONSE TO MOTION TO DISMISS | 8.00<br>600.00/hr | 4,800.00 |

Page    4

Ralph S. Janvey

| | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 4/24/2012 | ECS | A111 Other | WORKED ON MOTION TO DISMISS RESPONSE; VARIOUS TELECONFERENCES WITH AND EMAILS WITH OPPOSING COUNSEL | 8.00 600.00/hr | 4,800.00 |
| 4/25/2012 | ECS | A111 Other | TRAVEL TO DALLAS; ATTENDED HEARING AND ATTENDED COMMITTEE MEETING WITH RECEIVER; RETURN TRAVEL TO SAN ANTONIO | 1.00 600.00/hr | 600.00 |
| 4/26/2012 | ECS | A111 Other | VARIOUS TELECONFERENCES WITH AND EMAILS WITH CO-COUNSEL; RESEARCH ON ESTATE DAMAGE MODEL | 4.00 600.00/hr | 2,400.00 |
| 4/27/2012 | ECS | A111 Other | TELECONFERENCE WITH  CO-COUNSEL REGARDING DAMAGES AND CLASS ISSUES FOR STC CASES | 1.00 600.00/hr | 600.00 |
| 4/30/2012 | ECS | A111 Other | TELECONFERENCE WITH  GUY HOHMAN AND PHIL PREISS | 1.00 600.00/hr | 600.00 |
| 5/1/2012 | ECS | A111 Other | REVIEW OF CRIMINAL TRIAL TRANSCRIPT | 1.50 600.00/hr | 900.00 |
| 5/4/2012 | ECS | A111 Other | EMAILS WITH JD PERRY'S LAWYER; EMAILS WITH OTHER COUNSEL | 1.00 600.00/hr | 600.00 |
| | ECS | A111 Other | REVIEW OF TRIAL TRANSCRIPT | 1.00 600.00/hr | 600.00 |
| 5/15/2012 | ECS | A111 Other | RESEARCH ON LEGAL ISSUES REGARDING RECEIVER CLAIMS; WORK ON AMENDED COMPLAINT | 3.00 600.00/hr | 1,800.00 |
| 5/21/2012 | ECS | A111 Other | REVIEW AND PROVIDE REVISIONS ON AMENDED COMPLAINT | 4.00 600.00/hr | 2,400.00 |

APP 0208

Page    5

Ralph S. Janvey

|  |  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 5/25/2012 | ECS | A111 Other | VARIOUS TELECONFERENCES WITH AND EMAILS WITH COMMITTEE; OPPOSING COUNSEL AND CO-COUNSEL | 1.50 600.00/hr | 900.00 |
| 6/26/2012 | ECS | A111 Other | PRELIMINARY REVIEW OF A&R's MOTON TO DISMISS AND HAYMON AND FRAZER MOTION TO DISMISS | 3.00 600.00/hr | 1,800.00 |
| 6/27/2012 | ECS | A111 Other | REVIEW OF BSW MOTION TO DISMISS | 2.00 600.00/hr | 1,200.00 |
| 6/29/2012 | ECS | A111 Other | REVIEW OF BSW, A&R AND HAYMON AND FRAZER'S MOTIONS TO DISMISS; TELECONFERENCE WITH CHRIS AHART; RESEARCH; EMAILS WITH CO-COUNSEL | 5.00 600.00/hr | 3,000.00 |
| 7/2/2012 | ECS | A111 Other | REVIEW OF CLAUDE REYNAUD'S MOTION TO DISMISS; TELECONFERENCE WITH CHRIS AHART; EMAILS WITH CO-COUNSEL | 1.50 600.00/hr | 900.00 |
| 7/3/2012 | ECS | A111 Other | PREPARE SUMMARY OF MOTION TO DISMISS RESPONSE; REVIEW MOTIONS TO DISMISS; TELECONFERENCE WITH CO-COUNSEL | 2.00 600.00/hr | 1,200.00 |
| 7/5/2012 | ECS | A111 Other | WORKED ON RESPONSES TO MOTION TO DISMISS | 8.00 600.00/hr | 4,800.00 |
| 7/6/2012 | ECS | A111 Other | WORKED ON RESPONSES TO MOTION TO DISMISS | 7.50 600.00/hr | 4,500.00 |
| 7/9/2012 | ECS | A111 Other | WORKED ON RESPONSE TO MOTION TO DISMISS | 6.00 600.00/hr | 3,600.00 |
| 7/10/2012 | ECS | A111 Other | WORKED ON MOTION TO DISMISS RESPONSE | 8.00 600.00/hr | 4,800.00 |

**APP 0209**

Ralph S. Janvey

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 7/31/2012 ECS | A111 Other<br>REVIEW OF JUDGE GODBEY'S CH. 15 DECISION | 0.50<br>600.00/hr | 300.00 |
| 8/12/2012 ECS | A111 Other<br>WORKED ON RESPONSE TO MOTION TO DISMISS FOR RECEIVER CASE | 3.00<br>600.00/hr | 1,800.00 |
| 8/13/2012 ECS | A111 Other<br>WORKED ON RESPONSE TO MOTION TO DISMISS; PREPARED DECLARATION FOR SANDY | 7.00<br>600.00/hr | 4,200.00 |
| 8/14/2012 ECS | A111 Other<br>WORKED ON MOTION TO DISMISS RESPONSE | 6.00<br>600.00/hr | 3,600.00 |
| 8/15/2012 SRC | A111 Other<br>INCORPORATE ECS EDITS TO MOTION TO DIMISS | 2.00<br>125.00/hr | 250.00 |
| 8/16/2012 ECS | A111 Other<br>REVIEW, EDIT AND APPROVE FINAL MOTION TO DISMISS RESPONSE FOR ALL DEFENDANTS | 5.00<br>600.00/hr | 3,000.00 |
| SRC | A111 Other<br>INCORPORATE ECS FINAL EDITS TO MOTION TO DIMISS | 1.00<br>125.00/hr | 125.00 |
| 6/11/2013 BC | A111 Other<br>START TO REORDER STANFORD CRIMINAL TRIAL TRANSCRIPTS. | 3.00<br>100.00/hr | 300.00 |
| 6/12/2013 BC | A111 Other<br>REORDER STANFORD CRIMINAL TRIAL TRANSCRIPTS; CREATE INDEX OF TRANSCRIPTS; SEARCH CERTAIN PARTS OF TRANSCRIPTS (PER ECS INSTRUCTION) | 2.00<br>100.00/hr | 200.00 |
| 6/13/2013 BC | A111 Other<br>CONTINUE REORDER OF STANFORD CRIMINAL TRIAL TRANSCRIPTS; FINISH INDEX OF TRANSCRIPTS; CONTINUE TO SEARCH TRANSCRIPT (PER ECS INSTRUCTION) | 1.00<br>100.00/hr | 100.00 |

Page    7

Ralph S. Janvey

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 6/20/2013 ECS | A111 Other<br>REVIEW OF NEW SECOND CIRCUIT DECISION IN MADOFF | 0.50<br>600.00/hr | 300.00 |
| 7/1/2013 ECS | A111 Other<br>TRAVEL TO AUSTIN, ATTEND JOINT MEETING OF COMMITTEE AN<br>DRECEIVER | 1.00<br>600.00/hr | 600.00 |
| 9/12/2013 ECS | A111 Other<br>REVIEW OF OPINION FROM JUDGE GODBEY; VARIOUS EMAILS AND<br>TELECONFERENCES; REVIEW BRIEFS; RESEARCH | 5.00<br>600.00/hr | 3,000.00 |
| 9/13/2013 ECS | A111 Other<br>RESEARCH ON LOUISIANA PROBATE LAW; VARIOUS EMAILS | 2.00<br>600.00/hr | 1,200.00 |
| 9/18/2013 ECS | A111 Other<br>VARIOUS EMAILS; TELECONFERENCE WITH  RECEIVER AND BB | 1.00<br>600.00/hr | 600.00 |
| 9/19/2013 ECS | A111 Other<br>RESEARCH ON LOUISIANA PROBATE LAW; EMAIL TO JOHN LITTLE | 2.00<br>600.00/hr | 1,200.00 |
| 9/26/2013 ECS | A111 Other<br>TELECONFERENCE WITH  COUNSEL FOR CORDELL HAYMON AND<br>TOMMY FRAZIER REGARDING STATUS; TELECONFERENCE WITH<br>BUNCHER | 1.00<br>600.00/hr | 600.00 |
| 9/27/2013 ECS | A111 Other<br>TELECONFERENCE WITH  CO-COUNSEL; EMAILS | 0.50<br>600.00/hr | 300.00 |
| 9/30/2013 ECS | A111 Other<br>TELECONFERENCE WITH  TOM CULPEPPER | 0.50<br>600.00/hr | 300.00 |
| 10/3/2013 ECS | A111 Other<br>VARIOUS EMAILS WITH CO-COUNSEL REGARDING STATUS | 0.50<br>600.00/hr | 300.00 |

Page     8

Ralph S. Janvey

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 10/4/2013 ECS | A111 Other<br>VARIOUS EMAILS REGARDING SETTLEMENT WITH LENA STINSON, ETC. | 1.00<br>600.00/hr | 600.00 |
| 10/8/2013 ECS | A111 Other<br>TELECONFERENCE WITH  RECEIVER AND COUNSEL REGARDING POSSIBLE SETTLEMENT WITH LENA STINSON | 0.75<br>600.00/hr | 450.00 |
| 10/11/2013 ECS | A111 Other<br>EMAILS WITH CO-COUNSEL; DOUG BUNCHER; REVIEW OF PROPOSED RULE 26 ORDER | 1.00<br>600.00/hr | 600.00 |
| 10/15/2013 ECS | A111 Other<br>TELECONFERENCE WITH  COUNSEL AND CO-COUNSEL REGARDING POSSIBLE RESOLUTION | 0.75<br>600.00/hr | 450.00 |
| 10/22/2013 ECS | A111 Other<br>EMAILS WITH CO-COUNSEL; TELECONFERENCE WITH  COUNSEL FOR BSW | 0.25<br>600.00/hr | 150.00 |
| 10/23/2013 ECS | A111 Other<br>LETTER TO PROBATE COUNSEL FOR TOMMY FRAZER | 1.00<br>600.00/hr | 600.00 |
| 10/25/2013 ECS | A111 Other<br>VARIOUS EMAILS WITH CO-COUNSEL REGARDING INSURANCE ISSUES AND SETTLEMENT; REVIEW OF COVERAGE LETTERS | 1.00<br>600.00/hr | 600.00 |
| 11/13/2013 ECS | A111 Other<br>REVIEW OF LETTER FROM TOMMY FRAZER'S WIDOW'S LAWYER; RESEARCH ON SUBSTITUTION OF ESTATE; EMAILS WITH DOUG | 1.50<br>600.00/hr | 900.00 |
| 11/18/2013 ECS | A111 Other<br>REVIEW AND COMMENT ON MOTION TO SUBSTITUTE FOR TOMMY FRAZER | 1.00<br>600.00/hr | 600.00 |

Page     9

Ralph S. Janvey

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/20/2013 ECS | A111 Other | INITIAL DISCLOSURES; EMAILS WITH LITTLE AND BUNCHER | 2.00 600.00/hr | 1,200.00 |
| SRC | A111 Other | DRAFT INITIAL DISCLOSURES | 1.50 125.00/hr | 187.50 |
| 11/21/2013 ECS | A111 Other | EMAILS REGARDING CASE STATUS AND SETTLEMENT | 0.50 600.00/hr | 300.00 |
| 11/22/2013 ECS | A111 Other | ATTENDED RECIEVER AND COMMITTEE MEETING | 1.00 600.00/hr | 600.00 |
| 11/25/2013 ECS | A111 Other | REVIEW OF FILE AND COMPLAINT; PREPARE LIST OF WITNESSES AND DISCOVERY PLAN; WORK ON DISCLOSURE RESPONSES; TELECONFERENCE WITH  DOUG BUNCHER | 5.00 600.00/hr | 3,000.00 |
| 11/26/2013 ECS | A111 Other | WORK ON DISCLOSURES; EMAILS WITH CO-COUNSEL; EMAILS TO VARIOUS WITNESS' COUNSEL | 2.00 600.00/hr | 1,200.00 |
| 11/27/2013 ECS | A111 Other | WORKED ON INITIAL DISCLOSURES | 3.00 600.00/hr | 1,800.00 |
| 12/2/2013 ECS | A111 Other | FINALIZED DRAFT DISCLOSURES | 2.00 600.00/hr | 1,200.00 |
| 12/3/2013 ECS | A111 Other | VARIOUS EMAILS | 0.25 600.00/hr | 150.00 |
| 12/4/2013 ECS | A111 Other | FINALIZED AND SERVED INITIAL DISCLOSURES | 1.00 600.00/hr | 600.00 |
| 12/5/2013 SRC | A111 Other | FINALIZED INITIAL DISCLOSURES; SERVED ON OPPOSING COUNSEL AND BUNCHER; COPY THE BSW AND AR PRODUCTION TO OUR SYSTEM AND THEN COPY ONTO THUMB DRIVE, PREPARE LETTER | 3.00 125.00/hr | 375.00 |

