Case 3:09-cv-00298-N   Document 2138   Filed 05/15/15   Page 1 of 3   PageID 59733

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | § § § | |
| **Plaintiff** | § | |
| v. | § § | **CIVIL ACTION NO. 3:09-CV-0298-N** |
| **STANFORD INTERNATIONAL BANK, LTD., ET AL.,** | § § | |
| **Defendants** | § § | |
| | § | |
| **THE OFFICIAL STANFORD INVESTORS COMMITTEE,** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § | **CIVIL ACTION NO. 3:12-CV-01447-N** |
| **BDO USA, LLP,** *et al.,* | § § | |
| **Defendants.** | § | |

**APPENDIX IN SUPPORT OF EXPEDITED REQUEST FOR ENTRY OF
SCHEDULING ORDER AND MOTION TO APPROVE PROPOSED SETTLEMENT
WITH BDO USA, LLP TO APPROVE THE PROPOSED NOTICE OF SETTLEMENT
WITH BDO USA, LLC, TO ENTER THE BAR ORDER, TO ENTER THE FINAL
JUDGMENT AND BAR ORDER, AND FOR PLAINTIFFS' ATTORNEYS' FEES**

Ralph S. Janvey, (the "Receiver"), and the Official Stanford Investors Committee ("OSIC"), file this appendix (the "Appendix") in support of the *Expedited Request for Entry of Scheduling Order and Motion to Approve Proposed Settlement with BDO USA, LLP to Approve the Proposed Notice Of Settlement with BDO USA, LLC, to Enter the Bar Order, to Enter the Final Judgment and Bar Order, and for Plaintiffs' Attorneys' Fees* (the "Motion").

82293v.1

| EXHIBIT | DESCRIPTION | APP. NOS. |
|---------|-------------|-----------|
| **APPENDIX MATERIALS** | | |
| 1 | Settlement Agreement | 0001-0076 |
| 2 | Declaration of Douglas J. Buncher | 0077-0096 |
| 2-A | Neligan Foley LLP Invoices dated May 15, 2015 | 0097-0137 |
| 2-B | Revised Fee Agreement dated April 10, 2014 between Official Stanford Investors Committee and Neligan Foley LLP, Castillo Snyder, P.C., Strasburger & Price, LLP, and Butzel Long, P.C. | 0138-0154 |
| 3 | Declaration of Edward C. Snyder | 0155-0221 |
| 4 | Declaration of Edward F. Valdespino | 0222-0263 |
| 5 | Declaration of Peter D. Morgenstern | 0264-0271 |
| 6 | Order Approving Attorneys' Fees | 0272-0278 |
| 7 | Declaration of Examiner John J. Little | 0279-0286 |

Dated:  May 15, 2015                    Respectfully submitted,


                              */s/ Douglas J. Buncher*
                              Douglas J. Buncher
                              dbuncher@neliganlaw.com
                              John D. Gaither
                              *jgaither@neliganlaw.com*

                              **NELIGAN FOLEY LLP**
                              325 N. St. Paul, Suite 3600
                              Dallas, Texas  75201
                              Telephone:  (214) 840-5300
                              Facsimile:  (214) 840-5301

                              ATTORNEYS FOR RALPH S. JANVEY IN HIS
                              CAPACITY AS COURT-APPOINTED RECEIVER FOR
                              THE STANFORD RECEIVERSHIP ESTATE

**CASTILLO SNYDER, P.C.**

 */s/ Edward C. Snyder*
Edward C. Snyder
esnyder@casnlaw.com
Jesse R. Castillo
jcastillo@casnlaw.com
300 Convent Street, Suite 1020
San Antonio, Texas  78205
Telephone:  (210) 630-4200
Facsimile:  (210) 630-4210

**STRASBURGER & PRICE, LLP**

 */s/ Edward F. Valdespino*
Edward F. Valdespino
Texas State Bar No. 20424700
edward.valdespino@strasburger.com
300 Convent Street, Suite 900
San Antonio, Texas  78205
Telephone:  (210) 250-6000
Facsimile:  (210) 250-6100

**BUTZEL LONG PC**

 */s/ Peter D. Morgenstern*
Peter D. Morgenstern
*Admitted Pro Hac Vice*
morgenstern@butzel.com
380 Madison Avenue, 22nd Floor
New York, New York  10017
Telephone:  (212) 818-1110
Facsimile:  (212) 818-0494

**ATTORNEYS FOR THE OFFICIAL STANFORD
INVESTORS COMMITTEE**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's ECF system in May 15, 2015.

 */s/ Douglas J. Buncher*
Douglas J. Buncher

82293v.1