IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § | |
| v. | § § | Case No. 3:09-CV-0298-N |
| STANFORD INTERNATIONAL BANK, LTD., ET AL., | § § § | |
| Defendants. | § § | |

## APPENDIX IN SUPPORT OF RECEIVER'S MOTION FOR APPROVAL OF THIRTY-FIFTH INTERIM FEE APPLICATION AND BRIEF IN SUPPORT

| | |
|---|---|
| THOMPSON & KNIGHT LLP | BAKER BOTTS L.L.P. |
| 1722 Routh Street | 910 Louisiana |
| Dallas, Texas 75201 | Houston, Texas 77002 |
| (214) 969-1700 | (713) 229-1234 |
| (214) 969-1751 (Facsimile) | (713) 229-1522 (Facsimile) |

**ATTORNEYS FOR RECEIVER
RALPH S. JANVEY**

Dated:  July 16, 2015

Richard B. Roper, III
Texas Bar No. 17233700
richard.roper@tklaw.com
THOMPSON & KNIGHT LLP
1722 Routh Street
Dallas, Texas  75201
(214) 969-1700
(214) 969-1751 (Facsimile)

Respectfully submitted,

BAKER BOTTS L.L.P.

By: /s/ Kevin M. Sadler
    Kevin M. Sadler
    Texas Bar No. 17512450
    kevin.sadler@bakerbotts.com
    Scott D. Powers
    Texas Bar No. 24027746
    scott.powers@bakerbotts.com
    David T. Arlington
    Texas Bar No. 00790238
    david.arlington@bakerbotts.com
    98 San Jacinto Boulevard, Suite 1500
    Austin, TX  78701-4039
    512.322.2500
    512.322.2501 (Facsimile)

    Timothy S. Durst
    Texas Bar No. 00786924
    tim.durst@bakerbotts.com
    2001 Ross Avenue
    Dallas, Texas 75201
    (214) 953-6500
    (214) 953-6503 (Facsimile)

ATTORNEYS FOR RECEIVER RALPH S. JANVEY

## CERTIFICATE OF SERVICE

On July 16, 2015, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I will serve the Court-appointed Examiner, all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

On July 16, 2015, I served a true and correct copy of the foregoing document and the notice of electronic filing by United States Postal Certified Mail, Return Receipt required to the persons noticed below who are non-CM/ECF participants:

> R. Allen Stanford, Pro Se
> Inmate #35017183
> Coleman II USP
> Post Office Box 1034
> Coleman, FL 33521

/s/ Kevin M. Sadler
Kevin M. Sadler

| Exhibit | Title | Appendix |
|---|---|---|
| Exhibit A | Invoice: Krage & Janvey, L.L.P. | p. 1-18 |
| Exhibit B | Invoice: Baker Botts L.L.P. | p. 19-301 |
| Exhibit C | Invoice: Thompson & Knight LLP | p. 302-321 |
| Exhibit D | Invoice: FTI Consulting, Inc. | p. 322-364 |
| Exhibit E | Invoice: Riveron Consulting | p. 365-377 |
| Exhibit F | Invoice: Ernst & Young | p. 378-390 |
| Exhibit G | Invoice: Osler, Hoskin & Harcourt L.L.P. | p. 391-395 |
| Exhibit H | Invoice: Altenburger | p. 396-406 |
| Exhibit I | Invoice: Dudley Topper | p. 407-411 |
| Exhibit J | Invoice: Paul Joseph McMahon | p. 412-415 |
| Exhibit K | Invoice: James M. McCormack | p. 416-420 |
| Exhibit L | Invoice: Professor James C. Spindler | p. 421-423 |
| Exhibit M | Invoice: Professor Marianne M. Jennings | p. 424-426 |
| Exhibit N | Invoice: Karyl Van Tassel | p. 427-450 |
| Exhibit O | Invoice: Navigant Consulting | p. 451-472 |
| Exhibit P | Invoice: FTI Consulting, Inc.  (Claims Process) | p. 473-505 |
| Exhibit Q | Invoice: Gilardi & Co LLC | p. 506-552 |
| Exhibit R | Invoice: Neligan Foley LLP | p. 553-556 |