IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 3:09-CV-298-N-BG |
| STANFORD INTERNATIONAL BANK, LTD., *et al.*, | § § § § § | |
| Defendants. | § | |

**ORDER GRANTING RECEIVER'S MOTION TO**
**COMPEL PRODUCTION OF DOCUMENTS FROM TRANSUNION LLC**

Now before the court is a Rule 45 motion to compel production of documents from TransUnion LLC (Transunion) filed by Ralph S. Janvey in his capacity as court-appointed Receiver. (ECF No. 2177). Through the motion, the Receiver asks the court to compel production of consumer credit reports for David Miguel Nanes and his wife Hasibe Elizabeth Ancona.

The district court referred the discovery matters in this motion to the undersigned United States Magistrate Judge, *see* Orders, *In re Stanford Entities Secs. Litig.*, 3:09-MD-2099-N (N.D. Tex. Sept. 24, 2012, and Feb. 13, 2014) (ECF Nos. 30, 50), and the motion is ripe for review. The Receiver filed the motion to compel on July 20, 2015; Transunion has not filed a response.

After considering the Receiver's motion and the relevant law, the undersigned concludes that the Receiver's motion should be and is hereby **GRANTED**.

It is therefore,

**ORDERED** that Transunion shall furnish the Receiver with a copy of consumer credit reports for David Miguel Nanes and Hasibe Elizabeth Ancona, as described in Exhibit "A" to the

Receiver's subpoena duces tecum dated June 4, 2015, within **thirty (30) days** of the date of this order.

**SO ORDERED.**

Dated:   August 26, 2015.

_____
NANCY M. KOENIG
United States Magistrate Judge