IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff | § § | |
| v. | § § | CIVIL ACTION NO. 3:09-CV-0298-N |
| STANFORD INTERNATIONAL BANK, LTD., *et al.*, | § § § | |
| Defendants. | § § | |
| THE OFFICIAL STANFORD INVESTORS' COMMITTEE, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:12-CV-01447-N |
| BDO USA, LLP, *et al.* | § § § | |
| Defendants. | § | |

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL APPENDIX
IN SUPPORT OF EXPEDITED REQUEST FOR ENTRY OF SCHEDULING
ORDER AND MOTION TO APPROVE PROPOSED SETTLEMENT WITH
BDO USA, LLP TO APPROVE THE PROPOSED NOTICE OF SETTLEMENT
WITH BDO USA, LLC TO ENTER THE BAR ORDER, TO ENTER THE FINAL
JUDGMENT AND BAR ORDER, AND FOR PLAINTIFFS' ATTORNEYS' FEES**

The Official Stanford Investors Committee ("OSIC") ( "Movant"), respectfully requests permission to file a supplemental appendix in support of the *Expedited Request for Entry of Scheduling Order and Motion to Approve Proposed Settlement with BDO USA, LLP to Approve the Proposed Notice of Settlement with BDO USA, LLC to Enter the Bar Order, to Enter the Final Judgment and Bar Order, and for Plaintiffs' Attorneys' Fees* (the "Motion") [Dkt. #2137]. *See* L.R. 56.7.

82953v.1

1. Movant requests leave to file a supplemental appendix to the Motion for the sole purpose of submitting the Declaration of Robert Summers ("Summers Declaration), which relates solely to the hours invested by Taube Summers Harrison Taylor Meinzer Brown LLP f/k/a Hohmann, Taube & Summers LLP ("TS") when TS was lead counsel to Movant in the BDO Litigation.  The proposed Supplemental Appendix is attached hereto as **Exhibit A.**

2. The Summers Declaration is being submitted now, because Movant's counsel only recently resolved the TS Objection [Dkt. #2208] to the Motion, and TS agreed to provide the Declaration following resolution of the TS Objection.  The TS Objection was withdrawn on August 25, 2015 [*See* Dkt. #2223], and Movant filed the Supplemental Appendix with the Summers Declaration on August 26, 2015 [Dkt #2224].

3. The clerk contact Movant's counsel this morning indicating a Motion for Leave to File the Supplemental Appendix should be submitted.  No party is being prejudiced by the submission of the Summers Declaration at this time, as it merely established the billable hours invested by TS as former lead counsel to Movant for the Court's consideration in connection with Movant's request for approval of Movant's attorneys' fees.

## PRAYER

Movant respectfully request that the Court grant this motion for leave and enter the attached order permitting Movant to file the Supplemental Appendix attached hereto as **Exhibit A**, and already filed as Dkt. #2224 in Civil Action No. 3:09-CV-0298-N.

Dated:  August 27, 2015                     Respectfully submitted,

   */s/ Douglas J. Buncher*
Douglas J. Buncher
dbuncher@neliganlaw.com
John D. Gaither
jgaither@neliganlaw.com

**NELIGAN FOLEY LLP**
325 N. St. Paul, Suite 3600
Dallas, Texas  75201
Telephone:  (214) 840-5300
Facsimile:  (214) 840-5301


**CASTILLO SNYDER, P.C.**

   */s/ Edward C. Snyder*
Edward C. Snyder
esnyder@casnlaw.com
Jesse R. Castillo
jcastillo@casnlaw.com
300 Convent Street, Suite 1020
San Antonio, Texas  78205
Telephone:  (210) 630-4200
Facsimile:  (210) 630-4210

**STRASBURGER & PRICE**

   */s/ Edward F. Valdespino*
Edward F. Valdespino
edward.valdespino@strasburger.com
300 Convent Street, Suite 900
San Antonio, Texas  78205
Telephone:  (210) 250-6000
Facsimile:  (210) 250-6100

        **BUTZEL LONG PC**
        */s/ Peter D. Morgenstern*
        Peter D. Morgenstern
        *Admitted Pro Hac Vice*
        morgenstern@butzel.com
        380 Madison Avenue, 22nd Floor
        New York, New York 10017
        Telephone: (212) 818-1110
        Facsimile: (212) 818-0494

        **ATTORNEYS FOR THE OFFICIAL STANFORD INVESTORS COMMITTEE**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon all counsel of record via this Court's ECF system on August 27, 2015.

