IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Cause No. 3:09-CV-0298-N |
| STANFORD INTERNATIONAL BANK, LTD., ET AL., | § § § | |
| Defendants. | § | |

**APPENDIX TO EXPEDITED REQUEST FOR ENTRY OF SCHEDULING ORDER AND MOTION FOR ORDER APPROVING PROPOSED SETTLEMENT WITH KROLL AND FOR ANCILLARY ORDERS AND BRIEF IN SUPPORT**

Ralph S. Janvey, (the "Receiver"), and the Official Stanford Investors Committee ("OSIC"), file this appendix (the "Appendix") in support of the *Expedited Request for Entry of Scheduling Order and Motion for Order Approving Proposed Settlement with Kroll and for Ancillary Orders and Brief in Support* (the "Motion").

| EXHIBIT | DESCRIPTION |
|---|---|
| **APPENDIX MATERIALS** | |
| **1.** | Settlement Agreement |
| | Exhibit A – Scheduling Order |
| | Exhibit B – Long Form Notice |
| | Exhibit C – Publication Notice |
| | Exhibit D – Bar Order and Judgment |
| | Exhibit E – Antiguan Orders |
| | Exhibit F – Stanford Entities List |
| **2.** | Order Approving Settlement Agreement in Case No.: 15-10226-LSS; *In re Altegrity, Inc., et al.* in the United States Bankruptcy Court for the District of Delaware |

Dated: March 7, 2016

Respectfully submitted:

**DAVIS & SANTOS, P.C.**

By: /s/ Mark Murphy
    Jason Davis
    jdavis@dslawppc.com
    State Bar No. 00793592
    Mark Murphy
    mmurphy@dslawpc.com
    State Bar No. 24002667
    112 E. Pecan, Suite 900
    San Antonio, Texas 78205
    (210) 853-5882
    (210) 200-8395 (Facsimile)

*SPECIAL COUNSEL TO RECEIVER RALPH JANVEY*

**CASTILLO SNYDER, P.C.**

By: /s/ Edward C. Snyder
    Edward C. Snyder
    esnyder@casnlaw.com
    Jesse R. Castillo
    jcastillo@casnlaw.com
    300 Convent Street, Suite 1020
    San Antonio, Texas 78205
    (210) 630-4200
    (210) 630-4210 (Facsimile)

*COUNSEL FOR THE OFFICIAL STANFORD INVESTORS COMMITTEE*

**STRASBURGER & PRICE, LLP**

 Judith R. Blakeway
 judith.blakeway@strasburger.com
 2301 Broadway Street
 San Antonio, Texas 78215
 (210) 250-6000
 (210) 250-6100 (Facsimile)

**BUTZEL LONG, P.C.**

 Peter D. Morgenstern
 (*admitted pro hac vice*)
 morgenstern@butzel.com
 380 Madison Avenue
 New York, New York 10017
 (212) 818-1110
 (212) 818-0494 (Facsimile)

**NELIGAN FOLEY, LLP**

 Douglas J. Buncher
 dbuncher@neliganlaw.com
 Republic Center
 325 N. St. Paul, Suite 3600
 Dallas, Texas  75201
 (214) 840-5320
 (214) 840-5301 (Facsimile)

*COMMITTEE COUNSEL*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's ECF System on March 7, 2016.

      /s/ Mark Murphy
      Mark Murphy