**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § § | |
| v. | § | Civil Action No. 3:09-CV-00298-N |
| STANFORD INTERNATIONAL BANK, LTD., *et al.*, | § § § § | |
| Defendants. | § | |

| | | |
|---|---|---|
| IN RE: STANFORD ENTITIES SECURITIES LITIGATION | § § § § § § § § § § § | MDL No. 2099 |

## AGREED MOTION TO DISTRIBUTE KROLL SETTLEMENT LONG FORM NOTICE VIA ECF

TO THE HONORABLE COURT:

COME NOW Receiver Ralph S. Janvey (the "Receiver") and the Official Stanford Investors Committee ("OSIC") (collectively, "Movants") and file this Agreed Motion to Distribute Kroll Settlement Long Form Notice via ECF, and in support thereof would respectfully show the Court the following:

1. On March 7, 2016, Movants filed their Expedited Request for Entry of Scheduling Order and Motion for Order Approving Proposed Settlement with Kroll and for Ancillary Orders and Brief in Support (the "Motion to Approve") [Doc. 2280] in Civil Action No. 3:09-CV-

00298-N, pending in the United States District Court for the Northern District of Texas (the "SEC Case"). On March 23, 2016, the Court entered the Scheduling Order [Doc. 2290] in the SEC Case.

2. Pursuant to the Scheduling Order, on or before April 13, 2016, the Receiver is required to "cause the Long Form Notice to be distributed by ECF to all parties to and persons who have entered an appearance in any case included in MDL No. 2099, *In re: Stanford Entities Securities Litigation* (N.D. Tex.)" (the "MDL"). *See* Doc. 2290, at pg. 4.

3. Movants request the Court to permit the Clerk to file the Long Form Notice, attached as Exhibit A, via ECF in the MDL and in all cases included in the MDL. Counsel for Kroll, LLC (f/k/a Kroll Inc.) and Kroll Associates, Inc. agree to this Motion.

Date:   April 12, 2016.

Respectfully submitted:

**DAVIS & SANTOS, P.C.**

By: /s/ Mark Murphy
    Jason Davis
    jdavis@dslawppc.com
    State Bar No. 00793592
    Mark Murphy
    mmurphy@dslawpc.com
    State Bar No. 24002667
    112 E. Pecan, Suite 900
    San Antonio, Texas 78205
    (210) 853-5882
    (210) 200-8395 (Facsimile)

*SPECIAL COUNSEL TO RECEIVER RALPH JANVEY*


**CASTILLO SNYDER, P.C.**

By: /s/ Edward C. Snyder
    Edward C. Snyder
    esnyder@casnlaw.com
    Jesse R. Castillo
    jcastillo@casnlaw.com
    300 Convent Street, Suite 1020
    San Antonio, Texas 78205
    (210) 630-4200
    (210) 630-4210 (Facsimile)

*COUNSEL FOR THE OFFICIAL STANFORD INVESTORS COMMITTEE*

**STRASBURGER & PRICE, LLP**

Judith R. Blakeway
judith.blakeway@strasburger.com
2301 Broadway Street
San Antonio, Texas 78215
(210) 250-6000
(210) 250-6100 (Facsimile)

**BUTZEL LONG, P.C.**

Peter D. Morgenstern
(*admitted pro hac vice*)
morgenstern@butzel.com
380 Madison Avenue
New York, New York 10017
(212) 818-1110
(212) 818-0494 (Facsimile)

**NELIGAN FOLEY, LLP**

Douglas J. Buncher
dbuncher@neliganlaw.com
Republic Center
325 N. St. Paul, Suite 3600
Dallas, Texas  75201
(214) 840-5320
(214) 840-5301 (Facsimile)

*COMMITTEE COUNSEL*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's ECF System on April 12, 2016.

      I further certify that on April 12, 2016, I served a true and correct copy of the foregoing document via United States Postal Certified Mail, Return Receipt required to the persons noticed below who are non-CM/ECF participants:

R. Allen Stanford, Pro Se                  CM/RRR: 7015 3010 0000 1002 8765
Inmate #35017183
Coleman II USP
Post Office Box 1034
Coleman, FL 33521

                                            /s/ Mark Murphy
                                            Mark Murphy