IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:09-CV-00298-N |
| STANFORD INTERNATIONAL BANK, LTD., *et al.*, | § § § | |
| Defendants. | § | |

**ORDER APPROVING MOTION TO MODIFY
KROLL SETTLEMENT SCHEDULING ORDER**

Before the Court is the *Agreed Motion to Modify Kroll Settlement Scheduling Order* (the "Motion") filed by Ralph Janvey, in his capacity as Court-appointed Receiver for the Stanford Receivership Estate (the "Receiver") and the Official Stanford Investors Committee ("OSIC") (collectively, "Movants").  The Court finds the Motion should be granted.

The Court finds the following:

On March 7, 2016, Movants filed their Expedited Request for Entry of Scheduling Order and Motion for Order Approving Proposed Settlement with Kroll and for Ancillary Orders and Brief in Support (the "Motion to Approve") [Doc. 2280].  On March 23, 2016, the Court entered a Scheduling Order [Doc. 2290] which requires Movants to provide notice of the proposed settlement in various ways, including publishing in periodicals.

Among others, paragraph 3(c) of the Scheduling Order requires publication in The Wall Street Journal in various countries including Ecuador, Peru and Venezuela.  *See* Doc. 2290, at pg. 4.

The Wall Street Journal no longer publishes in these countries, and no longer uses "partner" publications in these countries. The publications in these countries with similar and sufficient coverage are El Comercio in Ecuador, El Comercio in Peru, and El Universal in Venezuela. Publishing in these periodicals will provide the coverage in these countries that was intended through the requirement to publish in these countries through the Wall Street Journal.

The Court therefore GRANTS the Motion.

The Court therefore orders that paragraph 3(c) of the Scheduling Order is hereby modified to read as follows:

    c.    no later than twenty-one (21) calendar days after entry of this Scheduling Order, cause the publication notice in the form attached as Exhibit 1(C) to this Scheduling Order (the "Publication Notice") to be published in the print and electronic editions of the following publications:  The Wall Street Journal (global edition, as well as the Spanish translation of the Publication Notice attached as Exhibit 1(C) to this Scheduling Order in Colombia, Mexico and Panama), El Comercio in Ecuador, El Comercio in Peru (Spanish translation), El Universal in Venezuela (Spanish translation), The New York Times, and The Daily Observer (Antigua and Barbuda)[.]

All other aspects of the Scheduling Order remain unchanged.

IT IS SO ORDERED.

SIGNED on April 12, 2016.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE