IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § | Civil Action No. 3:09-CV-00298-N |
| STANFORD INTERNATIONAL BANK, LTD., *et al.*, | § § § | |
| Defendants. | § § | |

**NOTICE OF ANTIGUAN ORDERS APPROVING KROLL SETTLEMENT**

TO THE HONORABLE COURT:

Receiver Ralph S. Janvey and the Official Stanford Investors Committee hereby notify the Court that the Eastern Caribbean Supreme Court in the High Court of Justice, Antigua and Barbuda, has entered orders approving the Kroll Settlement. These orders are attached to this Notice as:

    a.  Stanford Trust Company Limited, entered on June 30, 2016 – Exhibit A;

    b.  Stanford International Bank Limited, entered on May 26, 2016 – Exhibit B; and

    c.  Stanford Development Company Limited, entered on May 26, 2016 – Exhibit C.

Dated:  July 7, 2016.

Respectfully submitted:

**DAVIS & SANTOS, P.C.**

By:   _s/ Mark Murphy_
       Jason Davis
       jdavis@dslawppc.com
       State Bar No. 00793592
       Mark Murphy
       mmurphy@dslawpc.com
       State Bar No. 24002667
       112 E. Pecan, Suite 900
       San Antonio, Texas  78205
       (210) 853-5882
       (210) 200-8395 (Facsimile)

***SPECIAL COUNSEL TO RECEIVER
RALPH JANVEY***

**CASTILLO SNYDER, P.C.**

By:  *s/ Edward C. Snyder* _____
   Edward C. Snyder
   esnyder@casnlaw.com
   Jesse R. Castillo
   jcastillo@casnlaw.com
   300 Convent Street, Suite 1020
   San Antonio, Texas  78205
   (210) 630-4200
   (210) 630-4210 (Facsimile)

*COUNSEL FOR THE OFFICIAL STANFORD INVESTORS COMMITTEE*

**STRASBURGER & PRICE, LLP**

   Judith R. Blakeway
   judith.blakeway@strasburger.com
   2301 Broadway Street
   San Antonio, Texas 78215
   (210) 250-6000
   (210) 250-6100 (Facsimile)

**BUTZEL LONG, P.C.**

   Peter D. Morgenstern
   (*admitted pro hac vice*)
   morgenstern@butzel.com
   380 Madison Avenue
   New York, New York 10017
   (212) 818-1110
   (212) 818-0494 (Facsimile)

**NELIGAN FOLEY, LLP**

   Douglas J. Buncher
   dbuncher@neliganlaw.com
   Republic Center
   325 N. St. Paul, Suite 3600
   Dallas, Texas  75201
   (214) 840-5320
   (214) 840-5301 (Facsimile)

*COMMITTEE COUNSEL*

3

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's ECF System on July 7, 2016.

I further certify that on July 7, 2016, I served a true and correct copy of the foregoing document via United States Postal Certified Mail, Return Receipt required to the persons noticed below who are non-CM/ECF participants:

R. Allen Stanford, Pro Se
Inmate #35017183
Coleman II USP
Post Office Box 1034
Coleman, FL 33521


*/s/ Mark Murphy*
Mark Murphy