IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:09-CV-0298-N |
| STANFORD INTERNATIONAL BANK LTD, *et al.*, | § § § | |
| Defendants. | § § | |

# ORDER

The Kroll settlement hearing previously set for July 8, 2016, is now set for August 12, 2016, at 11:00 a.m.

Signed July 11, 2016.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE