**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE** | § | |
| **COMMISSION,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| **v.** | § | Civil Action No.:  3:09-CV-0298-N |
| | § | |
| **STANFORD INTERNATIONAL** | § | |
| **BANK, LTD., et al.,** | § | |
| | § | |
| Defendants. | § | |
| _____ | § | |

**PLAINTIFF'S UNOPPOSED MOTION TO ENTER FINAL JUDGMENT**
**AGAINST DEFENDANT LAURA PENDERGEST-HOLT**

Plaintiff Securities and Exchange Commission ("Commission") files this Unopposed Motion to Enter Final Judgment against Defendant Laura Pendergest-Holt ("Defendant"), and respectfully shows the Court as follows:

1.      On February 17, 2009, the Commission filed suit alleging violations of the federal securities laws by this Defendant.

2.      The Commission has reached a settlement with Defendant regarding the Commission's claims.  Defendant has executed the attached Consent and agrees to the form of the attached proposed Judgment.  A copy of the Consent is attached hereto as Exhibit "1" and a copy of the Judgment is attached hereto as Exhibit "2".

3.      The Commission respectfully requests that the Court enter the Agreed Final Judgment as to Defendant Laura Pendergest-Holt and the Court expressly rule that there is no just reason for delaying the entry of such Final Judgment under Federal Rule of Civil Procedure 54(b).

Dated:  March 27, 2018                    Respectfully submitted,

                                          *s/ Janie L. Frank*
                                          DAVID B. REECE
                                          Texas Bar No. 242002810
                                          B. DAVID FRASER
                                          Texas Bar No. 24012654
                                          JANIE L. FRANK
                                          Texas Bar No. 07363050
                                          U.S. Securities and Exchange Commission
                                          Fort Worth Regional Office
                                          Burnett Plaza, Suite 1900
                                          801 Cherry Street, Unit #18
                                          Fort Worth, TX  76102-6882
                                          (817) 978-6478 (jlf)
                                          (817) 978-4927 (fax)

## CERTIFICATE OF SERVICE

I certify that on March 27, 2018, I electronically filed the foregoing document with the Clerk of the Court for the Northern District of Texas, Dallas Division, using the CM/ECF system.  The ECF system will send a "Notice of Electronic Filing" to all counsel of record who has consented in writing to accept service of this document by electronic means.

I further certify that on March 27, 2018, I served a true and correct copy of the foregoing document and the notice of electronic filing by depositing a copy thereof in an authorized UPS depository at Fort Worth, Texas, with overnight express charges prepaid and addressed to the following parties, and also mailed a true and correct copy by United States Postal Certified Mail, Return Receipt required to the persons noticed below who are non-CM/ECF participants:

R. Allen Stanford, Pro Se             R. Allen Stanford, Pro Se
Inmate #35017183                      Inmate #35017183
Coleman II USP                        Coleman II USP
Post Office Box 1034                  846 NE 54th Terrace
Coleman, FL 33521                     Sumterville, FL 33521
*Via Certified Mail, Return Receipt*  *Via UPS, Overnight Mail*
*Requested*

                                      *s/ Janie L. Frank*
                                      Janie L. Frank