UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>STANFORD INTERNATIONAL BANK, LTD., *et al.*,<br><br>    Defendants. | Civil Action No. 3:09-CV-0298-N |
| CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>RALPH S. JANVEY, IN HIS CAPACITY AS COURT APPOINTED RECEIVER FOR STANFORD INTERNATIONAL BANK, LTD., *et al.*,<br><br>    Defendants. | Civil Action No. 3:09-CV-01736-N |
| CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>PABLO M. ALVARADO, *et al.*,<br><br>    Defendants. | Civil Action No. 3:13-CV-2226-N |

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON, *et al.*, <br><br>    Plaintiffs, <br><br> v. <br><br> PAUL D. WINTER, *et al.*, <br><br>    Defendants. | Civil Action No. 3:15-CV-1997-N |
| CLAUD F. REYNAUD, *et al.*, <br><br>    Plaintiffs, <br><br> v. <br><br> CERTAIN UNDERWRITERS AND LLOYD'S OF LONDON, *et al.*, <br><br>    Defendants. | Civil Action No. 3:14-CV-3731-N |

**NOTICE OF RUSSELL WARDEN GOOD AND PAULA SUTTON TO WITHDRAW AND DISMISS THEIR INDIVIDUAL OBJECTION TO THE LLOYD'S SETTLEMENT FILING**

COMES NOW, RUSSELL WARDEN GOOD and PAULA SUTTON (the "Former Objectors"), without intending to affect or impair the claims or rights of any other party, and hereby notifies the Court that they individually withdraw from and dismiss their individual objections to the following filings (collectively, the "Lloyd's Settlement Filings"): the June 27, 2016 Expedited Request for Entry of Scheduling Order and to Stay Related Litigation and Motion to Approve Proposed Settlement with Certain Underwriters at Lloyd's of London, Lexington Insurance Co., and Arch Specialty Insurance Co., to Enter the Bar Order, to Enter the Coverage Action Judgment and Bar Order, to Enter the Third-Party Coverage Actions Judgments and Bar Orders, and For the Movants' Attorneys' Fees [see Doc. 2324 in the SEC Lawsuit (the "Lloyd's Settlement Motion")];

the Court's May 16, 2017 Order overruling objections to the Lloyd's Settlement Motion [see Doc. 2518 in the SEC Lawsuit]; the Court's May 16, 2017 Final Bar Order concerning the Lloyd's Settlement Motion [see Doc. 2519 in the SEC Lawsuit]; and the Court's May 16, 2017 Order Approving Attorneys' Fees relating to the Lloyd's Settlement Motion [see Doc. 2521 in the SEC Lawsuit]. By this filing this Notice to Withdraw, the Former Objectors further individually and personally withdraw from the September 30, 2016 Joint Objection [see Doc. 2389 in the SEC Lawsuit]; the October 5, 2016 Joint Objection Supplemental Filing [see Doc. 2397 in the SEC Lawsuit]; the November 4, 2016 Objectors' Offer of Proof Into Evidence [see Doc. 2432 in the SEC Lawsuit]; the June 13, 2017 Motion for a New Trial or to Alter and Amend Final Bar Order Entered May 16, 2017 Granting Settlement Order and Denying Objections Pursuant to FED. R. CIV. P. 59 [see Doc. 2530 in the SEC Lawsuit]; the June 13, 2017 Brief in Support of Motion for a New Trial or to Alter and Amend Final Bar Order Entered May 16, 2017 Granting Settlement and Order Denying Objections Pursuant to FED. R. CIV. P. 59 [see Doc. 2531 in the SEC Lawsuit]; the June 13, 2017 Appendix in Support of Motion for a New Trial or to Alter and Amend Final Bar Order Granting Settlement and Order Denying Objection Pursuant to FED. R. CIV. P. 59 [see Doc. 2532 in the SEC Lawsuit]; the July 19, 2017 Reply to the Receiver's Response to the June 13, 2017 Motion for a New Trial or to Alter and Amend Final Bar Order Entered May 16, 2017 Granting Settlement and Order Denying Objections Pursuant to FED. R. CIV. P. 59 [see Doc. 2554 in the SEC Lawsuit]; and the June 14, 2017 Notice of Appeal [see Doc. 2535 in the SEC Lawsuit] filed on their behalf.

The Receiver and the Former Objectors have entered into a settlement of their disputes rendering the Former Objectors' Objections and Motions moot as to each of them, individually. The Former Objectors are not authorized to file a notice on behalf of or to make withdrawals and

dismissals for any other party, this Notice is not intended to affect any other unnamed parties' Objections or Motions, and the Former Objectors are not authorized to act on any other persons' behalf except themselves, individually.

Dated:  March 30, 2018

    *s/ John C. Porter, Jr.*
John C. Porter, Jr.
Georgia Bar No. 584800
*Pro Hac Vice*
jporter@sbpllplaw.com
**SMILEY BISHOP & PORTER LLP**
1355 Peachtree Street N.E., Suite 1150
Atlanta, GA  30309
Telephone:  (770) 829-3850
Facsimile:   (770) 673-0270

ATTORNEYS FOR RUSSELL WARDEN GOOD AND PAULA SUTTON

CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all counsel of record.

    */s/ John C. Porter, Jr.*
John C. Porter, Jr.
**SMILEY BISHOP & PORTER LLP**
1355 Peachtree Street N.E.
Suite 1150
Atlanta, GA  30309
Telephone:  (770) 829-3850
Facsimile:   (770) 673-0270