SECRETARÍA DE EL TRIBUNAL
Northern District of Texas
1100 Commerce Street
Dallas, Texas 75242

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 25 2018
CLERK, U.S. DISTRICT COURT
By _____ Deputy

ATN: Cámara del Honorable David Godbey

SEC Acción Civil: 3:09-CV-0298-N

Honorable Juez:

Le escribimos para expresar nuestra objeción y protesta sobre los acuerdos del Administrador Judicial, el Comité Oficial de Inversionistas de Stanford y otros, relacionados con el caso Stanford. Estos acuerdos generan millones de dólares en honorarios para los abogados y centavos para las familias afectadas. En esta instancia protestamos enfáticamente el acuerdo propuesto con Hunton y Williams LLP por $34 millones de dólares, de los cuales $8,5 millones son para honorarios de abogados.

Durante los últimos 8 años los ahorristas de Stanford han recibido menos del uno por ciento de sus pérdidas de las distribuciones anunciadas y han tenido que esperar casi un año por cada distribución. Al mismo tiempo han tenido que aguantar la falta de respuestas a sus solicitudes de información enviadas al administrador de reclamos Gilardi & Co. –una empresa que ha cobrado millones de dólares por sus servicios. A este ritmo de menos del uno por ciento de recuperación por año, uno puede deducir que los ahorristas podrían tener que esperar 50 años para ni siquiera recibir el cincuenta por ciento de sus ahorros, o más de 100 años para recibir una completa restitución. Desafortunadamente mucha gente afectada tienen entre 60 y 80 años de edad con una expectativa de vida de 15-20 años. Todos estarán muertos para entonces.



Cuando Stanford Financial Group fue intervenido por las autoridades de los Estados Unidos en 2009, el mundo cambió dramáticamente para muchas familias en América Latina y alrededor del mundo, que depositaron sus ahorros de toda la vida en una promesa de seguridad bajo la supervisión de los Estados Unidos. Pareció ser una decisión sabia considerando la naturaleza volátil de sus propios gobiernos; y fue bajo este principio que nos vendieron los certificados de depósito. Todos confiamos nuestros ahorros a una empresa perteneciente a un conglomerado norteamericano regulado y supervisado por las agencias responsables de los Estados Unidos. Sin embargo, esta confianza fue retribuida con una traición que resultó en pérdidas devastadoras. Muchas familias con esperanzas para un futuro ahora viven de la caridad de vecinos, gente está enferma sin dinero para cubrir sus tratamiento médicos, vidas se pierden por la inhabilidad de pagar por cirugías que pudieran salvar sus vidas.

Desafortunadamente, la triste realidad es que la injusticia continua para todas las familias afectadas por el fraude de Stanford a medida que la administración judicial continua generando honorarios para ellos, sus abogados y otros profesionales; mientras negocia sumas miserables para los depositantes. Hasta el momento ellos son los principales beneficiados,

cobrando millones de dólares y alargando el proceso para su propio beneficio. Abogados y profesionales han recibido más de $195,8 millones de dólares y los ahorristas de Stanford menos de 4 centavos por cada dólar.

75 demandas esperaban una moción del juez, de acuerdo al sexto reporte conjunto presentado al tribunal por el síndico y el examinador, sobre demandas presentadas por el Administrados Judicial o el Comité Oficial de Inversionistas de Stanford. De acuerdo al Síndico Ralph Janvey, en su carta abierta sobre los litigios para la recuperación de activos, de fecha 14 de marzo, 2014, "…Estas demandas buscan recuperar más de $680 millones en total. …estas demandas son la fuente principal de fondos que pudieran ser recuperados para el beneficio de todos los reclamantes elegibles…" Sin embargo, a pesar del enorme potencial de recuperación, Janvey no ha tenido éxito en recuperar este dinero. Si el Sr. Janvey y los abogados del Comité Oficial de Inversionistas continúan negociando acuerdos por porcentajes paupérrimos comparados con los montos buscados originalmente, ¿qué esperanza tenemos de recibir cualquier recuperación significativa?

Sólo vemos la prolongación de los procesos judiciales que benefician a los abogados encargados de la administración judicial. El Sr. Janvey recibe un pago generoso de $550 la hora y vive cómodamente en Dallas. Es obvio que no le interesa la diligencia debida pues su familia no sufre este predicamento. Las víctimas de esta debacle son extranjeros de una tierra foránea lejana, un hecho que explica su indiferencia. Las víctimas se convierten en horas cobrables sin el factor humano que afecte su consciencia. ¿Por qué apresurar la ayuda a familias en necesidad y desesperación cuando tienes el sueldo garantizado mientras el proceso continúa?

Le pedimos al tribunal que examine minuciosamente la manera en que las demandas colectivas están siendo negociadas para determinar si estos acuerdos cumplen con el principio de plena competencia, y que demande acuerdos con montos significativos para los depositantes y distribuciones más rápidas para las familias de este terrible fraude –un fraude que no parece terminar.

ARTEMISA PATRICIA HERNANDEZ CONTRERAS,( artemisahernandez@hotmail.com)

IKER ARTEMIO ZETINA HERNANDEZ

ITZAR ABANI ZETINA HERNANDEZ

SAN BUENAVENTURA 288

CLUB DE GOLF MÉXICO

TLALPAN, C.P.14620

CIUDAD DE MÉXICO

TELEFONO 525556557102.  CELULAR 5528555392



Secretaria de el Tribunal
Clerk of The Court
Unite States District
Northern District Court
ATTN. Chambers of The Honorable David Godbey
Sec. Civil Action: 3.09-cv-0298-N
1100 Comerce Street
Dallas, Texas 75
U.S.A.