IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, *et al.*, § § § § Plaintiffs, § § v. § STANFORD INTERNATIONAL BANK, § LTD., *et al.*, § § Defendants. § § § | Civil Action No. 3:09-CV-0298-N |

## **ORDER**

This Order addresses the Receiver's motion for approval of the forty-eighth interim fee application [2662]. Because the Court finds the request reasonable under the factors outlined in *Johnson v. Ga. Highway Express, Inc.*, 488 F.2d 714, 717–19 (5th Cir. 1974), and in line with the Court's previous fee application guidance, *see, e.g.*, Order, Feb. 3, 2010 [994]; Tr. of Hr'g, Sept. 10, 2009, 39–41 [777], the Court grants the motion.

The Receiver incurred $1,990,409.30 in fees and expenses for the period August 1, 2017 to September 30, 2017 in connection with general estate matters. *See* Receiver's Mot. 5 n.4 (listing $1,593,124.17 in professional fees, $57,513.04 in out-of-pocket expenses, $186,702.39 in data loading and hosting services provided by FTI Consulting, Inc., and $153,069.70 in expert fees). The Receiver also incurred $139,346.09 in fees and expenses in connection with the Receivership's claims process for the period of August 1, 2017 to September 30, 2017. *See id.* at 18 n.9 (listing $123,760.41 in professional fees and

$15,585.68 in out-of-pocket expenses). Together, the Receiver incurred $2,129,755.39 in fees and expenses: $1,903,586.97 in non-out-of-pocket expenses and $226,168.42 in out-of-pocket expenses. Applying the ten percent holdback previously imposed by the Court to the non-out-of-pocket expenses, *see* Order, Apr. 4, 2012 [1565] (modifying holdback for non-out-of-pocket expenses), the Receiver requests payment of $1,939,396.69, which the Court approves in full. The Receiver may apply later for the held-back amount of $190,358.70. The Court reserves any ruling on objections to that amount until a later date.

Finally, the Receiver requests approval for payment of $2,032.90 to a professional firm in connection with the Official Stanford Investors Committee from August 1, 2017 to September 30, 2017. *See* Receiver's Mot. 22. The Court approves the Receiver's request for $2,032.90 for payment to that professional firm.

Signed May 4, 2018.

_____
David C. Godbey
United States District Judge