IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, *et al.*, | § § § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | Civil Action No. 3:09-CV-0298-N |
| STANFORD INTERNATIONAL BANK, LTD., *et al.*, | | |
| Defendants. | | |

## **ORDER**

This Order addresses Plaintiff Ralph S. Janvey's (the "Receiver") motion for an order to confirm the status of the Receivership Estate as a qualified settlement fund ("QSF") [2670]. In relevant part, the United States Department of the Treasury defines a QSF as a fund, account, or trust that: (1) is established pursuant to an order of the United States or any of its agencies or instrumentalities, including courts of law; (2) is established to resolve or satisfy claims arising out of a tort, breach of contract, or violation of law; and (3) is a trust under applicable state law or has its assets segregated from other assets of the transferor and related persons. TREAS. REG. § 1.468B-1. Here, (1) the Receivership Estate was established by an order of this Court, (2) the Receiver has been empowered to intake and administer claims by those injured in R. Allen Stanford's fraud and distribute the proceeds of the Receivership Estate to those claimants, and (3) the assets of the Receivership Estate are segregated from any other assets of the Stanford Defendants. Because the Receivership

ORDER – PAGE 1

Estate meets each of the requirements of Treas. Reg. § 1.468B-1(c), it qualifies as a QSF as of January 1, 2017.  The Court accordingly grants the Receiver's motion in full.

Signed May 10, 2018.

_____
David C. Godbey
United States District Judge

ORDER – PAGE 2