**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § | Case No. 3:09-CV-0298-N |
| STANFORD INTERNATIONAL BANK, LTD., ET AL., | § § § | |
| Defendants. | § § | |

---

**RECEIVER'S AND EXAMINER'S SEVENTEENTH JOINT ADVISORY
TO THE COURT REGARDING PENDING MOTIONS**

---

      Receiver Ralph S. Janvey (the "<u>Receiver</u>") and Examiner John J. Little (the "<u>Examiner</u>") hereby respectfully advise the Court that the following motions, pending in cases filed by the Receiver or the Official Stanford Investors Committee ("<u>OSIC</u>"), are now fully briefed and are awaiting ruling by the Court.[1]  The Receiver and Examiner will continue to provide the Court with periodic updates to this advisory in fulfillment of their respective duties to keep the Court and investors informed regarding matters pertinent to this civil action.

---

[1]    This advisory does not include those motions that have been fully briefed but for which further action by the Court is currently stayed by agreement or by Court order.  The Receiver and Examiner will add those motions to future advisories if and when the relevant stays are lifted.

| | | | | | |
|---|---|---|---|---|---|
| | **Motions for Summary Judgment Pending in District Court** | | | | |
| | **Date Filed** | **Case No.** | **Case Name** | **Doc. No.** | **Motion** |
| 1. | April 24, 2015 | 3:11-cv-0041 | *Janvey v. Univ. of Miami* | 153 | Plaintiffs' Motion for Summary Judgment |
| 2. | November 19, 2015 | 3:10-cv-0366 | *Janvey v. Venger et al.* | 570 | Defendants Eduardo and Jennifer Najera's Motion for Partial Summary Judgment Regarding the Receiver's Claim to Recover Principal Investment Proceeds |
| 3. | December 22, 2015 | 3:09-cv-02384 | *Rotstain et al. v. Trustmark National Bank et al.* | 358 | OSIC's Motion for Partial Summary Judgment Against SG Suisse |
| 4. | March 19, 2018 | 3:09-cv-0724 | *Janvey v. Alguire et al.* | 2486 | Motion for Summary Judgment Against Timothy Bambauer |
| | **Motions to Dismiss Receiver's or OSIC's Complaint Pending in District Court** | | | | |
| | **Date Filed** | **Case No.** | **Case Name** | **Doc. No.** | **Motion** |
| 5. | March 26, 2014 | 3:13-cv-0762 | *OSIC v. Bank of Antigua et al.* | 18 | Antigua & Barbuda's Motion to Dismiss Based on Foreign Sovereign Immunity and the Act of State Doctrine |
| 6. | October 10, 2017 | 3:09-cv-0724 | *Janvey v. Alguire et al.* | 2174 | Defendants Jeffrey Adams's, Timothy W. Baughman's, and Thomas G. Rudkin's Motion to Dismiss for Failure to State a Claim |

| | | | | | |
|---|---|---|---|---|---|
| **Other Motions** | | | | | |
| **Other Motions Pending in District Court** | | | | | |
| | **Date Filed** | **Case No.** | **Case Name** | **Doc. No.** | **Motion** |
| 7. | May 10, 2012 | 3:09-cv-0298 | *SEC v. SIB et al.* | 1592 | Beverly DeLoach's Motion to Permit FINRA Arbitration Claim Number 09-00998 to Proceed Against Certain Named Individuals |
| 8. | February 13, 2018 | 3:09-cv-0298 | *SEC v. SIB et al.* | 2679 | ATP Tour, Inc.'s Objection to Second Amended Notice of Determination |
| 9. | March 2, 2018 | 3:09-cv-0298 | *SEC v. SIB et al.* | 2691 | Motion to Authorize Payment of Allowed CD Claim Distributions filed by ATP Tour, Inc. |
| 10. | May 15, 2015 | 3:11-cv-0041 | *Janvey v. Univ. of Miami* | 157 | Defendant's Motion for Relief Under Rule 60 |
| 11. | May 15, 2015 | 3:11-cv-0041 | *Janvey v. Univ. of Miami* | 162 | Defendant's Objections to Plaintiffs' Summary Judgment Evidence and Motion to Strike |
| 12. | May 15, 2015 | 3:11-cv-0041 | *Janvey v. Univ. of Miami* | 163 | University of Miami's Motion for Leave to File Motion for Partial Summary Judgment |
| 13. | November 19, 2015 | 3:12-cv-4641 | *OSIC et al. v. Greenberg Traurig, LLP et al.* | 153 | Defendant Greenberg Traurig, LLP's Amended Motion for Leave to Designate Responsible Third Parties |
| 14. | March 16, 2016 | 3:10-cv-0366 | *Janvey v. Venger et al.* | 640 | Receiver's Motion for Leave to File First Amended Complaint Against Eduardo A. Najera and Jennifer M. Najera |

