

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY 30 2018

CLERK, U.S. DISTRICT COURT
By_____
                Deputy

May 21st, 2018

District Judge David C. Godbey
1100 Commerce Street, Room 1504
Dallas, Texas 75242-1003

Ref.: Ralph Janvey U. S. Receiver for Stanford Financial Group

I am writing to you on behalf of more than 1000 Stanford victims, who have not only suffered by Allen Stanford's scheme, but are being victimized by the receiver and professionals who are working for him.

As court appointed receiver, Mr. Janvey has billed millions of dollars in fees in which Baker Botts, Gilardi and other law firms have received monetary compensation and still have not provided any financial nor professional benefits to the Stanford victims.

If victims decide to sell their claims to Distressed Asset Funds, they have to go through the slow process in which it is very hard to receive a prompt response on behalf of Gilardi and Baker Botts, and pay an additional fee of USD$1,000.00 to transfer the claim to its new owner.

Baker Botts has spent millions of dollars in persecuting employees and companies, with the excuse to charging the estate millions of dollars in fees.

Mr. David Arlington, Mr. Brendan Day and Ms. Maddy Dwertman have made the claims process very difficult to achieve, by making out lies and excuses about claims in order to reject any request of transfer. Mr. Arlington, Mr. Day and Ms. Dwertman give continues excuses on having a queue of claim-transfers, making the process long and tedious and disregarding that Stanford investors have been paying an excess to their salary.

All my clients and I are seeking help from your court, we need to have this claims sold promptly, like any other case similar to Stanford, transferring claims shouldn't take more than one week.

Best Regards,

*Aaron Ashkenazi*

Aaron Ashkenazi
ashkenaziaaron@yahoo.com


Ccp.:   Erin Nealy Cox – US Attorney Northern district of Texas
        Ralph Janvey – Stanford Receiver
        Tracy Alloway – Bloomberg
        Joe Weisenthal – Bloomberg
        Maddy Dwertman – Baker Botts
        David Arlington – Baker Botts
        Brendan Day – Baker Botts
        Peter Crudo – CEO Gilardi
        Texas Bar Association & Co. LLC
        Shamoil T. Shipchandler- SEC Regional Director



U.S. POSTAGE PAID
NEW YORK, NY
10017
MAY 22, 18
AMOUNT
$3.95
R2304E105619-18

75242

7018 0680 0001 3533 6171

David C. Godbey
District Judge
1100 Commerce St.
Room 1504
Dallas, TX 75242

Aaron Ashkenazi
511 Lexington Ave at 48th
NY NY 10017

RECEIVED
MAY 30 2018
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS