**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:09-CV-0298-N |
| | § | |
| STANFORD INTERNATIONAL BANK, LTD., ET AL., | § | |
| | § | |
| Defendants. | § | |

**RECEIVER'S AND EXAMINER'S EIGHTEENTH JOINT ADVISORY TO THE COURT REGARDING PENDING MOTIONS**

Receiver Ralph S. Janvey (the "Receiver") and Examiner John J. Little (the "Examiner") hereby respectfully advise the Court that the following motions, pending in cases filed by the Receiver or the Official Stanford Investors Committee ("OSIC"), are now fully briefed and are awaiting ruling by the Court.[1] The Receiver and Examiner will continue to provide the Court with periodic updates to this advisory in fulfillment of their respective duties to keep the Court and investors informed regarding matters pertinent to this civil action.

[1] This advisory does not include those motions that have been fully briefed but for which further action by the Court is currently stayed by agreement or by Court order. The Receiver and Examiner will add those motions to future advisories if and when the relevant stays are lifted.

| Motions for Summary Judgment Pending in District Court | | | | | |
|---|---|---|---|---|---|
| | **Date Filed** | **Case No.** | **Case Name** | **Doc. No.** | **Motion** |
| 1. | April 24, 2015 | 3:11-cv-0041 | *Janvey v. Univ. of Miami* | 153 | Plaintiffs' Motion for Summary Judgment |
| 2. | November 19, 2015 | 3:10-cv-0366 | *Janvey v. Venger et al.* | 570 | Defendants Eduardo and Jennifer Najera's Motion for Partial Summary Judgment Regarding the Receiver's Claim to Recover Principal Investment Proceeds |
| 3. | December 22, 2015 | 3:09-cv-02384 | *Rotstain et al. v. Trustmark National Bank et al.* | 358 | OSIC's Motion for Partial Summary Judgment Against SG Suisse |
| **Motions to Dismiss Receiver's or OSIC's Complaint Pending in District Court** | | | | | |
| | **Date Filed** | **Case No.** | **Case Name** | **Doc. No.** | **Motion** |
| 4. | October 10, 2017 | 3:09-cv-0724 | *Janvey v. Alguire et al.* | 2174 | Defendants Jeffrey Adams's, Timothy W. Baughman's, and Thomas G. Rudkin's Motion to Dismiss for Failure to State a Claim |
| **Other Motions** | | | | | |
| **Other Motions Pending in District Court** | | | | | |
| | **Date Filed** | **Case No.** | **Case Name** | **Doc. No.** | **Motion** |
| 5. | May 10, 2012 | 3:09-cv-0298 | *SEC v. SIB et al.* | 1592 | Beverly DeLoach's Motion to Permit FINRA Arbitration Claim Number 09-00998 to Proceed Against Certain Named Individuals |
| 6. | February 13, 2018 | 3:09-cv-0298 | *SEC v. SIB et al.* | 2679 | ATP Tour, Inc.'s Objection to Second Amended Notice of Determination |

| | | | | | |
|---|---|---|---|---|---|
| 7. | March 2, 2018 | 3:09-cv-0298 | *SEC v. SIB et al.* | 2691 | Motion to Authorize Payment of Allowed CD Claim Distributions filed by ATP Tour, Inc. |
| 8. | June 29, 2018 | 3:09-cv-0298 | *SEC v. SIB et al.* | 2749 | Examiner's Motion for Approval of Twenty-Eighth Interim Application for Payment of Attorney's Fees and Expenses[2] |
| 9. | July 3, 2018 | 3:09-cv-0298 | *SEC v. SIB et al.* | 2750 | Motion for Approval of Receiver's Fiftieth Interim Fee Application[2] |
| 10. | May 15, 2015 | 3:11-cv-0041 | *Janvey v. Univ. of Miami* | 157 | Defendant's Motion for Relief Under Rule 60 |
| 11. | May 15, 2015 | 3:11-cv-0041 | *Janvey v. Univ. of Miami* | 162 | Defendant's Objections to Plaintiffs' Summary Judgment Evidence and Motion to Strike |
| 12. | May 15, 2015 | 3:11-cv-0041 | *Janvey v. Univ. of Miami* | 163 | University of Miami's Motion for Leave to File Motion for Partial Summary Judgment |
| 13. | November 19, 2015 | 3:12-cv-4641 | *OSIC et al. v. Greenberg Traurig, LLP et al.* | 153 | Defendant Greenberg Traurig, LLP's Amended Motion for Leave to Designate Responsible Third Parties |
| 14. | March 16, 2016 | 3:10-cv-0366 | *Janvey v. Venger et al.* | 640 | Receiver's Motion for Leave to File First Amended Complaint Against Eduardo A. Najera and Jennifer M. Najera |
| 15. | October 20, 2017 | 3:09-cv-0724 | *Janvey v. Alguire et al.* | 2191 | Mary T. Harris's Motion to Dismiss Third-Party Plaintiff Virgil Harris's Complaint |

[2] This motion is unopposed.

| | | | | | |
|---|---|---|---|---|---|
| 16. | October 20, 2017 | 3:09-cv-0724 | *Janvey v. Alguire et al.* | 2195 | Receiver's Motion to Dismiss Alternative Counterclaims and Strike Affirmative Defenses Filed by 95 Former Stanford Employees |
| 17. | December 6, 2017 | 3:09-cv-0724 | *Janvey v. Alguire et al.* | 2287 | Receiver's Motion to Strike Affirmative Defense and Dismiss Alternative Counterclaim Filed by Timothy L. Bambauer[3] |
| 18. | August 22, 2018 | 3:09-cv-0724 | *Janvey v. Alguire et al.* | 2798 | Agreed Motion to Dismiss Without Prejudice (Nicholas Salas)[2] |
| 19. | May 11, 2018 | 3:09-cv-02384 | *Rotstain et al. v. Trustmark National Bank et al.* | 464 | SG Suisse's Motion to Strike Intervenor-Plaintiff OSIC's Appendix to Supplemental Reply in Support of OSIC's Motion for Summary Judgment |

[3] The Court has granted the Receiver's motion for summary judgment and entered judgment against Timothy Bambauer on the Receiver's claims against Bambauer. [Case No. 3:09-cv-0724, Doc. 2788.]

Dated: August 28, 2018

Respectfully submitted,

**BAKER BOTTS L.L.P.**

By: *<u>/s/ Kevin M. Sadler</u>*

Kevin M. Sadler
Texas Bar No. 17512450
kevin.sadler@bakerbotts.com
Scott D. Powers
Texas Bar No. 24027746
scott.powers@bakerbotts.com
David T. Arlington
Texas Bar No. 00790238
david.arlington@bakerbotts.com
98 San Jacinto Blvd., Suite 1500
Austin, Texas 78701
Tel: 512.322.2500
Fax: 512.322.2501

Timothy S. Durst
Texas Bar No. 00786924
tim.durst@bakerbotts.com
2001 Ross Avenue
Dallas, Texas 75201
Tel: 214.953.6500
Fax: 214.953.6503

**ATTORNEYS FOR RECEIVER RALPH S. JANVEY**

By: */s/ John J. Little*
John J. Little
Texas Bar No. 12424230
jlittle@lpf-law.com
LITTLE PEDERSEN FANKHAUSER, LLP
901 Main Street, Suite 4110
Dallas, Texas 75202
Tel: 214.573.2300
Fax: 214.573.2323

**COURT-APPOINTED EXAMINER**

**CERTIFICATE OF SERVICE**

On August 28, 2018, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served the Court-appointed Examiner, all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Kevin M. Sadler*
Kevin M. Sadler