UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

---

SECURITY AND EXCHANGE COMMISSION,

        Plaintiff,

v.

STANFORD INTERNATIONAL BANK, LTD., *et al.*,

        Defendants.

**SUBSTITUTION OF COUNSEL OF RECORD**

Civil Action No.: 09-CV-298-N

---

We, the undersigned, do hereby consent and agree that Silver Miller, with offices at 11780 West Sample Road, Coral Springs, Florida 33065, be substituted as counsel of record in the place and stead of Phillips Lytle LLP and Robert Cornish, Esq. for Claimants, Jane Sasser, Mark D. Oge, Linda K. Oge, Donna W. Allbritton, Gloria Hodapp, Abney International, Ltd., and Barbara B. Zwick.

Dated: New York, New York
       October 15, 2018

PHILLIPS LYTLE LLP

By: _____
    Todd A. Ritschdorff
    Richard Weingarten
Outgoing Attorneys for Claimants
*Jane Sasser, Mark D. Oge, Linda K. Oge, Donna W. Allbritton, Gloria Hodapp, Abney International, Ltd., and Barbara B. Zwick*
340 Madison Avenue, 17th Floor
New York, New York 10173
Telephone No. (212) 759-4888
tritschdorff@phillipslytle.com
rweingarten@phillipslytle.com

Dated: Coral Springs, Florida
       October 15, 2018

SILVER MILLER

By: _____
    David C. Silver
Incoming Attorneys for Claimants
*Jane Sasser, Mark D. Oge, Linda K. Oge, Donna W. Allbritton, Gloria Hodapp, Abney International, Ltd., and Barbara B. Zwick*
11780 West Sample Road
Coral Springs, Florida 33065
Telephone No. (954) 516-6000
dsilver@silvermillerlaw.com