**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:09-CV-0298-N |
| | § | |
| STANFORD INTERNATIONAL BANK, LTD., ET AL., | § | |
| | § | |
| Defendants. | § | |

**RECEIVER'S AND EXAMINER'S NINETEENTH JOINT ADVISORY TO THE COURT REGARDING PENDING MOTIONS**

Receiver Ralph S. Janvey (the "Receiver") and Examiner John J. Little (the "Examiner") hereby respectfully advise the Court that the following motions, pending in cases filed by the Receiver or the Official Stanford Investors Committee ("OSIC"), are now fully briefed and are awaiting ruling by the Court.[1] The Receiver and Examiner will continue to provide the Court with periodic updates to this advisory in fulfillment of their respective duties to keep the Court and investors informed regarding matters pertinent to this civil action.

[1] This advisory does not include those motions that have been fully briefed but for which further action by the Court is currently stayed by agreement or by Court order. The Receiver and Examiner will add those motions to future advisories if and when the relevant stays are lifted.

| | Date Filed | Case No. | Case Name | Doc. No. | Motion |
|---|---|---|---|---|---|
| 1. | October 26, 2018 | 3:09-cv-0298 | *SEC v. SIB et al.* | 2798 | Receiver's Motion to Approve Sale of Certain Property and Investment Interests Held by the Receivership Estate[2] |
| 2. | August 29, 2018 | 3:09-cv-0724 | *Janvey v. Alguire et al.* | 2807 | Motion for an Order Directing the Turnover of Two Pershing Accounts to the Receiver for Credit to the Receiver's Judgment Against Timothy Bambauer |
| 3. | November 15, 2018 | 3:09-cv-0724 | *Janvey v. Alguire et al.* | 3035 | Agreed Motion to Dismiss Without Prejudice (Gustavo Garcia)[2] |
| 4. | December 22, 2015 | 3:09-cv-02384 | *Rotstain et al. v. Trustmark National Bank et al.* | 358 | OSIC's Motion for Partial Summary Judgment Against SG Suisse |
| 5. | May 11, 2018 | 3:09-cv-02384 | *Rotstain et al. v. Trustmark National Bank et al.* | 464 | SG Suisse's Motion to Strike Intervenor-Plaintiff OSIC's Appendix to Supplemental Reply in Support of OSIC's Motion for Summary Judgment |
| 6. | March 16, 2016 | 3:10-cv-0366 | *Janvey v. Venger et al.* | 640 | Receiver's Motion for Leave to File First Amended Complaint Against Eduardo A. Najera and Jennifer M. Najera |
| 7. | November 19, 2015 | 3:10-cv-0366 | *Janvey v. Venger et al.* | 570 | Defendants Eduardo and Jennifer Najera's Motion for Partial Summary Judgment Regarding the Receiver's Claim to Recover Principal Investment Proceeds |

2 This motion is unopposed.

| | | | | | |
|---|---|---|---|---|---|
| 8. | May 15, 2015 | 3:11-cv-0041 | *Janvey v. Univ. of Miami* | 163 | University of Miami's Motion for Leave to File Motion for Partial Summary Judgment |
| 9. | May 15, 2015 | 3:11-cv-0041 | *Janvey v. Univ. of Miami* | 162 | Defendant's Objections to Plaintiffs' Summary Judgment Evidence and Motion to Strike |
| 10. | May 15, 2015 | 3:11-cv-0041 | *Janvey v. Univ. of Miami* | 157 | Defendant's Motion for Relief Under Rule 60 |
| 11. | April 24, 2015 | 3:11-cv-0041 | *Janvey v. Univ. of Miami* | 153 | Plaintiffs' Motion for Summary Judgment |
| 12. | November 19, 2015 | 3:12-cv-4641 | *OSIC et al. v. Greenberg Traurig, LLP et al.* | 153 | Defendant Greenberg Traurig, LLP's Amended Motion for Leave to Designate Responsible Third Parties |
| 13. | May 10, 2012 | 3:09-cv-0298 | *SEC v. SIB et al.* | 1592 | Beverly DeLoach's Motion to Permit FINRA Arbitration Claim Number 09-00998 to Proceed Against Certain Named Individuals |

Dated: November 30, 2018

Respectfully Submitted,

**BAKER BOTTS L.L.P.**

By: *<u>/s/ Kevin M. Sadler</u>*

Kevin M. Sadler
Texas Bar No. 17512450
kevin.sadler@bakerbotts.com
Scott D. Powers
Texas Bar No. 24027746
scott.powers@bakerbotts.com
David T. Arlington
Texas Bar No. 00790238
david.arlington@bakerbotts.com
98 San Jacinto Blvd., Suite 1500
Austin, Texas 78701
Tel: 512.322.2500
Fax: 512.322.2501

Timothy S. Durst
Texas Bar No. 00786924
tim.durst@bakerbotts.com
2001 Ross Avenue
Dallas, Texas 75201
Tel: 214.953.6500
Fax: 214.953.6503

**ATTORNEYS FOR RECEIVER RALPH S. JANVEY**

By: */s/ John J. Little*

John J. Little
Texas Bar No. 12424230
jlittle@lpf-law.com
LITTLE PEDERSEN FANKHAUSER, LLP
901 Main Street, Suite 4110
Dallas, Texas 75202
Tel: 214.573.2300
Fax: 214.573.2323

**COURT-APPOINTED EXAMINER**

**CERTIFICATE OF SERVICE**

On November 30, 2018, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served the Court-appointed Examiner, all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Kevin M. Sadler*
Kevin M. Sadler