# United States Court of Appeals
# for the Fifth Circuit

_____

No. 23-10891
_____

United States Court of Appeals
Fifth Circuit

**FILED**
September 18, 2023

Lyle W. Cayce
Clerk

Security and Exchange Commission, *Et al.*,

>  *Plaintiffs*,

R. Allen Stanford,

> *Defendant—Appellant*,

*versus*

Ralph S. Janvey; Official Stanford Investors Committee; HSBC Bank, P.L.C.; Toronto-Dominion Bank; Independent Bank Group, Incorporated,

> *Appellees*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:09-CV-298

_____

## UNPUBLISHED ORDER

Before Stewart, Graves, and Oldham, *Circuit Judges*.

Per Curiam:

    IT IS ORDERED that the opposed motion filed by Appellee Ralph S. Janvey to dismiss the appeal is GRANTED.

Certified as a true copy and issued
as the mandate on Oct 10, 2023

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit