# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 10, 2023

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

    No. 23-10891   Stanford v. Janvey
                          USDC No. 3:09-CV-298

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Roeshawn Johnson, Deputy Clerk
                          504-310-7998

cc:  Mr. Roger B. Cowie
     Mr. Peter Daniel Morgenstern
     Mr. Kevin M. Sadler
     Mr. John K. Schwartz
     Mr. R. Allen Stanford