IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:09-CV-298-N |
| STANFORD INTERNATIONAL BANK, LTD., *et al.*, | § § § § | |
| Defendant. | § § | |

**MAGNESS'S <u>UNOPPOSED</u> MOTION TO EXTEND DEADLINE TO RESPOND TO RECEIVER'S OPPOSED MOTION TO UPHOLD NOTICES OF DETERMINATION <u>REGARDING MAGNESS CLAIMS</u>**

GMAG, LLC ("GMAG"), Magness Securities, LLC ("Magness Securities"), Gary D. Magness ("Gary Magness"), and Mango Five Family, Inc., in its Capacity as Trustee of The Gary D. Magness Irrevocable Trust ("GMIT," together with GMAG, Magness Securities, and Gary Magness, "Magness"), by and through their undersigned counsel, hereby file this ***unopposed*** motion to extend Magness's deadline to respond to the *Receiver's Opposed Motion To Uphold Notices of Determination Regarding Magness Claims* [Dkt. No. 3483] (the "Motion") and respectfully represent as follows:

1. On June 20, 2025, the Receiver filed the Motion.

2. Pursuant to Rule 7.1.(e) of the Local Civil Rules of the United States District Court for the Northern District of Texas (the "Local Rules"), the deadline for Magness to respond to the Motion (the "Response Deadline") is currently July 11, 2025.

1

3. The Receiver and Magness have agreed to extend the Response Deadline for Magness by four (4) days to July 15, 2025. **Accordingly, the Receiver does not oppose the relief requested in this motion.**

For the foregoing reasons, Magness respectfully requests that the Court grant Magness's motion to extend the Response Deadline and grant Magness such other or further relief as this Court may deem just, proper, and equitable.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: July 2, 2025 | By: */s/ Michael Summerhill* |

NIXON PEABODY LLP
Michael Summerhill (pro hac vice)
70 West Madison St.
Suite 5200
Chicago, IL 60602
Telephone: (312) 977-9224
msummerhill@nixonpeabody.com

-and-

Richard C. Pedone (pro hac vice)
Exchange Place
53 State Street
Boston, Massachusetts 02109
Telephone: (617) 345-1000
rpedone@nixonpeabody.com

-and-

Christopher J. Fong (pro hac vice)
55 West 46th Street
New York, NY 10036
Telephone: (212) 940-3000
cfong@nixonpeabody.com

-and-

Christopher D. Kratovil
DYKEMA GOSSETT PLLC
1717 Main St., Suite 4200

        Dallas, TX 75201
        (214) 698-7801
        ckratovil@dykema.com

*Co-Counsel to Magness*

## CERTIFICATE OF CONFERENCE

On June 25, 2025, counsel to Magness conferred with Scott Powers, counsel to the Receiver, asking whether the Receiver opposes the relief sought in the motion. The Receiver does not oppose the relief requested in this motion.

By: */s/ Michael Summerhill*

## CERTIFICATE OF SERVICE

I do hereby certify that I served a copy of the foregoing motion on all counsel and other entities receiving notice via this Court's ECF System at the time of filing of this motion on the July 2, 2025

By: */s/ Michael Summerhill*

1

**PROPOSED ORDER**

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:09-CV-298-N |
| STANFORD INTERNATIONAL BANK, LTD., *et al.*, | § § § | |
| Defendant. | § § | |

## ORDER GRANTING MAGNESS'S UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO RECEIVER'S OPPOSED MOTION TO UPHOLD NOTICES OF DETERMINATION REGARDING MAGNESS CLAIMS

Upon consideration of *Magness's Unopposed Motion To Extend Deadline To Respond To Receiver's Opposed Motion To Uphold Notices Of Determination Regarding Magness Claims* (the "Motion to Extend");[1] and the Court having found that it has jurisdiction to consider the Motion to Extend and the relief requested therein; and it appearing that no other or further notice need be provided; and the Court having reviewed the Motion to Extend; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion to Extend is GRANTED.

2. The deadline for Magness to respond to the *Receiver's Opposed Motion To Uphold Notices of Determination Regarding Magness Claims* [Dkt. No. 3483] is hereby extended to July 15, 2025.

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Motion to Extend.

1

4922-2841-3522.2

July __, 2025                                   _____
                                                CHIEF JUDGE DAVID C. GODBEY
                                                UNITED STATES DISTRICT JUDGE