Page    10

Ralph S. Janvey

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|

TO DOUG BUNCHER AND MAIL ALONG WITH COVER LETTERS FROM BSW AND AR

| 12/5/2013 ECS | A111 Other<br>REVIEW OF INSURANCE LETTERS FROM CLAUDE REYNAUD; EMAILS AND REVIEW OF DEFENDANTS' DISCLOSURES | 1.50<br>600.00/hr | 900.00 |
|---|---|---|---|
| 12/9/2013 ECS | A111 Other<br>REVIEW OF BSW'S INITIAL DISCLOSURES; VARIOUS EMAILS WITH CO-COUNSEL; REVIEW; EDITED. | 1.50<br>600.00/hr | 900.00 |
| 12/10/2013 ECS | A111 Other<br>EMAILS WITH CO-COUNSEL | 0.25<br>600.00/hr | 150.00 |
| 12/11/2013 ECS | A111 Other<br>REVIEW OF HAYMON AND REYNAUD DISCLOSURES; EMAIL WITH BUNCHER | 1.00<br>600.00/hr | 600.00 |
| 12/27/2013 ECS | A111 Other<br>REVIEW OF TESTIMONY FROM SEC ADMINISTRATIVE TRIAL | 2.00<br>600.00/hr | 1,200.00 |
| 12/31/2013 ECS | A111 Other<br>REVIEW OF TESTIMONY FROM SEC ADMINISTRATIVE TRIAL | 2.00<br>600.00/hr | 1,200.00 |
| 1/2/2014 ECS | A111 Other<br>REVIEW FRAZIER'S WIDOWS' RESPONSE TO MOTION; CONTINUED REVIEW OF SEC ADMINISTRATIVE TRIAL TESTIMONY | 2.00<br>600.00/hr | 1,200.00 |
| 1/7/2014 ECS | A111 Other<br>LONG TELECONFERENCE WITH DOUG BUNCHER; FOLLOW-UP TELECONFERENCE WITH SCOTT POWERS REGARDING VARIOUS ISSUES | 1.00<br>600.00/hr | 600.00 |
| 1/8/2014 ECS | A111 Other<br>PREPARE MEMO REGARDING REBECCA HAMRIC | 1.00<br>600.00/hr | 600.00 |

Page    11

Ralph S. Janvey

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/9/2014 ECS | A111 Other | EMAILS TO CO-COUNSEL AND JOHN LITTLE | 0.50 600.00/hr | 300.00 |
| 1/10/2014 ECS | A111 Other | REVIEW OF RESPONSE TO MOTION TO DESIGNATE RESPONSIBLE THIRD PARTIES; EDITED SAME AND FORARD TO CO-COUNSEL | 2.00 600.00/hr | 1,200.00 |
| 1/13/2014 ECS | A111 Other | CONTINUED REVIEW OF SEC TRIAL TRANSCRIPT | 1.00 600.00/hr | 600.00 |
| 1/15/2014 ECS | A111 Other | TELECONFERENCE WITH  TOM CULPETTER; EMAILS WITH CO-COUNSEL | 0.50 600.00/hr | 300.00 |
| 1/16/2014 ECS | A111 Other | TRAVEL TO DALLAS; ATTEND STATUS CONFERENCE; ATTENDING MEEITNG WITH RECEIVER AND COMMITTEE | 1.00 600.00/hr | 600.00 |
| 1/17/2014 ECS | A111 Other | VARIOUS EMAILS WITH CO-COUNSEL | 0.50 600.00/hr | 300.00 |
| 1/20/2014 ECS | A111 Other | REVIEW AND COMMENT ON DISCOVERY RESPONSES; VARIOUS EMAILS WITH CO-COUNSEL | 1.50 600.00/hr | 900.00 |
| 1/21/2014 ECS | A111 Other | RESEARCH ON LOUISIANA LAW ON DIRECTOR LIABILITY; RESEARCH DAMAGE MODEL; RESEARCH SELF DIRECTED IRAs; TELECONFERENCE WITH  COUNSEL AND EXPERT REGARDING DAMAGE MODEL; FOLLOW UP EMAILS | 6.00 600.00/hr | 3,600.00 |
| 1/22/2014 ECS | A111 Other | VARIOUS TELECONFERENCE WITH PHIL PREIS; EXPERT WITNESS; REVIEW OF DOCUMENTS PRODUCED BY CLAUDE REYNAUD; REVIEW FILE; VARIOUS EMAILS WITH CO-COUNSEL; EMAIL TO DEAN ED SHERMAN OF TULANE LAW; EMAIL TO MORGANSTERN | 6.00 600.00/hr | 3,600.00 |

Page    12

Ralph S. Janvey

| Date | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 1/23/2014 | ECS | A111 Other | REVIEW AND PROVIDE COMMENTS ON RESPONSE TO MOTION TO QUASH ON MRS. FRAZIER; FINISHED REVIEW OF REYNAUD DOCUMENTS PRODUCTION | 4.00 600.00/hr | 2,400.00 |
| 1/24/2014 | ECS | A111 Other | LONG TELECONFERENCE WITH OFI GENERAL COUNSEL; FOLLOW UP EMAILS WITH CO-COUNSEL | 1.50 600.00/hr | 900.00 |
| 1/27/2014 | ECS | A111 Other | VARIOUS EMAILS WITH CO-COUNSEL; REVIEW OF CORDELL HAYMON'S REPLY ON DESIGNATION OF RTP's | 0.75 600.00/hr | 450.00 |
| 1/28/2014 | ECS | A111 Other | REVIEW AND RESPOND TO VARIOUS EMAILS FROM CO-COUNSEL; LONG TELECONFERENCE WITH DOUG BUNCHER; EMAIL TO LAW PROFESSOR REGARDING LOUISIANA LAW | 1.50 600.00/hr | 900.00 |
| 1/29/2014 | ECS | A111 Other | RESEARCH DAMAGES ISSUE; REVIEW HAYMON DOCUMENTS; VAROUS EMAILS REGARDING DOCUMENTS | 4.00 600.00/hr | 2,400.00 |
| 1/30/2014 | ECS | A111 Other | LONG TELECONFERENCE WITH PROPOSED EXPERT; VARIOUS EMAILS; RESEARCH ON EXPERT | 2.00 600.00/hr | 1,200.00 |
| 1/31/2014 | ECS | A111 Other | VARIOUS EMAILS WITH CO-COUNSEL AND REVIEW MEMO REGARDING DAMAGES | 1.00 600.00/hr | 600.00 |
| 2/3/2014 | ECS | A111 Other | LONG TELECONFERENCE WITH OFI OFFICIALS | 1.00 600.00/hr | 600.00 |
| 2/4/2014 | ECS | A111 Other | EMAILS WITH CO-COUNSEL; PREPARED SETTLEMENT RECOMENDATION LETTER; VARIOUS EMAILS | 2.00 600.00/hr | 1,200.00 |

Page    13

Ralph S. Janvey

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/5/2014 ECS | A111 Other<br>VARIOUS EMAILS WITH CO-COUNSEL AND CLIENT; REVISED AND<br>FINALIZED SETTLEMENT RECOMMENDATION | | 2.00<br>600.00/hr | 1,200.00 |
| 2/6/2014 ECS | A111 Other<br>REVIEW OF EMAILS | | 0.50<br>600.00/hr | 300.00 |
| 2/10/2014 ECS | A111 Other<br>VARIOUS EMAILS WITH CLIENT AND CO-COUNSEL REGARDING<br>ASSIGNMENT OF CLAIMS | | 0.50<br>600.00/hr | 300.00 |
| 2/11/2014 ECS | A111 Other<br>VARIOUS EMAILS WITH CO-COUNSEL AND CLIENTS REGARDING<br>DOCUMENTS AND DEPOSITIONS | | 2.00<br>600.00/hr | 1,200.00 |
| 2/12/2014 ECS | A111 Other<br>VARIOUS EMAILS WITH CO-COUNSEL | | 1.00<br>600.00/hr | 600.00 |
| 2/13/2014 ECS | A111 Other<br>VARIOUS REVIEW OF OLD FILES AND EVIDENCE;<br>TELECONFERENCE WITH  CLIENTS AND CO-COUNSEL; EMAIL TO<br>OPPOSING COUNSEL | | 2.00<br>600.00/hr | 1,200.00 |
| 2/14/2014 ECS | A111 Other<br>REVIEW OF PLEADINGS AND COMPLAINT; OFFICE CONFERENCE<br>WITH  RALPH JANVEY | | 1.00<br>600.00/hr | 600.00 |
| 2/17/2014 ECS | A111 Other<br>REVIEW AND COMMENT ON STIPULATED PROTECTIVE ORDER | | 0.50<br>600.00/hr | 300.00 |
| 2/18/2014 ECS | A111 Other<br>VARIOUS EMAILS WTIH CO-COUNSEL AND OPPOSING COUNSEL<br>REGARDING DEPOSITIONS; MEDIATION, ETC. | | 0.50<br>600.00/hr | 300.00 |
| 2/19/2014 ECS | A111 Other<br>EMAILS WITH CO-COUNSEL | | 0.25<br>600.00/hr | 150.00 |

APP 0217

Page    14

Ralph S. Janvey

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/20/2014 ECS | A111 Other | VARIOUS EMAILS; TELECONFERENCE WITH  ALL COUNSEL REGARDING MEDIATION AND DEPOSITION DATES | 1.00<br>600.00/hr | 600.00 |
| 2/21/2014 ECS | A111 Other | PREPARE FOR AND ATTEND TELECONFERENCE WITH  EXPERT JOHN RODGERS; TELECONFERENCE WITH  OFI OFFICIALS AND COUNSEL | 3.00<br>600.00/hr | 1,800.00 |
| 2/24/2014 ECS | A111 Other | EMAILS WITH CO-COUNSEL | 0.50<br>600.00/hr | 300.00 |
| 2/25/2014 ECS | A111 Other | EMAILS; TELECONFERENCE WITH  DOUG BUNCHER | 0.75<br>600.00/hr | 450.00 |
| 2/27/2014 ECS | A111 Other | VARIOUS EMAILS REGARDING MEDIATION | 0.50<br>600.00/hr | 300.00 |
| 2/28/2014 ECS | A111 Other | VARIOUS EMAILS | 0.25<br>600.00/hr | 150.00 |
| 3/3/2014 ECS | A111 Other | TELECONFERENCE WITH  DOUG BUNCHER | 0.50<br>600.00/hr | 300.00 |
| 3/4/2014 ECS | A111 Other | VARIOUS EMAILS AND TELECONFERENCES WITH  CO-COUNSEL | 1.00<br>600.00/hr | 600.00 |
| 3/5/2014 ECS | A111 Other | VARIOUS EMAILS; REVIEW FILE AND PREPARE FOR TRIP TO DALLAS | 2.00<br>600.00/hr | 1,200.00 |
| 3/6/2014 ECS | A111 Other | TRAVEL TO DALLAS; MEETINGS WITH CO-COUNSEL; REVIEW OF DOCUMENTS AND ASSEMBLY OF TRIAL EXHIBITS; DEPOSITION AND TRIAL STRATEGY | 10.00<br>600.00/hr | 6,000.00 |