        */s/ Douglas J. Buncher*
        Douglas J. Buncher

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff | § § | |
| v. | § § | CIVIL ACTION NO. 3:09-CV-0298-N |
| STANFORD INTERNATIONAL BANK, LTD., *et al.*, | § § § § | |
| Defendants. | § § | |
| THE OFFICIAL STANFORD INVESTORS' COMMITTEE, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:12-CV-01447-N |
| BDO USA, LLP, *et al.* | § § § | |
| Defendants. | § § | |

**SUPPLEMENTAL APPENDIX IN SUPPORT OF EXPEDITED REQUEST FOR ENTRY OF SCHEDULING ORDER AND MOTION TO APPROVE PROPOSED SETTLEMENT WITH BDO USA, LLP TO APPROVE THE PROPOSED NOTICE OF SETTLEMENT WITH BDO USA, LLC, TO ENTER THE BAR ORDER, TO ENTER THE FINAL JUDGMENT AND BAR ORDER, AND FOR PLAINTIFFS' ATTORNEYS' FEES**

Ralph S. Janvey, (the "Receiver"), and the Official Stanford Investors Committee ("OSIC"), file this supplement to the appendix filed on May 15, 2015 [Dkt. #2138] in support of the *Expedited Request for Entry of Scheduling Order and Motion to Approve Proposed Settlement with BDO USA, LLP to Approve the Proposed Notice of Settlement with BDO USA, LLC, to Enter the Bar Order, to Enter the Final Judgment and Bar Order, and for Plaintiffs' Attorneys' Fees* [Dkt. #2137].

82934v.1

| EXHIBIT | DESCRIPTION | APP. NOS. |
|---|---|---|
| 7 | Declaration of Robert Summers | 0287-0288 |

Dated: August 26, 2015

Respectfully submitted,

_/s/ Douglas J. Buncher_
Douglas J. Buncher
dbuncher@neliganlaw.com
John D. Gaither
jgaither@neliganlaw.com

**NELIGAN FOLEY LLP**
325 N. St. Paul, Suite 3600
Dallas, Texas 75201
Telephone: (214) 840-5300
Facsimile: (214) 840-5301

ATTORNEYS FOR RALPH S. JANVEY IN HIS
CAPACITY AS COURT-APPOINTED RECEIVER FOR
THE STANFORD RECEIVERSHIP ESTATE

**CASTILLO SNYDER, P.C.**

_/s/ Edward C. Snyder_
Edward C. Snyder
esnyder@casnlaw.com
Jesse R. Castillo
jcastillo@casnlaw.com
300 Convent Street, Suite 1020
San Antonio, Texas 78205
Telephone: (210) 630-4200
Facsimile: (210) 630-4210

**STRASBURGER & PRICE**

_/s/ Edward F. Valdespino_
Edward F. Valdespino
edward.valdespino@strasburger.com
300 Convent Street, Suite 900
San Antonio, Texas 78205
Telephone: (210) 250-6000
Facsimile: (210) 250-6100

82934v.1

**BUTZEL LONG PC**
  /s/ Peter D. Morgenstern
Peter D. Morgenstern
*Admitted Pro Hac Vice*
morgenstern@butzel.com
380 Madison Avenue, 22nd Floor
New York, New York 10017
Telephone: (212) 818-1110
Facsimile: (212) 818-0494

**ATTORNEYS FOR THE OFFICIAL STANFORD INVESTORS COMMITTEE**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon all counsel of record via this Court's ECF system on August 26, 2015.

  /s/ Douglas J. Buncher
Douglas J. Buncher

82934v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § | |
| Plaintiff | § § | |
| v. | § § | Cause No. 3:09-CV-0298-N |
| STANFORD INTERNATIONAL BANK, LTD., ET AL., | § § § § | |
| Defendants. | § | |

## DECLARATION OF ROBERT SUMMERS IN SUPPORT OF MOTION TO APPROVE PROPOSED SETTLEMENT AGREEMENT WITH BDO ENTITIES

1. My name is Robert Summers. I am over 18 years of age and am fully competent to make this Declaration. I have personal knowledge of the facts set forth in this Declaration and they are all true and correct.

2. I am a partner of Taube Summers Harrison Taylor Meinzer Brown LLP f/k/a Hohmann, Taube & Summers LLP ("TS"). TS served as lead counsel for the Official Stanford Investors Committee ("OSIC") in Civil Action No. 3:12-CV-01447-N, *Official Stanford Investors Committee v. BDO USA, LLP, et al.* (the "OSIC Litigation") from March 2011 until August 22, 2013. During this time period, TS incurred $453,609.25 in professional fees, which represents a total of 1,519.65 hours of time spent by TS professionals at a blended hourly rate of $298.50.

3. TS also served as lead counsel to the Investor Plaintiffs in Civil Action No. 3:11-CV-01115-N, *Phillip Wilkinson, et al. v. BDO USA, LLP, et al.* (the "Investor Litigation") (together with the OSIC Litigation, the "BDO Litigation") from January 2011 until September

25, 2013. During this time period, TS incurred $892,177.00 in professional fees, which represents a total of 2,955.30 hours of time by TS professionals at a blended hourly rate of $301.89.

4. I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 25, 2015.

*Robert Summers*

82932v.1

**Declaration of Robert Summers**

Page 2

**APP 0288**