| 15. | October 20, 2017 | 3:09-cv-0724 | *Janvey v. Alguire et al.* | 2191 | Mary T. Harris's Motion to Dismiss Third-Party Plaintiff Virgil Harris's Complaint |
|-----|------------------|--------------|---------------------------|------|-----------------------------------------------------------------------------------|
| 16. | October 20, 2017 | 3:09-cv-0724 | *Janvey v. Alguire et al.* | 2195 | Motion to Dismiss Alternative Counterclaims and Strike Affirmative Defenses Filed by 95 Former Stanford Employees |
| 17. | December 6, 2017 | 3:09-cv-0724 | *Janvey v. Alguire et al.* | 2287 | Motion to Strike Affirmative Defense and Dismiss Alternative Counterclaim Filed by Timothy L. Bambauer |
| 18. | April 24, 2018 | 3:09-cv-0724 | *Janvey v. Alguire et al.* | 2566 | Receiver's Motion for Award of Attorneys' Fees from Victoria Anctil |
| 19. | April 24, 2018 | 3:09-cv-0724 | *Janvey v. Alguire et al.* | 2567 | Receiver's Motion for Award of Attorneys' Fees from Jose Cordero |
| 20. | April 24, 2018 | 3:09-cv-0724 | *Janvey v. Alguire et al.* | 2568 | Receiver's Motion for Award of Attorneys' Fees from Ken Crimmins |
| 21. | April 24, 2018 | 3:09-cv-0724 | *Janvey v. Alguire et al.* | 2569 | Receiver's Motion for Award of Attorneys' Fees from Neil Emery |
| 22. | April 24, 2018 | 3:09-cv-0724 | *Janvey v. Alguire et al.* | 2570 | Receiver's Motion for Award of Attorneys' Fees from Torben Garde Due |
| 23. | April 24, 2018 | 3:09-cv-0724 | *Janvey v. Alguire et al.* | 2571 | Receiver's Motion for Award of Attorneys' Fees from Faran Kassam |
| 24. | April 24, 2018 | 3:09-cv-0724 | *Janvey v. Alguire et al.* | 2572 | Receiver's Motion for Award of Attorneys' Fees from Jason Likens |

| 25. | April 24, 2018 | 3:09-cv-0724 | *Janvey v. Alguire et al.* | 2573 | Receiver's Motion for Award of Attorneys' Fees from Peter Siragna |
|-----|----------------|--------------|----------------------------|------|-------------------------------------------------------------------|
| 26. | May 14, 2018 | 3:09-cv-0724 | *Janvey v. Alguire et al.* | 2613 | Agreed Motion to Dismiss with Prejudice (Juliana Franco) |
| 27. | May 15, 2018 | 3:09-cv-0724 | *Janvey v. Alguire et al.* | 2615 | Agreed Motion to Dismiss with Prejudice (Ettore Ventrice) |
| 28. | May 18, 2018 | 3:09-cv-0724 | *Janvey v. Alguire et al.* | 2622 | Agreed Motion to Dismiss with Prejudice (Richard L. Bucher, Sr.) |

Dated:  May 18, 2018

Respectfully submitted,

**BAKER BOTTS L.L.P.**

By: */s/ Kevin M. Sadler*
    Kevin M. Sadler
    Texas Bar No. 17512450
    kevin.sadler@bakerbotts.com
    Scott D. Powers
    Texas Bar No. 24027746
    scott.powers@bakerbotts.com
    David T. Arlington
    Texas Bar No. 00790238
    david.arlington@bakerbotts.com
    98 San Jacinto Blvd., Suite 1500
    Austin, Texas 78701
    Tel: 512.322.2500
    Fax: 512.322.2501

    Timothy S. Durst
    Texas Bar No. 00786924
    tim.durst@bakerbotts.com
    2001 Ross Avenue
    Dallas, Texas 75201
    Tel: 214.953.6500
    Fax: 214.953.6503

**ATTORNEYS FOR RECEIVER RALPH S. JANVEY**

By: _/s/ John J. Little_

John J. Little
Texas Bar No. 12424230
jlittle@lpf-law.com
LITTLE PEDERSEN FANKHAUSER, LLP
901 Main Street, Suite 4110
Dallas, Texas 75202
Tel: 214.573.2300
Fax: 214.573.2323

**COURT-APPOINTED EXAMINER**

## CERTIFICATE OF SERVICE

On May 18, 2018, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served the Court-appointed Examiner, all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Kevin M. Sadler*
Kevin M. Sadler