Page    15

Ralph S. Janvey

| | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 3/7/2014 | ECS | A111 Other | MEETINGS WITH CO-COUNSEL IN DALLAS; REVIEW OF DOCUMENTS AND ASSEMBLY OF TRIAL EXHIBITS; DEPOSITION AND TRIAL STRATEGY; AND RETURN TRAVEL TO SAN ANTONIO | 8.00<br>600.00/hr | 4,800.00 |
| 3/12/2014 | ECS | A111 Other | TELECONFERENCE WITH  DOUG BUNCHER AND VARIOUS EMAILS | 0.50<br>600.00/hr | 300.00 |
| 3/17/2014 | ECS | A111 Other | REVIEW OF LENA STINSON EMAILS; TELECONFERENCE WITH EXPERT | 1.00<br>600.00/hr | 600.00 |
| 3/18/2014 | ECS | A111 Other | VARIOUS EMAILS | 0.50<br>600.00/hr | 300.00 |
| 3/20/2014 | ECS | A111 Other | REVIEW AND EDIT RESPONSE TO MOTION TO DESIGNATE RTPS; PREPARE AND REVISE MOTION TO DEFER RULING ON MOTIONS TO DISMISS AND FOR ENTRY OF SCHEDULING ORDER AND FOR CONSOLIDATING VARIOUS EMAILS REGARDING DISCOVERY AND ISSUES WITH OFI | 8.00<br>600.00/hr | 4,800.00 |
| | SRC | A111 Other | INCORPORATE ECS EDITS TO MOTION TO DESIGNATE RTPS AND MOTION TO DEFER RULING ON MOTIONS TO DISMISS AND FOR ENTRY OF SCHEDULING ORDER AND FOR CONSOLIDATION | 1.00<br>125.00/hr | 125.00 |
| 3/21/2014 | ECS | A111 Other | TRAVEL TO DALLAS; ATTEND MEETING OF INVESTOR COMMITTEE AND RECEIVER | 1.00<br>600.00/hr | 600.00 |
| 3/26/2014 | ECS | A111 Other | TRAVEL TO HOUSTON; IN DEPTH INTERVIEW OF LENA STINSON; RETURN TRAVEL TO SAN ANTONIO | 2.50<br>600.00/hr | 1,500.00 |

**APP 0219**

Page    16

Ralph S. Janvey

| | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 3/27/2014 | SRC | A111 Other<br>FINALIZED AND FILE PLAINTIFFS' MOTION TO CONSOLIDATE WITH<br>RELATED ACTION FOR DISCOVERY PURPOSES | | 0.50<br>125.00/hr | 62.50 |
| | ECS | A111 Other<br>PREPARE MOTION TO CONSOLIDATE RECEIVER CASE WITH CLASS<br>CASE. | | 3.00<br>600.00/hr | 1,800.00 |
| 3/31/2014 | ECS | A111 Other<br>VARIOUS EMAILS AND TELECONFERENCES | | 0.75<br>600.00/hr | 450.00 |
| 4/1/2014 | ECS | A111 Other<br>TRAVEL TO HOUSTON; REVIEW OF DOCUMENTS AT STANFORD<br>WAREHOUSE | | 4.00<br>600.00/hr | 2,400.00 |
| 4/2/2014 | ECS | A111 Other<br>REVIEW OF DOCUMENTS AT WAREHOUSE; RETURN TRAVEL TO<br>SAN ANTONIO | | 4.00<br>600.00/hr | 2,400.00 |
| 4/3/2014 | ECS | A111 Other<br>VARIOUS EMAILS AND TELECONFERENCES REGARDING<br>SCHEDULING INTERVIEWS AND DEPOSITIONS | | 1.00<br>600.00/hr | 600.00 |
| 4/4/2014 | ECS | A111 Other<br>TELECONFERENCE WITH  DOUG; VARIOUS EMAILS | | 0.25<br>600.00/hr | 150.00 |
| 4/9/2014 | ECS | A111 Other<br>COORDINATE TRAVEL TO HOUSTON INTERVIEW JD PERRY ON April<br>14, 2014 | | 0.50<br>600.00/hr | 300.00 |
| 4/10/2014 | ECS | A111 Other<br>WORKED ON WITNESS AFFIDAVIT; REVIEW OF MOTION TO QUASH<br>BY OFI | | 3.00<br>600.00/hr | 1,800.00 |
| 4/11/2014 | ECS | A111 Other<br>EMAILS; TELECONFERENCE WITH  DOUG BUNCHER | | 0.50<br>600.00/hr | 300.00 |

APP 0220

Page    17

Ralph S. Janvey

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 4/11/2014 ECS | A111 Other<br>EMAILS; TELECONFERENCE WITH  DOUG BUNCHER | 0.50<br>600.00/hr | 300.00 |
| 4/14/2014 ECS | A111 Other<br>TRAVEL TO HOUSTON; INTERVIEW JD PERRY; REVIEW OF BSW AND<br>A&R RESPONSE TO MOTION TO DEFER | 8.00<br>600.00/hr | 4,800.00 |
| 4/15/2014 ECS | A111 Other<br>TELECONFERENCE WITH  DOUG BUNCHER; EMAILS | 0.50<br>600.00/hr | 300.00 |
| 4/17/2014 ECS | A111 Other<br>EMAIL WITH CO-COUNSEL | 0.50<br>600.00/hr | 300.00 |
| 4/21/2014 ECS | A111 Other<br>EMAILS WITH CO-COUNSEL | 0.25<br>600.00/hr | 150.00 |
| 4/23/2014 ECS | A111 Other<br>TELECONFERENCE WITH  CO-COUNSEL AND EXPERTS | 0.50<br>600.00/hr | 300.00 |
| 5/5/2014 ECS | A111 Other<br>TELECONFERENCE INTERVIEW WITH  LOUIS FOURNET | 2.50<br>600.00/hr | 1,500.00 |
| 5/7/2014 BC | A111 Other<br>FLAG REBECCA HAMRIC DOCS FROM HOT DOCS AND SEND FOR<br>COPYING. | 3.50<br>100.00/hr | 350.00 |
| 5/8/2014 ECS | A111 Other<br>TRAVEL TO HOUSTON; INTERVIEW OF REBECCA HAMRIC | 2.50<br>600.00/hr | 1,500.00 |
| 5/14/2014 SRC | A111 Other<br>CALENDAR SCHEDULING ORDER ON ALL THREE CALENDARS AND<br>UPDATE TRIAL NOTEBOOK | 1.00<br>125.00/hr | 125.00 |
| ECS | A111 Other<br>TELECONFERENCE WITH  ATTORNEYS FOR WHITNEY BANK;<br>TELECONFERENCE WITH  RECEIVER'S COUNSEL REGARDING | 0.75<br>600.00/hr | 450.00 |

Ralph S. Janvey

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| | SETTLEMENT | | |
| 6/6/2014 ECS | A111 Other<br>TELECONFERENCE WITH  RECEIVER REGARDING RELEASE FORMS | 0.50<br>600.00/hr | 300.00 |
| 6/9/2014 ECS | A111 Other<br>REVIEW EXPERT REPORT | 1.00<br>600.00/hr | 600.00 |
| 6/12/2014 ECS | A111 Other<br>REVIEW OF SEC; DEPOSITION TRANSCRIPT OF JANE BATES AND<br>BERNIE YOUNG | 2.00<br>600.00/hr | 1,200.00 |
| 6/16/2014 ECS | A111 Other<br>EMAILS WITH BUNCHER AND CLASS REPRESENTATIVES | 0.75<br>600.00/hr | 450.00 |
| 6/30/2014 ECS | A111 Other<br>TRAVEL TO DALLAS AND ATTEND MEDIATION | 7.00<br>600.00/hr | 4,200.00 |
| 7/1/2014 ECS | A111 Other<br>TELECONFERENCE WITH  DOUG; VARIOUS EMAILS | 0.50<br>600.00/hr | 300.00 |
| 7/3/2014 ECS | A111 Other<br>VARIOUS EMAILS WITH CO-COUNSEL REGARDING LLOYD'S; REVIEW<br>OF PLEADINGS REGARDING LLOYD'S | 1.00<br>600.00/hr | 600.00 |
| 7/7/2014 JRC | A111 Other<br>REVIEW EMERGENCY MOTION TO COMPEL ATTENDANCE OF<br>LLOYDS INSURANCE | 0.60<br>600.00/hr | 360.00 |
| ECS | A111 Other<br>TRAVEL TO DALLAS; MEETING WITH OSIC AND RECEIVER | 2.00<br>600.00/hr | 1,200.00 |
| 7/8/2014 ECS | A111 Other<br>VARIOUS EMAILS | 0.50<br>600.00/hr | 300.00 |

Page    19

Ralph S. Janvey

| | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 7/9/2014 | ECS | A111 Other | | 1.00 | 600.00 |
| | | REVIEW ORDER ON CLASS CASE; VARIOUS EMAILS REGARDING DEPOSITIONS OF OFI | | 600.00/hr | |
| 7/10/2014 | ECS | A111 Other | | 1.00 | 600.00 |
| | | TELECONFERENCE WITH DOUG BUNCHER REGARDING SETTLEMENT; EMAILS WITH BSW COUNSEL | | 600.00/hr | |
| 7/11/2014 | ECS | A111 Other | | 0.75 | 450.00 |
| | | TELECONFERENCE WITH DOUG BUNCHER; TELECONFERENCE WITH BSW LAWYER | | 600.00/hr | |
| 7/16/2014 | JRC | A111 Other | | 0.50 | 300.00 |
| | | REVIEW UNDERWRITER'S RESPONSE TO EMERGENCY MOTION . | | 600.00/hr | |
| 7/20/2014 | ECS | A111 Other | | 0.50 | 300.00 |
| | | REVIEW AND RESPOND TO VARIOUS EMAILS | | 600.00/hr | |
| 7/21/2014 | ECS | A111 Other | | 0.75 | 450.00 |
| | | VARIOUS EMAILS REGARDING SETTLEMENT AND DEPOS | | 600.00/hr | |
| 7/23/2014 | ECS | A111 Other | | 2.00 | 1,200.00 |
| | | REVIEW OF DEPO OF DUREE ALLEN | | 600.00/hr | |
| 7/24/2014 | ECS | A111 Other | | 0.50 | 300.00 |
| | | VARIOUS EMAILS WITH CO-COUNSEL | | 600.00/hr | |
| 7/25/2014 | ECS | A111 Other | | 3.00 | 1,800.00 |
| | | REVIEW ORDER ON WHITNEY BANK; BEGAN PREPPING FOR OFI DEPOSITIONS | | 600.00/hr | |
| | SRC | A111 Other | | 2.00 | 250.00 |
| | | ORGANIZE TRIAL EXHIBITS | | 125.00/hr | |

Page _20

Ralph S. Janvey

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/26/2014 ECS | A111 Other<br>REVIEW OF 400 + TRIAL EXHIBITS - PREPARE FOR DEPO IN BATON | | 8.00<br>600.00/hr | 4,800.00 |
| 7/27/2014 ECS | A111 Other<br>REVIEW OF EXS; PREPARE FOR DEPOSITIONS IN BATON ROUGE | | 8.00<br>600.00/hr | 4,800.00 |
| 7/29/2014 ECS | A111 Other<br>PREPARE FOR AND TRAVEL TO BATON ROUGE | | 7.00<br>600.00/hr | 4,200.00 |
| 7/30/2014 ECS | A111 Other<br>ATTENDED DEPO OF DEIDRE MOORE; PREPARE FOR DEPO OF SID<br>SEYMOUR | | 14.00<br>600.00/hr | 8,400.00 |
| 7/31/2014 ECS | A111 Other<br>TAKE DEPO OF SID SEYMOUR; MEEING WITH PHIL PREIS | | 10.00<br>600.00/hr | 6,000.00 |
| 8/1/2014 ECS | A111 Other<br>INTERVIEW OF STC INVESTORS AND RAVEN BASS; RETURN TRAVEL<br>TO SA | | 10.00<br>600.00/hr | 6,000.00 |
| 8/5/2014 ECS | A111 Other<br>VARIOUS EMAILS WITH CLIENT AND CO-COUNSEL | | 0.50<br>600.00/hr | 300.00 |
| 8/6/2014 ECS | A111 Other<br>REVIEW AND REVISE DISCOVERY RESPONSES; VARIOUS EMAILS | | 2.00<br>600.00/hr | 1,200.00 |
| 9/3/2014 ECS | A111 Other<br>TRAVEL TO DALLAS; ATTENDED SECOND MEDIATION OF CASE | | 8.00<br>600.00/hr | 4,800.00 |
| 9/4/2014 ECS | A111 Other<br>DETAILED EMAILS WITH CLIENTS; CASE STATUS MEMO TO CLIENTS<br>REGARDING SETTLEMENTS; TELECONFERENCE WITH  EXPERT<br>WITNESS; VARIOUS EMAILS | | 1.50<br>600.00/hr | 900.00 |

Page    21

Ralph S. Janvey

| | | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|---|

| 9/26/2014 | ECS | A111 Other | | | 0.25 | 150.00 |
| | | TELECONFERENCE WITH EXPERT | | | 600.00/hr | |

| 10/3/2014 | ECS | A111 Other | | | 0.75 | 450.00 |
| | | VARIOUS EMAILS; ATTENDED TELECONFERENCE WITH OPPOSING COUNSEL REGARDING DEPOSITIONS | | | 600.00/hr | |

| 12/10/2014 | ECS | A111 Other | | | 1.00 | 600.00 |
| | | BEGAN REVIEW OF A&R SETTLEMENT AGREEMENT | | | 600.00/hr | |

| 12/15/2014 | ECS | A111 Other | | | 2.00 | 1,200.00 |
| | | PREPARE FOR DEPO OF TED MARTIN | | | 600.00/hr | |

| 12/29/2014 | ECS | A111 Other | | | 1.00 | 600.00 |
| | | VARIOUS EMAILS; REVIEW OLD EMAILS; REVIEW RECENT ORDERS | | | 600.00/hr | |

| 2/20/2015 | ECS | A111 Other | | | 0.50 | 300.00 |
| | | TELECONFERENCE WITH DOUG; VARIOUS EMAILS REGARDING SETTLEMENT AND TRANSLATION | | | 600.00/hr | |

| 2/21/2015 | ECS | A111 Other | | | 4.00 | 2,400.00 |
| | | REVIEW OF AND COMMENT ON SETTLEMENT DOCUMENTS AND MOTION TO APPROVE; COORDINATE TRANSLATION OF SAME; WORKED ON ATTORNEY FEE DECLARATION | | | 600.00/hr | |

| 2/22/2015 | ECS | A111 Other | | | 2.00 | 1,200.00 |
| | | REVIEW AND REVISE MOTION FOR APPROVAL OF SETTLEMENT | | | 600.00/hr | |

| 2/26/2015 | ECS | A111 Other | | | 3.00 | 1,800.00 |
| | | EMAILS REGARDING SETTLEMENT; EMAIL TO OSIC REGARDING REASONS FOR SETTLEMENT; LONG TELECONFERENCE WITH DOUG AND PETER; WORKED ON DECLARATION FOR SETTLEMENT | | | 600.00/hr | |

| 3/16/2015 | ECS | A111 Other | | | 3.50 | 2,100.00 |
| | | REVIEW OF EXPERT DECLARATIONS; WORKED ON ATTORNEY DECLARATION FOR SETTLEMENT; EMAILS WITH OPPOSING COUNSEL REGARDING DEPOSITIONS; TELECONFERENCE WITH | | | 600.00/hr | |

Page   22

Ralph S. Janvey

|  | | Hrs/Rate | Amount |
|---|---|---|---|

ALL COUNSEL REGARDING SCHEDULING

| 3/18/2015 ECS | A111 Other<br>FINALIZE DECLARATION IN SUPPORT OF SETTLEMENT | 1.00<br>600.00/hr | 600.00 |
| | **For professional services rendered** | **486.10** | **$279,785.00** |

Additional Charges :

|  | | Qty/Price | |
|---|---|---|---|
| 12/8/2014 ECS | E110 Out-of-town travel<br>Hotel - New Orleans | 1<br>103.24 | 103.24 |
| 12/16/2014 ECS | E110 Out-of-town travel<br>Meal | 1<br>8.12 | 8.12 |
| ECS | E110 Out-of-town travel<br>Cab | 1<br>37.00 | 37.00 |
| ECS | E110 Out-of-town travel<br>Meal | 1<br>15.10 | 15.10 |
| 12/17/2014 ECS | E110 Out-of-town travel<br>Parking | 1<br>42.00 | 42.00 |
| ECS | E110 Out-of-town travel<br>Meal | 1<br>46.61 | 46.61 |

| **Total additional charges** | **$252.07** |
|---|---|
| **Total amount of this bill** | **$280,037.07** |
| **Previous balance** | **$11,561.70** |

APP 0226

Page    23

Ralph S. Janvey

|  |  | Amount |
|---|---|---|
| Accounts receivable transactions | | |
| 12/10/2014 | Payment - Thank You No. 843 | ($3,231.52) |
| 12/10/2014 | Payment - Thank You No. 843 | ($4,133.80) |
| 2/23/2015 | Payment - Thank You No. Wire | ($4,196.38) |
| **Total payments and adjustments** | | **($11,561.70)** |
| Balance due | | $280,037.07 |

# EXHIBIT "2"

APP 0228

CASTILLO SNYDER, P.C.                                                    Invoice # 2234
Bank Of America Plaza, Suite 1020
300 Convent
San Antonio, Texas 78205

Invoice submitted to:                                    S-29103.0 Breazele-Class

    S-29103.0 Breazele-Class

March 19, 2015

In Reference To:       The Official Stanford Investors Committee et al v.
                       Breazeale Sachse & Wilson LLP et al and Phillip A.
                       Wilkinson, and Horacio Mendez, individually and on behalf
                       of a class of all others similarly situatedvs.

                       Breazeale, Sachse & Wilson, LLP; Claude Reynaud,
                       Adams & Reese, LLP, J.D. Perry; Rebecca Hamric,
                       Micheal Contorno, and Louis Fournet

    Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 5/23/2009 ECS | A111 Other<br>Investigation of Stanford background facts;  research case law for causes<br>of action vs. thid parties. | 3.00<br>600.00/hr | 1,800.00 |
| 6/6/2009 ECS | A111 Other<br>Investigation of Stanford background facts;  research case law for causes<br>of action vs. thid parties | 2.00<br>600.00/hr | 1,200.00 |
| 6/7/2009 ECS | A111 Other<br>Investigation of Stanford background facts;  research case law for causes<br>of action vs. thid parties;  began drafting prototype Complaint | 1.00<br>600.00/hr | 600.00 |
| 6/8/2009 ECS | A111 Other<br>Investigation of Stanford background facts;  research case law for causes<br>of action vs. thid parties;  worked on prototype Complaint | 2.00<br>600.00/hr | 1,200.00 |
| 6/9/2009 ECS | A111 Other<br>Investigation of Stanford background facts;  research case law for causes<br>of action vs. thid parties;  worked on prototype Complaint | 2.00<br>600.00/hr | 1,200.00 |
| 6/11/2009 ECS | A111 Other<br>Investigation of Stanford background facts;  research case law for causes<br>of action vs. thid parties;  worked on prototype Complaint | 1.00<br>600.00/hr | 600.00 |

APP 0229

Page    2

S-29103.0 Breazele-Class

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/13/2009 ECS | A111 Other<br>Investigation of Stanford background facts; research case law for causes of action vs. thid parties; worked on prototype Complaint | | 2.00<br>600.00/hr | 1,200.00 |
| 6/15/2009 ECS | A111 Other<br>Investigation of Stanford background facts; research case law for causes of action vs. thid parties; worked on prototype Complaint | | 1.00<br>600.00/hr | 600.00 |
| 6/16/2009 ECS | A111 Other<br>Investigation of Stanford background facts; research case law for causes of action vs. thid parties; worked on prototype Complaint | | 1.50<br>600.00/hr | 900.00 |
| 6/17/2009 ECS | A111 Other<br>Investigation of Stanford background facts; research case law for causes of action vs. thid parties; worked on prototype Complaint | | 2.00<br>600.00/hr | 1,200.00 |
| 6/18/2009 ECS | A111 Other<br>Investigation of Stanford background facts; research case law for causes of action vs. thid parties; worked on prototype Complaint | | 3.00<br>600.00/hr | 1,800.00 |
| 3/18/2010 ECS | A111 Other<br>TRAVEL TO HOUSTON; REVIEWED DOCUMENTS AT WAREHOUSE | | 2.00<br>600.00/hr | 1,200.00 |
| 3/19/2010 ECS | A111 Other<br>REVIEW OF DOCUMENTS AT HOUSTON WAREHOUSE | | 2.00<br>600.00/hr | 1,200.00 |
| 3/23/2010 ECS | A111 Other<br>VARIOUS TELEPHONE CONFERENCE WITH  AND EMAILS WITH CO-COUNSEL; EMAIL DAVID FINN | | 1.00<br>600.00/hr | 600.00 |

S-29103.0 Breazele-Class

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/25/2010 ECS | A111 Other | TRAVEL TO HOUSTON; REVIEW DOCUMENTS; RETURN TRAVEL TO SAN ANTONIO | 2.00 600.00/hr | 1,200.00 |
| 3/26/2010 ECS | A111 Other | REVIEW DOCUMENTS AT HOUSTON WAREHOUSE | 1.00 600.00/hr | 600.00 |
| 3/31/2010 ECS | A111 Other | REVIEW OF DOCUMENTS IN HOUSTON | 3.00 600.00/hr | 1,800.00 |
| 4/16/2010 ECS | A111 Other | REVIEW OF 150 PAGE SEC INSPECTOR GENERAL REPORT; VARIOUS EMAILS WITH CLIENTS; SVC; CO-COUNSEL, ETC. | 1.50 600.00/hr | 900.00 |
| 4/18/2010 ECS | A111 Other | DETAILED REVIEW OF SEC IG REPORT REGARDING EFFECT ON CASES | 1.50 600.00/hr | 900.00 |
| 5/6/2010 ECS | A111 Other | MEETING WITH CO-COUNSEL; CONTINUED REVIEW OF DOCUMENTS. | 3.00 600.00/hr | 1,800.00 |
| 5/8/2010 ECS | A111 Other | REVIEW OF DOCUMENTS. | 2.00 600.00/hr | 1,200.00 |
| 11/15/2010 ECS | A111 Other | TRAVEL TO HOUSTON. REVIEW OF DOCUMENTS AT RECEIVER WAREHOUSE. | 2.00 600.00/hr | 1,200.00 |
| 11/16/2010 ECS | A111 Other | REVIEW OF DOCUMENTS AT RECEIVER WAREHOUSE. RETURN TRAVEL TO SAN ANTONIO. | 2.00 600.00/hr | 1,200.00 |
| 11/17/2010 ECS | A111 Other | REVIEW OF STANFORD LEGAL DEPARTMENT INVENTORY INDEX. | 3.00 600.00/hr | 1,800.00 |

APP 0231

S-29103.0 Breazele-Class

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/20/2010 ECS | A111 Other | | 2.00 | 1,200.00 |
| | REVIEW OF STANFORD LAW DEPARTMENT FILE INVENTORY LIST. | | 600.00/hr | |
| 11/22/2010 ECS | A111 Other | | 1.00 | 600.00 |
| | REVIEW OF LEGAL DEPARTMENT INVENTORY LIST. | | 600.00/hr | |
| 11/23/2010 ECS | A111 Other | | 1.00 | 600.00 |
| | TELEPHONE CONFERENCE WITH CO-COUNSEL AND BILL REID; CONTINUED REVIEW OF STANFORD LEGAL DEPARTMENT INVENTORY LIST; LETTER TO BAKER BOTTS | | 600.00/hr | |
| 12/14/2010 ECS | A111 Other | | 4.00 | 2,400.00 |
| | REVIEW OF DOCUMENTS; EMAILS WITH INVESTOR COMMITTEE | | 600.00/hr | |
| 12/16/2010 ECS | A111 Other | | 2.00 | 1,200.00 |
| | REVIEW OF DOCUMENTS | | 600.00/hr | |
| 12/19/2010 ECS | A111 Other | | 3.00 | 1,800.00 |
| | REVIEW OF DOCUMENTS | | 600.00/hr | |
| 12/20/2010 ECS | A111 Other | | 3.00 | 1,800.00 |
| | TRAVEL TO HOUSTON; REVIEW DOCUMENTS AT WAREHOUSE | | 600.00/hr | |
| 12/21/2010 ECS | A111 Other | | 2.00 | 1,200.00 |
| | TRAVEL TO HOUSTON; REVIEW DOCUMENTS AT WAREHOUSE | | 600.00/hr | |
| 12/22/2010 ECS | A111 Other | | 3.00 | 1,800.00 |
| | TRAVEL TO HOUSTON; REVIEW DOCUMENTS AT WAREHOUSE | | 600.00/hr | |
| 12/23/2010 ECS | A111 Other | | 2.00 | 1,200.00 |
| | REVIEW OF DOCUMENTS | | 600.00/hr | |
| 12/27/2010 ECS | A111 Other | | 4.00 | 2,400.00 |
| | TRAVEL TO HOUSTON; REVIEW OF DOCUMENTS | | 600.00/hr | |

Page    5

S-29103.0 Breazele-Class

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/28/2010 ECS | A111 Other | CONTINUED REVIEW OF DOCUMENTS IN HOUSTON; RETURN TRAVEL TO HOUSTON | 2.00 600.00/hr | 1,200.00 |
| 12/29/2010 ECS | A111 Other | CONTINUED REVIEW OF DOCUMENTS IN HOUSTON | 3.00 600.00/hr | 1,800.00 |
| 12/30/2010 ECS | A111 Other | REVIEW OF DOCUMENTS IN HOUSTON | 2.00 600.00/hr | 1,200.00 |
| 12/31/2010 ECS | A111 Other | CONTINUED REVIEW OF DOCUMENTS | 3.00 600.00/hr | 1,800.00 |
| 1/1/2011 ECS | A111 Other | REIVEW OF STC DOCUMENTS FROM RECEIVER | 6.00 600.00/hr | 3,600.00 |
| 1/10/2011 ECS | A111 Other | REVIEW OF STC DOCUMENTS | 5.00 600.00/hr | 3,000.00 |
| 1/11/2011 ECS | A111 Other | REVIEW STC DOCUMENTS | 4.00 600.00/hr | 2,400.00 |
| 1/12/2011 ECS | A111 Other | REVIEW OF STC DOCUMENTS | 8.00 600.00/hr | 4,800.00 |
| 1/15/2011 ECS | A111 Other | REVIEW OF STC DOCUMENTS | 4.00 600.00/hr | 2,400.00 |
| 1/17/2011 ECS | A111 Other | CONTINUED REVIEW OF DOCUMENTS | 8.00 600.00/hr | 4,800.00 |
| 1/18/2011 BC | A111 Other | RAN EMAIL SEARCHES FOR STC EMPLOYEES AND DIRECTORS AND LAWYERS | 6.00 100.00/hr | 600.00 |

S-29103.0 Breazele-Class

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/19/2011 | BC | A111 Other<br>RAN EMAIL SEARCHES FOR STC EMPLOYEES AND DIRECTORS AND LAWYERS | 4.50<br>100.00/hr | 450.00 |
| 1/20/2011 | BC | A111 Other<br>RAN EMAIL SEARCHES FOR STC EMPLOYEES AND DIRECTORS AND LAWYERS | 6.50<br>100.00/hr | 650.00 |
| 1/21/2011 | BC | A111 Other<br>ORGANIZE DOCUMENTS ECS REVIEWED AND PUT IN CHRONOLOGICAL ORDER | 8.00<br>100.00/hr | 800.00 |
| 1/23/2011 | ECS | A111 Other<br>REVIEW OF STC BOXES DOCUMENTS AND EMAILS | 4.00<br>600.00/hr | 2,400.00 |
| 1/24/2011 | ECS | A111 Other<br>REVIEW OF STC DOCUMENTS AND EMAILS | 8.00<br>600.00/hr | 4,800.00 |
| 1/25/2011 | ECS | A111 Other<br>REVIEW OF STC DOCUMENTS AND EMAILS | 4.00<br>600.00/hr | 2,400.00 |
| | BC | A111 Other<br>ORGANIZE DOCUMENTS ECS REVIEWED AND PUT IN CHRONOLOGICAL ORDER | 8.00<br>100.00/hr | 800.00 |
| 1/26/2011 | BC | A111 Other<br>ORGANIZE DOCUMENTS ECS REVIEWED AND PUT IN CHRONOLOGICAL ORDER | 8.00<br>100.00/hr | 800.00 |
| 1/27/2011 | BC | A111 Other<br>ORGANIZE DOCUMENTS ECS REVIEWED AND PUT IN CHRONOLOGICAL ORDER | 8.00<br>100.00/hr | 800.00 |
| 1/28/2011 | BC | A111 Other<br>ORGANIZE DOCUMENTS ECS REVIEWED AND PUT IN CHRONOLOGICAL ORDER | 8.00<br>100.00/hr | 800.00 |

S-29103.0 Breazele-Class

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/8/2011 ECS | A111 Other | | 8.00 | 4,800.00 |
| | REVIEW OF STC DOCUMENTS AND EMAILS | | 600.00/hr | |
| 2/9/2011 ECS | A111 Other | | 10.00 | 6,000.00 |
| | REVIEW OF DOCUMENTS; WORKED ON COMPLAINT; RESEARCH CASE LAW | | 600.00/hr | |
| 2/10/2011 ECS | A111 Other | | 12.00 | 7,200.00 |
| | REVIEW OF DOCUMENTS AND WORKED ON COMPLAINT | | 600.00/hr | |
| 2/12/2011 ECS | A111 Other | | 9.00 | 5,400.00 |
| | REVIEW OF DOCUMENTS; RESEARCHED LAW; WORKED ON COMPLAINT | | 600.00/hr | |
| 2/13/2011 ECS | A111 Other | | 12.00 | 7,200.00 |
| | WORKED ON COMPLAINT | | 600.00/hr | |
| 2/14/2011 ECS | A111 Other | | 11.00 | 6,600.00 |
| | WORKED ON COMPLAINT; REVIEW DOCUMENTS | | 600.00/hr | |
| 2/15/2011 ECS | A111 Other | | 14.00 | 8,400.00 |
| | WORKED ON COMPLAINT; REVIEW DOCUMENTS | | 600.00/hr | |
| 2/16/2011 ECS | A111 Other | | 12.00 | 7,200.00 |
| | WORKED ON COMPLAINT; REVIEW DOCUMENTS | | 600.00/hr | |
| 2/17/2011 ECS | A111 Other | | 10.00 | 6,000.00 |
| | FINALIZED AND FILED STC CLASS LAWSUIT | | 600.00/hr | |
| SRC | A111 Other | | 8.00 | 1,000.00 |
| | INCORPORATE EDITS, FORMAT AND E-FILE COMPLAINT | | 125.00/hr | |
| 2/18/2011 ECS | A111 Other | | 1.00 | 600.00 |
| | VARIOUS TELEPHONE CONFERENCE WITH CO-COUNSEL | | 600.00/hr | |

S-29103.0 Breazele-Class

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 2/21/2011 ECS | A111 Other<br>INVESTOR COMMITTEE MEETING WITH RECEIVER IN DALLAS | 2.00<br>600.00/hr | 1,200.00 |
| 3/22/2011 ECS | A111 Other<br>REVIEW OF JV AGREEMENT | 0.50<br>600.00/hr | 300.00 |
| 3/30/2011 ECS | A111 Other<br>TELEPHONE CONFERENCE WITH CO-COUNSEL; TELEPHONE<br>CONFERENCE WITH RECEIVER'S COUNSEL | 0.50<br>600.00/hr | 300.00 |
| 4/1/2011 ECS | A111 Other<br>REVIEW OF SUBPOENA STATUS UPDATE; EMAIL RECEIVER'S<br>COUNSEL | 0.50<br>600.00/hr | 300.00 |
| 4/3/2011 ECS | A111 Other<br>REVIEW OF RECEIVER'S MASTER DOCUMENT INDEX | 2.00<br>600.00/hr | 1,200.00 |
| 4/4/2011 ECS | A111 Other<br>REVIEW OF RECEIVER'S MASTER DOCUMENT INDEX | 1.00<br>600.00/hr | 600.00 |
| 4/5/2011 ECS | A111 Other<br>REVIEW OF DOCUMENTS RECEIVED FROM BREAZELE; REVIEW OF<br>RECEIVERS' MASTER DOCUMENT INDEX | 8.00<br>600.00/hr | 4,800.00 |
| 4/6/2011 ECS | A111 Other<br>REVIEW OF DOCUMENTS FROM BREAZELE; TELECONFERENCE<br>WITH CO-COUNSEL | 6.00<br>600.00/hr | 3,600.00 |
| 4/12/2011 ECS | A111 Other<br>TRAVEL TO HOUSTON; REVIEW OF DOCUMENTS AT WAREHOUSE | 9.00<br>600.00/hr | 5,400.00 |
| 4/13/2011 ECS | A111 Other<br>REVIEW OF DOCUMENTS AT HOUSTON WAREHOUSE | 8.00<br>600.00/hr | 4,800.00 |

S-29103.0 Breazele-Class

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/14/2011 ECS | A111 Other | | 6.00 | 3,600.00 |
| | REVIEW OF DOCUMENTS AT WAREHOUSE; RETURN TRAVEL TO SAN ANTONIO | | 600.00/hr | |
| 4/22/2011 ECS | A111 Other | | 6.00 | 3,600.00 |
| | REVIEW AND ORGANIZATION OF BREAZELLE SASCHE HOT DOCS; TELEPHONE CONFERENCE WITH  CO-COUNSEL | | 600.00/hr | |
| 4/25/2011 ECS | A111 Other | | 5.00 | 3,000.00 |
| | REVIEW OF BSW HOT DOCS | | 600.00/hr | |
| 4/26/2011 ECS | A111 Other | | 8.00 | 4,800.00 |
| | WORKED ON AMENDED COMPLAINT; REVIEW OF DOCUMENTS FROM HOUSTON WAREHOUSE | | 600.00/hr | |
| 4/27/2011 ECS | A111 Other | | 6.00 | 3,600.00 |
| | TELEPHONE CONFERENCE WITH  CO-COUNSEL; WORKED ON AMENDED COMPLAINT; REVIEW OF DOCUMENTS | | 600.00/hr | |
| 4/28/2011 ECS | A111 Other | | 5.00 | 3,000.00 |
| | WORKED ON AMENDED COMPLAINT | | 600.00/hr | |
| 5/1/2011 ECS | A111 Other | | 5.00 | 3,000.00 |
| | WORKED ON AMENDED COMPLAINT | | 600.00/hr | |
| 5/2/2011 ECS | A111 Other | | 6.00 | 3,600.00 |
| | WORKED ON AND FINALIZED DRAFT OF AMENDED COMPLAINT | | 600.00/hr | |
| SRC | A111 Other | | 1.00 | 125.00 |
| | INCORPORATE ECS EDITS TO COMPLAINT | | 125.00/hr | |
| 5/3/2011 ECS | A111 Other | | 1.00 | 600.00 |
| | TELEPHONE CONFERENCE WITH GUY HOHMANN; TELEPHONE CONFERENCE WITH  DOUG BUNCHER REGARDING CASES | | 600.00/hr | |

**APP 0237**

Page    10

S-29103.0 Breazele-Class

| Date | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/6/2011 ECS | A111 Other | TELEPHONE CONFERENCE WITH  PHIL WILKINSON REGARDING STATUS | 1.00 600.00/hr | 600.00 |
| 5/9/2011 ECS | A111 Other | TRAVEL TO DALLAS AND MEETING WITH INVESTOR COMMITTEE; TRAVEL TO WASHINGTON D.C. | 2.00 600.00/hr | 1,200.00 |
| 5/10/2011 ECS | A111 Other | MEETING WITH SEC AND INVESTOR COMMITTEE; RETURN TRAVEL TO SAN ANTONIO | 2.00 600.00/hr | 1,200.00 |
| 5/11/2011 ECS | A111 Other | LONG TELEPHONE CONFERENCE WITH  GUY HOHMANN REGARDING STATUS OF AMENDED COMPLAINT | 1.00 600.00/hr | 600.00 |
| 5/16/2011 SRC | A111 Other | GATHERED BSW INVOICES/HOT DOCS & E-MAILED THEM TO HEATHER AT HOHMANN, TAUBE, & SUMMERS. | 4.00 125.00/hr | 500.00 |
| 5/17/2011 ECS | A111 Other | REVIEW OF AMENDED COMPLAINT AND PROVIDE COMMENTS; LONG TELEPHONE CONFERENCE WITH  GUY HOHMANN | 3.00 600.00/hr | 1,800.00 |
| 5/18/2011 ECS | A111 Other | EMAILS WITH CO-COUNSEL | 0.50 600.00/hr | 300.00 |
| 5/20/2011 ECS | A111 Other | TELEPHONE CONFERENCE WITH  CO-COUNSEL | 1.00 600.00/hr | 600.00 |
| 5/21/2011 ECS | A111 Other | VARIOUS | 0.50 600.00/hr | 300.00 |
| 6/1/2011 ECS | A111 Other | VARIOUS TELEPHONE CONFERENCES WITH  AND EMAILS REGARDING STATUS AND SERVICE | 0.50 600.00/hr | 300.00 |

S-29103.0 Breazele-Class

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/2/2011 | SRC | A111 Other<br>SEARCHED IN BSW HOT DOCUMENTS/DOCUMENT PRODUCTION DISC FOR ANY INVOICES AFTER FEBRUARY 2008 & E-MAILED THEM TO HEATHER AT HOHMANN, TAUBE AND SUMMERS | 3.00<br>125.00/hr | 375.00 |
| | ECS | A111 Other<br>EMAILS WITH CO-COUNSEL REGARDING A&R AND CLIENTS' REDEPTIONS; TELEPHONE CONFERENCE WITH CO-COUNSEL | 1.00<br>600.00/hr | 600.00 |
| 6/3/2011 | ECS | A111 Other<br>VARIOUS EMAILS WITH CO-COUNSEL REGARDING SUING STC DIRECTORS | 0.50<br>600.00/hr | 300.00 |
| | ECS | A111 Other<br>WORKED ON SLUSA BRIEF; TELEPHONE CONFERENCE WITH TEXAS STATE SECURITIES COMMISSION; VARIOUS EMAILS WITH CO-COUNSEL | 2.00<br>600.00/hr | 1,200.00 |
| 6/6/2011 | ECS | A111 Other<br>TRAVEL TO DALLAS; ATTENDED INVESTOR COMMITTEE MEETING; RETURN TO SAN ANTONIO | 2.00<br>600.00/hr | 1,200.00 |
| 6/7/2011 | ECS | A111 Other<br>TELEPHONE CONFERENCE WITH CO-COUNSEL; WORKED ON SLUSA BRIEF | 3.00<br>600.00/hr | 1,800.00 |
| | SRC | A111 Other<br>CREATED SPREADSHEETS WITH THE TRANSFER PAYMENTS OF ADAMS & REESE, BREAZEALE, CLAUDE REYNAUD, JD PERRY, LOUIS FOURNET, MICHEAL CONTORNO, AND REBECCA HAMRIC | 3.00<br>125.00/hr | 375.00 |
| | ECS | A111 Other<br>REVIEW OF A&R MOTION TO DISMISS | 3.00<br>600.00/hr | 1,800.00 |
| 6/8/2011 | ECS | A111 Other<br>TELEPHONE CONFERENCE WITH CO-COUNSEL; TELEPHONE CONFERENCE WITH CLASS REPRESENTATIVES | 1.00<br>600.00/hr | 600.00 |

Page    12

S-29103.0 Breazele-Class

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/8/2011 ECS | A111 Other | | 1.00 | 600.00 |
| | WORKED ON SLUSA BRIEF | | 600.00/hr | |
| 6/10/2011 ECS | A111 Other | | 1.50 | 900.00 |
| | VARIOUS TELEPHONE CONFERENCE WITH  GUY HOHMANN; EMAILS WITH INVESTOR COMMITTEE AND CO-COUNSEL | | 600.00/hr | |
| 6/13/2011 ECS | A111 Other | | 1.00 | 600.00 |
| | TELEPHONE CONFERENCE WITH  GUY HOHMANN; REVIEW AND EDIT LETTER TO CLASS REPRESENTATIVE | | 600.00/hr | |
| 6/14/2011 ECS | A111 Other | | 2.00 | 1,200.00 |
| | TELEPHONE CONFERENCE WITH  CLASS REPRESENTATIVES; TELEPHONE CONFERENCE WITH  GUY HOHMANN; VARIOUS EMAILS WITH INVESTMENT COMMITTEE AND CO-COUNSEL | | 600.00/hr | |
| 6/15/2011 ECS | A111 Other | | 1.00 | 600.00 |
| | REVIEW OF SEC ORDER ON SIPC; VARIOUS TELEPHONE CONFERENCE WITH  AND EMAILS REGARDING EFFECT ON CASE | | 600.00/hr | |
| 6/16/2011 ECS | A111 Other | | 3.00 | 1,800.00 |
| | VARIOUS TELEPHONE CONFERENCE WITH  AND EMAILS WITH CLASS REPRESENTATIVES AND CO-COUNSEL; TELEPHONE CONFERENCE WITH  DEAN ED SHERMAN REGARDING CLASS ISSUES | | 600.00/hr | |
| 6/17/2011 ECS | A111 Other | | 3.00 | 1,800.00 |
| | VARIOUS TELEPHONE CONFERENCE WITH  AND EMAILS REGARDING STRATEGY FOR CASE AND CLASS CERTIFICATION | | 600.00/hr | |
| 6/21/2011 ECS | A111 Other | | 1.00 | 600.00 |
| | LONG TELEPHONE CONFERENCE WITH  CO-COUNSEL; EMAILS WITH CO-COUNSEL AND CLASS REPRESENTATIVES | | 600.00/hr | |
| 6/27/2011 ECS | A111 Other | | 1.00 | 600.00 |
| | LONG TELEPHONE CONFERENCE WITH  CO-COUNSEL REGARDING STATUS | | 600.00/hr | |

Page    13

S-29103.0 Breazele-Class

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/29/2011 ECS | A111 Other | EXTENDED TELEPHONE CONFERENCE WITH LOUISIANA-LAYWERS; REVIEW OF PROPOSED STIMPULATIONS ON EXTENSION OF TIME | 1.50 600.00/hr | 900.00 |
| 6/30/2011 ECS | A111 Other | TELEPHONE CONFERENCE WITH CO-COUNSEL; TELEPHONE CONFERENCE WITH VARIOUS DEFENSE COUNSEL; PRELIMINARY REVIEW OF CONTONO'S MOTION TO DISMISS | 2.00 600.00/hr | 1,200.00 |
| 7/5/2011 ECS | A111 Other | VARIOUS EMAILS WITH CO-COUNSEL AND COMMITTEE; TELEPHONE CONFERENCE WITH CLASS REPRESENTATIVES REGARDING STATUS | 1.50 600.00/hr | 900.00 |
| 7/6/2011 ECS | A111 Other | LONG TELEPHONE CONFERENCE WITH DOUG BUNCHER; VARIOUS EMAILS | 1.00 600.00/hr | 600.00 |
| 7/7/2011 ECS | A111 Other | EDITED, FINALIZED AND FILED FIRST AMENDED COMPLAINT | 8.00 600.00/hr | 4,800.00 |
| SRC | A111 Other | INCORPORATE CHANGES AND E-FILED FIRST AMENDED COMPLAINT | 3.00 125.00/hr | 375.00 |
| 7/8/2011 ECS | A111 Other | TWO TELEPHONE CONFERENCE WITH CLASS REPRESENTATIVES | 1.00 600.00/hr | 600.00 |
| 7/13/2011 ECS | A111 Other | LITIGATION STRATEGY MEETING IN AUSTIN | 2.00 600.00/hr | 1,200.00 |
| 7/18/2011 ECS | A111 Other | EMAIL LETTER TO OPPOSING COUNSEL REGARDING EXTENDING DEADLINES | 0.50 600.00/hr | 300.00 |
| 7/21/2011 ECS | A111 Other | TELEPHONE CONFERENCE WITH COUNSEL FOR DEFENDANTS | 0.50 600.00/hr | 300.00 |

APP 0241

Page    14

S-29103.0 Breazele-Class

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/22/2011 | ECS | A111 Other<br>EMAILS WITH LOUISIANA COUNSEL; TELEPHONE CONFERENCE WITH  COUNSEL-TO DEFENDANTS; PRELIMINARY REVIEW OF ADAMS & REESE MOTION TO DISMISS AND CONTORNO MOTION TO DISMISS; EMAILS WITH CO-COUNSEL; PREPARED JOINT STIPULATION TO EXTENDED DEADLINES | 5.00<br>600.00/hr | 3,000.00 |
| 7/25/2011 | ECS | A111 Other<br>PREAPRED JOINT STIPULATION; VARIOUS EMAILS; TELEPHONE CONFERENCE WITH  CO-COUNSEL | 2.00<br>600.00/hr | 1,200.00 |
| | SRC | A111 Other<br>DRAFT INITIAL JOINT STIPULATION | 0.50<br>125.00/hr | 62.50 |
| 7/26/2011 | ECS | A111 Other<br>FINALIZED AND FILED JOINT STIPULATION; EMAILS WITH CO-COUNSEL; REVIEW AND REVISED MOTION FOR EXTENSION | 1.50<br>600.00/hr | 900.00 |
| | SRC | A111 Other<br>INCORPORATE ECS EDITS TO JOINT STIPULATION | 0.50<br>125.00/hr | 62.50 |
| 8/24/2011 | ECS | A111 Other<br>REVIEW OF CH. 15 FILING BY ANTIGUAN LIQUIDATORS; | 1.00<br>600.00/hr | 600.00 |
| 8/25/2011 | ECS | A111 Other<br>REVIEW OF ANTIGUAN LIQUIDATORS CHAPTER 15 FILINGS; VARIOUS EMAILS; TELEPHONE CONFERENCE WITH  CO-COUNSEL | 1.00<br>600.00/hr | 600.00 |
| 9/1/2011 | ECS | A111 Other<br>REVIEW OF DISMISSAL ORDER ON SLUSA; VARIOUS EMAILS AND TELEPHONE CONFERENCES WITH CO-COUNSEL; RESEARCH LAW | 1.50<br>600.00/hr | 900.00 |
| 9/2/2011 | ECS | A111 Other<br>PREPARED REPORT TO CLIENTS; VARIOUS EMAILS AND TELEPHONE CONFERENCES REGARDING SLUSA AND EFFECT OF DISMISSAL | 2.00<br>600.00/hr | 1,200.00 |

Page    15

S-29103.0 Breazele-Class

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 9/9/2011 ECS | A111 Other<br>VARIOUS EMAILS AND TELEPHONE CONFERENCE WITH<br>CO-COUNSEL AND RESEARCH ON SLUSA | 2.00<br>600.00/hr | 1,200.00 |
| 9/13/2011 ECS | A111 Other<br>EMAIL TO OPPOSING COUNSEL; TELEPHONE CONFERENCE WITH<br>OPPOSING COUNSEL | 0.50<br>600.00/hr | 300.00 |
| 9/15/2011 ECS | A111 Other<br>RESEARCH CASE LAW | 2.00<br>600.00/hr | 1,200.00 |
| 9/28/2011 ECS | A111 Other<br>VARIOUS EMAILS WITH OPPOSING COUNSEL COUNSEL; REVIEW<br>AND APPROVE STIPULATION; REVIEW OF RESPONSE TO MOTION<br>TO STAY | 2.00<br>600.00/hr | 1,200.00 |
| 9/30/2011 ECS | A111 Other<br>REVIEW OF FOURNET MOTION TO DISMISS | 1.50<br>600.00/hr | 900.00 |
| 10/11/2011 ECS | A111 Other<br>RESEARCH ON SLUSA STAY; OFFICE CONFERENCE WITH  JESSE R.<br>CASTILLO; REVIEW OF LETTER TO CLIENTS; VARIOUS EMAILS WITH<br>CO-COUNSEL; TELEPHONE CONFERENCE WITH  COMMITTEE | 2.50<br>600.00/hr | 1,500.00 |
| 10/14/2011 ECS | A111 Other<br>VARIOUS TELEPHONE CONFERENCE WITH  AND EMAILS<br>REGARDING SLUSA APPEAL | 1.00<br>600.00/hr | 600.00 |
| 10/19/2011 ECS | A111 Other<br>TELEPHONE CONFERENCE WITH  JIM SWANSON | 0.50<br>600.00/hr | 300.00 |
| 10/29/2011 ECS | A111 Other<br>WORKED ON APPELLATE ISSUE | 2.00<br>600.00/hr | 1,200.00 |
| 10/31/2011 ECS | A111 Other<br>REVIEW OF ROLAND APPELLATE BRIEF AND PROVIDE COMMENTS | 2.00<br>600.00/hr | 1,200.00 |

Page    16

S-29103.0 Breazele-Class

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/2/2011 ECS | A111 Other | | 1.00 | 600.00 |
| | WORKED ON CONGRESS AMICUS BRIEF | | 600.00/hr | |
| 11/4/2011 ECS | A111 Other | | 2.00 | 1,200.00 |
| | OFFICE CONFERENCE WITH JESSE R. CASTILLO;  PREPARED EMAIL | | 600.00/hr | |
| | STATUS REPORT UPDATE TO RECEIVER AND COMMITTEE | | | |
| 11/8/2011 ECS | A111 Other | | 2.00 | 1,200.00 |
| | WORKED ON SLUSA APPEAL | | 600.00/hr | |
| 11/9/2011 ECS | A111 Other | | 3.00 | 1,800.00 |
| | WORKED ON APPEAL | | 600.00/hr | |
| 11/11/2011 ECS | A111 Other | | 2.00 | 1,200.00 |
| | COMMITTE CALL WORKED ON SLUSA ISSUES | | 600.00/hr | |
| 11/14/2011 ECS | A111 Other | | 1.00 | 600.00 |
| | WORKED ON APPEAL ISSUES REGARDING SLUSA | | 600.00/hr | |
| 11/17/2011 ECS | A111 Other | | 2.00 | 1,200.00 |
| | WORKED ON APPELLATE BRIEF | | 600.00/hr | |
| 11/18/2011 ECS | A111 Other | | 2.00 | 1,200.00 |
| | WORKED ON APPEAL | | 600.00/hr | |
| 11/19/2011 ECS | A111 Other | | 2.00 | 1,200.00 |
| | WORKED ON APPEAL | | 600.00/hr | |
| 11/30/2011 ECS | A111 Other | | 2.00 | 1,200.00 |
| | FINALIZED AND FILED CONGRESSIONAL AMICUS BRIEF | | 600.00/hr | |
| 1/6/2012 ECS | A111 Other | | 1.00 | 600.00 |
| | OFFICE CONFERENCE WITH SANDY; TELEPHONE CONFERENCE | | 600.00/hr | |
| | WITH  COMMITTEE REGARDING NON-SUITING AND REFILING CLAIMS | | | |

APP 0244

Page    17

S-29103.0 Breazele-Class

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/21/2012 ECS | A111 Other | VARIOUS EMAILS AND TELECONFERENCES | 2.00 600.00/hr | 1,200.00 |
| 2/7/2012 ECS | A111 Other | ATTENDED 5TH CIRCUIT ORAL ARGUMENT; RETURN TRAVEL TO SAN ANTONIO | 2.00 600.00/hr | 1,200.00 |
| 2/13/2012 ECS | A111 Other | FOLLOWED STANFORD CRIMINAL TRIAL | 0.50 600.00/hr | 300.00 |
| 2/14/2012 ECS | A111 Other | MONITORED STANFORD TRIAL | 0.50 600.00/hr | 300.00 |
| 2/15/2012 ECS | A111 Other | FOLLOWED STANFORD CRIMINAL TRIAL | 1.00 600.00/hr | 600.00 |
| 2/21/2012 ECS | A111 Other | FOLLOW STANFORD TRIAL | 0.50 600.00/hr | 300.00 |
| 3/7/2012 ECS | A111 Other | VARIOUS EMAILS WITH CO-COUNSEL | 1.00 600.00/hr | 600.00 |
| 3/19/2012 ECS | A111 Other | REVIEW OF 5TH CIRCUIT OPINION; VARIOUS EMAILS AND TELECONFERENCE WITH ALL DAY | 1.00 600.00/hr | 600.00 |
| 3/20/2012 ECS | A111 Other | TELECONFERENCE WITH OPPOSING COUNSEL; VARIOUS TELECONFERENCE WITH AND EMAILS REGARDING 5TH CIRCUIT OPINION | 1.00 600.00/hr | 600.00 |
| 3/21/2012 ECS | A111 Other | EMAILS WITH SWANSON; EMAILS WITH CO-COUNSEL AND OPPOSING COUNSEL; REVIEW DOCKET SHEET; INVERVIEW OF LOUIS FOURNET | 5.00 600.00/hr | 3,000.00 |

**APP 0245**

S-29103.0 Breazele-Class

| Date | | | Hrs/Rate | Amount |
|------|--|--|----------|--------|
| 3/27/2012 ECS | A111 Other | TRAVEL TO AUSTIN; ATTENDED ALL DAY STRATEGY MEETINGS WITH CO-COUNSEL; RETURN TRAVEL TO SAN ANTONIO | 2.00 600.00/hr | 1,200.00 |
| 4/3/2012 ECS | A111 Other | REVIEW OF ORDER; TELECONFERENCE WITH CO-COUNSEL; REVIEW FILE & EMAILS | 1.00 600.00/hr | 600.00 |
| 4/5/2012 ECS | A111 Other | WORKED ON MOTION TO DISMISS RESPONSE; VARIOUS EMAILS; REVIEW COURT'S ORDER | 4.00 600.00/hr | 2,400.00 |
| 4/11/2012 ECS | A111 Other | FILED DISMISSAL OF CLAUD REYNAUD | 0.50 600.00/hr | 300.00 |
| 4/27/2012 ECS | A111 Other | TELECONFERENCE WITH CO-COUNSEL REGARDING DAMAGES AND CLASS ISSUES FOR CASES | 1.00 600.00/hr | 600.00 |
| 5/1/2012 ECS | A111 Other | LONG TELECONFERENCE WITH CO-COUNSEL REGARDING VARIOUS ISSUES | 1.00 600.00/hr | 600.00 |
| 5/2/2012 ECS | A111 Other | VARIOUS EMAILS AND TELECONFERENCES | 0.50 600.00/hr | 300.00 |
| 5/17/2012 ECS | A111 Other | REVIEW AND APPROVE STIPULATION | 0.50 600.00/hr | 300.00 |
| 6/29/2012 ECS | A111 Other | REVIEW AND ANALYSIS OF BSW MOTION TO DISMISS; RESEARCH | 5.00 600.00/hr | 3,000.00 |
| 6/30/2012 ECS | A111 Other | RESEARCH CASE LAW REGARDING BSW MOTION TO DISMISS | 6.00 600.00/hr | 3,600.00 |

Page    19

S-29103.0 Breazele-Class

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 7/2/2012 ECS | A111 Other<br>REVIEW OF CLAUDE REYNAUD'S MOTION TO DISMISS;<br>TELECONFERENCE WITH  CHRIS AHART; EMAILS WITH CO-COUNSEL | 2.00<br>600.00/hr | 1,200.00 |
| 7/3/2012 ECS | A111 Other<br>PREPARE SUMMARY OF MOTION TO DISMISS RESPONSE; REVIEW<br>MOTIONS TO DISMISS; TELECONFERENCE WITH  CO-COUNSEL | 6.00<br>600.00/hr | 3,600.00 |
| SRC | A111 Other<br>DRAFT MOTION TO DISMISS RESPONSE AND INCORPORATE ECS<br>EDITS TO MOTION TO DISMISS | 1.00<br>125.00/hr | 125.00 |
| 7/5/2012 ECS | A111 Other<br>WORKED ON RESPONSES TO MOTION TO DISMISS | 8.00<br>600.00/hr | 4,800.00 |
| 7/6/2012 ECS. | A111 Other<br>WORKED ON RESPONSES TO MOTION TO DISMISS | 8.00<br>600.00/hr | 4,800.00 |
| 7/9/2012 ECS | A111 Other<br>WORKED ON RESPONSE TO MOTION TO DISMISS | 8.00<br>600.00/hr | 4,800.00 |
| 7/10/2012 ECS | A111 Other<br>WORKED ON MOTION TO DISMISS RESPONSE | 6.00<br>600.00/hr | 3,600.00 |
| 7/16/2012 ECS | A111 Other<br>TELECONFERENCE WITH  CHRIS AHART; REVIEW AND RESPOND TO<br>VARIOUS EMAILS; EMAIL TO CO-COUNSEL | 1.00<br>600.00/hr | 600.00 |
| 7/17/2012 ECS | A111 Other<br>RESEARCH ON CAUSATION; EMAILS WITH CO-COUNSEL | 2.00<br>600.00/hr | 1,200.00 |
| 7/19/2012 ECS | A111 Other<br>DEAL WITH STIPULATION REGARDING RESPONSE EXTENSION | 0.50<br>600.00/hr | 300.00 |

Page    20

S-29103.0 Breazele-Class

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/9/2012 ECS | A111 Other | REVIEW OF DRAFT RESPONSE TO MOTIONS TO DISMISS; TELECONFERENCE WITH CHRIS AHART | 2.00 600.00/hr | 1,200.00 |
| 8/10/2012 ECS | A111 Other | FINALIZED AND FILED MOTION TO DISMISS RESPONSE AND BRIEF AND MOTIONS TO EXCEED PAGES | 10.00 600.00/hr | 6,000.00 |
| SRC | A111 Other | INCORPORATE ECS EDITS TO MOTION TO DISMISS RESPONSE AND BRIEF AND MOTIONS TO EXCEED PAGES | 1.00 125.00/hr | 125.00 |
| 9/18/2012 ECS | A111 Other | VARIOUS TELECONFERENCES WITH OPPOSING COUNSEL REGARDING EXTENSIONS; REVIEW OF A&R's REPLY | 1.00 600.00/hr | 600.00 |
| 9/27/2012 ECS | A111 Other | TELECONFERENCE WITH COUNSEL FOR LOUIS FOURNET | 0.50 600.00/hr | 300.00 |
| 10/12/2012 ECS | A111 Other | PREPARE FOR AND ATTEND (BY TELEPHONE) MEETING WITH SEC REGARDING SLUSA | 1.00 600.00/hr | 600.00 |
| 2/4/2013 ECS | A111 Other | TRAVEL TO DALLAS MEETING WITH SUPREME COURT COUNSEL | 1.00 600.00/hr | 600.00 |
| 2/14/2013 ECS | A111 Other | VARIOUS TELECONFERENCES AND EMAILS REGARDING SCOTUS | 1.50 600.00/hr | 900.00 |
| 3/5/2013 ECS | A111 Other | EMAILS WITH SCOTUS COUNSEL; MEETING WITH AMICUS; WORKED ON COMMENTS TO BRIEF OUTLINE | 1.00 600.00/hr | 600.00 |
| 3/7/2013 ECS | A111 Other | TELECONFERENCE WITH NASAA COUNSEL; EMAILS WITH CO-COUNSEL; PREPARE FOR INTERVIEW OF JIM DAVIS | 2.00 600.00/hr | 1,200.00 |

**APP 0248**

S-29103.0 Breazele-Class

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/8/2013 | ECS | A111 Other<br>TELECONFERENCE WITH  APPELLATE CO-COUNSEL | 0.50<br>600.00/hr | 300.00 |
| 4/1/2013 | ECS | A111 Other<br>REVIEW OF NEW 5TH CIR. DECISION ON STANFORD | 1.00<br>600.00/hr | 600.00 |
| 5/11/2013 | ECS | A111 Other<br>REVIEW OF SUPREME COURT BRIEFS AND RESEARCH | 2.00<br>600.00/hr | 1,200.00 |
| 5/16/2013 | ECS | A111 Other<br>RESEARCH/UPDATE CASE LAW | 3.00<br>600.00/hr | 1,800.00 |
| 5/24/2013 | ECS | A111 Other<br>WORKED ON FACT SECTION FOR SLUSA BRIEF | 1.00<br>600.00/hr | 600.00 |
| 7/2/2013 | ECS | A111 Other<br>TELECONFERENCE WITH  SCOTUS TEAM AND JOHN LITTLE;<br>PRELIMINARY REVIEW OF DRAFT BRIEF | 2.00<br>600.00/hr | 1,200.00 |
| 7/5/2013 | ECS | A111 Other<br>PROVIDE COMMENTS ON SCOTUS BRIEF | 2.00<br>600.00/hr | 1,200.00 |
| 7/11/2013 | ECS | A111 Other<br>WORKED ON SLUSA BRIEF IN US SUP. CT. | 2.00<br>600.00/hr | 1,200.00 |
| 7/24/2013 | ECS | A111 Other<br>REVIEW AMICUS BRIEFS | 1.00<br>600.00/hr | 600.00 |
| 7/25/2013 | ECS | A111 Other<br>REVIEW OF AMICUS BRIEFS | 1.00<br>600.00/hr | 600.00 |
| 8/5/2013 | ECS | A111 Other<br>REVIEW SEC DECISIONS AGAINST BOGAR; GREEN AND YOUNG | 1.00<br>600.00/hr | 600.00 |

Page   22

S-29103:0 Breazele-Class

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/10/2013 ECS | A111 Other | REVIEW MEMOS ON SETTLEMENT MECHANISMS AND CASE LAW ON RECEIVER SETTLEMENT; TELECONFERENCE WITH  JANVEY AND SADLER | 3.00 600.00/hr | 1,800.00 |
| 10/4/2013 JRC | A111 Other | REVIEW BRIEFS PRIOR TO SLUSA ORAL ARGUMENT; REVIEW DOCUMENTS. | 1.00 600.00/hr | 600.00 |
| 10/6/2013 ECS | A111 Other | TRAVELED TO D.C. FOR U.S. SUPREME COURT ARGUMENT; MEET WITH CO-COUNSEL | 2.00 600.00/hr | 1,200.00 |
| 10/7/2013 ECS | A111 Other | ATTENDED SUPREME COURT ARGUMENT; RETURN TRAVEL TO SAN ANTONIO | 1.00 600.00/hr | 600.00 |
| 10/14/2013 ECS | A111 Other | TRAVEL TO DALLAS; ATTENDED MEETING WITH RECEIVER AND COMMITTEE | 2.00 600.00/hr | 1,200.00 |
| 10/18/2013 ECS | A111 Other | VARIOUS EMAILS WITH DOUG BUNCHER REGARDING STATUS OF FRAZIER, DECEASED | 1.00 600.00/hr | 600.00 |
| 11/1/2013 JRC | A111 Other | REVIEW ANSWER TO AMENDED COMPLAINT BY REYNAUD; REVIEW ANSWER TO AMENDED COMPLAINT BY BREAZELE; REVIEW CERTIFICATE; REVIEW ANSWER TO AMENDED COMPLAINT FILED BY HAYMON. | 3.00 600.00/hr | 1,800.00 |
| 11/7/2013 JRC | A111 Other | REVIEW DEFENDANT BREAZELE'S ANSWER TO FIRST AMENDED COMPLAINT. | 1.00 600.00/hr | 600.00 |

S-29103.0 Breazele-Class

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 3/19/2014 ECS | A111 Other<br>LONG TELECONFERENCE WITH  CASSIE WILKINSON REGARDING<br>CASE STATUS | 0.75<br>600.00/hr | 450.00 |
| 3/27/2014 ECS | A111 Other<br>PREPARE MOTION FOR EXPEDITED CONSIDERATION OF MOTION<br>TO CONSOLIDATE AND DEFER 12(B)(6) MOTION; REVIEW J.D. PERRY<br>MOTION TO DISMISS | 6.00<br>600.00/hr | 3,600.00 |
| SRC | A111 Other<br>DRAFT MOTION FOR EXPEDITED CONSIDERATION OF MOTION TO<br>CONSOLIDATE AND DEFER 2(b)(6) | 0.50<br>125.00/hr | 62.50 |
| 3/28/2014 ECS | A111 Other<br>E-MAIL TO WHITNEY BANK LAWYER; VARIOUS TELECONFERENCE'S<br>WITH DOUG BOUNCHER AND E-MAILS. | 1.00<br>600.00/hr | 600.00 |
| 3/31/2014 ECS | A111 Other<br>RESEARCH ON CLASS ACTION LAW REGARDING  GLOBAL<br>SETTLEMENTS | 3.00<br>600.00/hr | 1,800.00 |
| 4/1/2014 ECS | A111 Other<br>RESEARCH CLASS ACTION CERTIFICATION CASE LAW | 2.00<br>600.00/hr | 1,200.00 |
| 4/2/2014 ECS | A111 Other<br>RESEARCH CLASS CERTIFICATION CASE LAW | 2.00<br>600.00/hr | 1,200.00 |
| 4/3/2014 ECS | A111 Other<br>TELECONFERENCE WITH  CO-COUNSEL; REVIEW OF SETTLEMENT<br>DOCUMENTS IN MADOFF | 1.00<br>600.00/hr | 600.00 |
| 4/17/2014 ECS | A111 Other<br>EMAIL TO CLASS REPRESENTATIVES REGARDING MEDIATION;<br>PREPARED RESPONSE TO JD PERRY | 1.50<br>600.00/hr | 900.00 |

S-29103.0 Breazele-Class

| Date | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 4/22/2014 | ECS | A111 Other | REVIEW OF RESPONSES ON MOTION TO COMPEL DISCOVERY; RESEARCH CASE LAW ON ATTORNEY QUALIFIED IMMUNITY | 2.00 600.00/hr | 1,200.00 |
| 4/23/2014 | ECS | A111 Other | PREPARED REPLY TO RESPONSE OR MOTION TO DEFER | 7.00 600.00/hr | 4,200.00 |
| 4/24/2014 | ECS | A111 Other | REVISED, FINALIZED AND FILED REPLY ON MOTION TO DEFER | 4.00 600.00/hr | 2,400.00 |
| | SRC | A111 Other | INCORPORATE ECS EDITS TO MOTION FOR EXPEDITED CONSIDERATION OF MOTION TO CONSOLIDATE AND DEFER 2(b)(6) | 1.00 125.00/hr | 125.00 |
| 5/15/2014 | ECS | A111 Other | EMAILS WITH LOUIS FOURNET; LONG TELECONFERENCE WITH CLASS REPRESENTATIVES REGARDING MEDIATION; EMAILS WITH CO-COUNSEL | 2.00 600.00/hr | 1,200.00 |
| 5/28/2014 | SRC | A111 Other | EMAILS TO DOUG BUNCHER REGARDING BSW INTERROGATORIES AND REYNAUD'S SECOND REQUEST FOR PRODUCTION; BEGIN DRAFTS | 2.00 125.00/hr | 250.00 |
| 6/30/2014 | ECS | A111 Other | TRAVEL TO DALLAS AND ATTEND MEDIATION | 7.00 600.00/hr | 4,200.00 |
| 7/14/2014 | SRC | A111 Other | BEGIN TO PREPARE TRIAL EXHIBIT BOXES (429 EXHIBITS) | 8.00 125.00/hr | 1,000.00 |
| 7/15/2014 | SRC | A111 Other | FINALIZE TRIAL EXHIBIT BOXES (429 EXHIBITS) | 8.00 125.00/hr | 1,000.00 |

Page    25

S-29103.0 Breazele-Class

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/27/2014 ECS | A111 Other | HELD RULE 26 CONFERENCE WITH DEFENDANTS; TELECONFERENCE WITH DOUG BUNCHER | 1.00 600.00/hr | 600.00 |
| 8/8/2014 ECS | A111 Other | REVIEW OF PROPOSAL RULE 26 REPORT AND ADD IN REVISIONS; VARIOUS EMAILS | 2.00 600.00/hr | 1,200.00 |
| 8/21/2014 JRC | A111 Other | TRAVEL TO DALLAS (6:30 A.M.); OUT OF OFFICE CONFERENCE WITH MR. VALDESPINO AND MR. MILNER; ATTEND STATUS CONFERENCE; OUT OF OFFICE CONFERENCE WITH COMMITTEE; EXCHANGE EMAIL WITH MR. SNYDER; RETURN TRAVEL TO SAN ANTONIO (5:00 P.M.) | 6.00 600.00/hr | 3,600.00 |
| 9/2/2014 ECS | A111 Other | REVIEW NEW CASE REGARDING ATTORNEY IMMUNITY; FILE NOTICE OF NEW AUTHORITY | 3.00 600.00/hr | 1,800.00 |
| 9/3/2014 ECS | A111 Other | TRAVEL TO DALLAS; ATTENDED SECOND MEDIATION OF CASE | 6.00 600.00/hr | 3,600.00 |
| 9/4/2014 ECS | A111 Other | DETAILED EMAILS WITH CLIENTS; CASE STATUS MEMO TO CLIENTS REGARDING SETTLEMENTS; TELECONFERENCE WITH EXPERT WITNESS; VARIOUS EMAILS | 3.00 600.00/hr | 1,800.00 |
| 9/8/2014 ECS | A111 Other | TELECONFERENCE WITH OPPOSING COUNSEL ; SEND MEMO ON RECEIVER BAR ORDERS | 1.00 600.00/hr | 600.00 |
| 9/16/2014 ECS | A111 Other | DEPOSITION OF WHITNEY BANK; TELECONFERENCE WITH RECEIVER REGARDING SPLITTING UP A&R SETTLEMENT | 4.00 600.00/hr | 2,400.00 |
| 9/24/2014 ECS | A111 Other | TELECONFERENCE WITH OPPOSING COUNSEL | 0.50 600.00/hr | 300.00 |

**APP 0253**

S-29103.0 Breazele-Class

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 11/25/2014 ECS | A111 Other<br>REVIEW DECISION ON RTPs EMAILS WITH CO-COUNSEL | 0.50<br>600.00/hr | 300.00 |
| 12/3/2014 ECS | A111 Other<br>REVIEW OF DEC. ACTION FILED BY INSURANCE CO. FOR BSW;<br>EMAILS WITH CLIENTS | 1.00<br>600.00/hr | 600.00 |
| 12/4/2014 ECS | A111 Other<br>TELECONFERENCE WITH TOM CULPEPPER; EMAIL TO JOHN LITTLE<br>AND BUNCHER | 0.75<br>600.00/hr | 450.00 |
| 12/12/2014 ECS | A111 Other<br>REVIEW OF TRIAL EXHIBITS FOR USE IN DEPO OF TED MARTIN | 3.00<br>600.00/hr | 1,800.00 |
| 12/16/2014 ECS | A111 Other<br>TRAVEL TO NEW ORLEANS; MEET WITH CO-COUNSEL AND<br>PREPARE FOR DEPOSITION OF TED MARTIN | 6.00<br>600.00/hr | 3,600.00 |
| 12/17/2014 ECS | A111 Other<br>ATTEND DEPOSITION OF TED MARTIN; RETURN TRAVEL TO SAN<br>ANTONIO | 10.00<br>600.00/hr | 6,000.00 |
| 12/31/2014 ECS | A111 Other<br>VARIOUS EMAILS WITH CO-COUNSEL; SEARCH FOR EMAILS WITH<br>CLASS REPRESENTATIVES REGARDING SETTLEMENT | 0.75<br>600.00/hr | 450.00 |
| 1/2/2015 ECS | A111 Other<br>LONG TELECONFERENCE WITH WILKINSONS REGARDING<br>SETTLEMENT; PREPARED EXTENSIVE EMAIL REPORT AND<br>RECOMMENDATION; EMAIL CO-COUNSEL | 2.00<br>600.00/hr | 1,200.00 |
| 1/5/2015 ECS | A111 Other<br>TELECONFERENCE WITH CO-COUNSEL AND CLIENT; SETTLEMENT<br>DEMAND ON BSW | 1.00<br>600.00/hr | 600.00 |

Page    27

S-29103.0 Breazele-Class

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/20/2015 ECS | A111 Other<br>EMAILS WITH DOUG BUNCHER AND JOHN LITTLES REGARDING<br>CLASS REPRESENTATIVES; REVIEW OF DRAFT A&R SETTLEMENT | | 1.50<br>600.00/hr | 900.00 |
| 1/21/2015 ECS | A111 Other<br>TELECONFERENCE WITH  J. LITTLE AND D. BUNCHER REGARDING<br>SETTLEMENTS; TELECONFERENCE WITH  TOM CULPEPPER<br>REGARDING BSW SETTLEMENT | | 0.75<br>600.00/hr | 450.00 |
| 2/17/2015 ECS | A111 Other<br>TELECONFERENCE WITH  GUY HOHMANN; EMAILS REGARDING FEE<br>SPLITS | | 0.75<br>600.00/hr | 450.00 |
| 2/27/2015 ECS | A111 Other<br>WORKED ON ATTORNEY FEE DECLARATION AND TIME ENTRIES | | 2.50<br>600.00/hr | 1,500.00 |
| 3/3/2015 ECS | A111 Other<br>TELECONFERENCE WITH  DOUG BUNCHER; VARIOUS EMAILS | | 0.50<br>600.00/hr | 300.00 |
| 3/6/2015 ECS | A111 Other<br>WORKED ON ATTORNEY FEE AFFIDAVIT | | 2.00<br>600.00/hr | 1,200.00 |
| 3/14/2015 ECS | A111 Other<br>WORKED ON DECLARATION AND TIME ENTRIES; REVIEW OF<br>DECLARATORY JUDGMENT LAWSUIT FILED AGAINST BSW | | 2.00<br>600.00/hr | 1,200.00 |
| 3/17/2015 ECS | A111 Other<br>REVIEW VARIOUS EMAILS REGARDING CAFA ISSUES;<br>TELECONFERENCE WITH  CO-COUNSEL | | 0.50<br>600.00/hr | 300.00 |

**For professional services rendered**                                756.25     $404,112.50

S-29103.0 Breazele-Class

Additional Charges :

| | | | Qty/Price | Amount |
|---|---|---|---|---|
| 12/9/2014 | ECS | E110 Out-of-town travel Parking | 1 3.00 | 3.00 |
| 12/16/2014 | ECS | E110 Out-of-town travel Airfare to New Orleans | 1 263.20 | 263.20 |
| | **Total additional charges** | | | $266.20 |
| | **Total amount of this bill** | | | $404,378.70 |
| | Balance due | | | $404,378.70 |